EXHIBIT "F"

PA - 00436

# United States Patent [19]

## Girgis

[11] **Patent Number:** 4,933,964

[45] **Date of Patent:** Jun. 12, 1990

[54] **PACING OF TELEPHONE CALLS FOR CALL ORIGINATION MANAGEMENT SYSTEMS**

[75] Inventor: **Bassem M. Girgis**, Burke, Va.

[73] Assignee: **International Telesystems Corporation**, Herndon, Va.

[21] Appl. No.: **385,015**

[22] Filed: **Jul. 25, 1989**

[51] Int. Cl.⁵ ..................... **H04M 1/276; H04M 3/46**

[52] U.S. Cl. .......................................... **379/67; 379/69; 379/216**

[58] Field of Search ...................... 379/67, 88, 92, 69, 379/216, 218

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,599,493 | 7/1986 | Cave | 379/247 |
| 4,797,911 | 1/1989 | Szlam et al. | 379/67 |
| 4,817,130 | 3/1989 | Frimmel, Jr. | 379/88 |

*Primary Examiner*—Thomas W. Brown
*Attorney, Agent, or Firm*—Whitham & Marhoefer

[57] **ABSTRACT**

An adaptive pacing algorithm based on a statistical analysis of the times of calls is used to determine when and how many calls to dial in a call origination management system. This pacing algorithm determines the number of calls to dial as an inverse function of the mean time of all calls and the standard deviation multiplied by a first constant. This first constant is a function of the ratio of nuisance calls to the number of call attempts and is not defined as a mathematical function but is, instead, determined experimentally to be ±0.25 of the standard deviation and varies depending on how far the ratio of nuisance calls deviates from a set level. The number of calls to dial is also an inverse function of a second constant times the ratio of the answered calls to the call attempts per session minus the maximum allowable nuisance calls. This second constant is itself a function of the mean time, ratio of answered calls to the number of call attempts during the session and the ratio of nuisance calls to the number of call attempts, but is has been determined empirically. As the session progresses, new values of the ratio of answered calls to attempts per session, the mean time and the standard deviation are computed, and these new values are used in determining the number of calls to dial.

**18 Claims, 18 Drawing Sheets**







FIG. 1   PRIOR ART

FIG.2



FIG.3   PRIOR ART





FIG. 5

8 STATION MODEL
TALKTIME vs. ARATIO
AT MAX SPEED
( MAXIMUM OF 0.25 NORATIO AND 4:1 LORATIO )



FIG.6

8 STATION MODEL
TALKTIME vs. ARATIO FOR DIFFERENT
LINE/OPERATOR RATIOS
CONTIME IS APPROXIMATELY 30 SECONDS



**U.S. Patent**     Jun. 12, 1990     Sheet 7 of 18     **4,933,964**



**U.S. Patent**　　　Jun. 12, 1990　　　Sheet 8 of 18　　　4,933,964



FIG. 8

8 STATION MODEL
TALKTIME vs. ARATIO FOR DIFFERENT
LINE/OPERATOR RATIOS
CONTIME IS APPROXIMATELY 90 SECONDS

LEGEND

| | | |
|---|---|---|
| △ | 6:1 | LINE TO OPERATOR RATIO |
| ▲ | 5:1 | LINE TO OPERATOR RATIO |
| □ | 4:1 | LINE TO OPERATOR RATIO |
| ■ | 3:1 | LINE TO OPERATOR RATIO |
| ○ | 2:1 | LINE TO OPERATOR RATIO |
| ● | 1.5:1 | LINE TO OPERATOR RATIO |



FIG. 9

8 STATION MODEL
TALKTIME vs. ARATIO FOR DIFFERENT
LINE/OPERATOR RATIOS
CONTIME IS APPROXIMATELY 120 SECONDS

LEGEND
▲ 5-6:1 LINE TO OPERATOR RATIO
□ 4:1 LINE TO OPERATOR RATIO
■ 3:1 LINE TO OPERATOR RATIO
○ 2:1 LINE TO OPERATOR RATIO
● 1.5:1 LINE TO OPERATOR RATIO



FIG. 10

FIG. 11





FIG.12

FIG.13



FIG.14



PA - 00450



FIG.15A



FIG.15B

Case 8:16-cv-02149-DOC-JCG   Document 11-3   Filed 12/08/16   Page 18 of 82   Page ID #:611



FIG.16   TIME DIAGRAM FOR FRONT AND BACK "CONTINUITY MODEL"



FIG. 17A



FIG.17B

4,933,964

## PACING OF TELEPHONE CALLS FOR CALL ORIGINATION MANAGEMENT SYSTEMS

### BACKGROUND OF THE INVENTION

Field of the Invention

The present invention generally relates to call origination management systems of the type wherein telephone calls are automatically dialed and, when a call results in an answer, transferred to an available operator. More particularly, the invention is directed to an improved pacing system which regulates the rate at which calls are dialed to maximize the time an operator talks to clients and to minimize the number of answered calls for which there is no operator available.

Description of the Prior Art

Automated calling systems which dial clients, listens for the call result (i.e., ringing, busy signal, answer, no answer, etc.), and when a call results in an answer, automatically transfers the call to an available operator are in general use today by a variety of businesses, groups and organizations. For example, banks and other creditors use these systems for debt collection, publishers use them for soliciting subscriptions, and charitable and political organizations use them to promote their causes and solicit funds. In all these cases, the client contact is by an operator whose job is to deliver the message, answer questions and input data to the system. The purposes of such call origination management systems are to automate the process of calling clients and to process the data input in the course of a call with a client, thereby increasing the productivity of the operators.

FIG. 1 shows a system overview of one such system. The heart of the system is a main system unit 10, which typically includes central processing unit (CPU), telephone line control unit (LCU), hard disk storage 11, and a tape drive 12. A plurality of outbound telephone lines 13 are connected to the system unit 10. The number n of these outbound telephone lines typically is on the order of 48, but may be more or less depending on the specific application. A plurality of voice and data terminal stations 14 are also connected to the system unit 10. The number m of these voice and data terminal stations may be, for example, 24 for the case where the number n of the telephone lines is 48. In other words, the number m of the voice and data terminals is less than the number of telephone lines. This allows the system unit 10 to dial calls while all operators are busy talking to clients.

As illustrated in FIG. 1, each of the voice and data terminal stations comprises a combination video display terminal (VDT) and keyboard 15 and a telephone headset and microphone 16. FIG. 2 illustrates a typical operator screen as displayed by the video display terminal. When a call is transferred to an operator, a portion of this screen will already have been filled in by the CPU in the main system unit 10. Specifically, section 20 of the screen providing the name, address and telephone number of the client will have been filled in so that the operator knows immediately who has been called. During the course of the conversation, the operator may confirm the data and, if necessary, make corrections using the keyboard. Section 22 of the screen is also filled in automatically by the CPU based on the login data from the operator at the beginning of the campaign and the CPU's clock and calendar. The top portion 24 of the screen is available to be filled in by the operator with any pertinent information from the contact with the client. In addition, where a bill is to be paid or a pledge made that is to be charged to a credit card, the operator would fill in portion 26 of the screen during the call.

FIG. 3 illustrates the data flow of the system. The first step in beginning a calling campaign is to obtain the calling data, typically via tapes 30, disks 31 or through a communication link to a host computer 32. The data is input at 33, and the system then organizes the data into the records for the campaign. When the campaign is started, the data is loaded into the "input call list", as indicated at 34. The system then preloads a dialing queue 35 with a certain number of records from the calling data. As the dialing process begins, the system manages the number of calls being made at any one time based on the number of operators that are available to receive calls. When a connection is established to a client, the system routes the call to an available operator and displays the client's record on the operator screen. The operator is now ready to make the presentation to the client and record information from the transaction on the display screen. Once the operator completes the call, he or she presses a designated key on the keyboard to record the status of the contact and terminate the call. The system then makes the operator station available for another call.

After the operator has pressed the designated key, the system validates the client's record in an output call list 36, and, depending on the outcome of the call, separates the record in the corresponding output file at 37. For example, if the particular person to be contacted is not at home, the operator may press a key telling the system to place the client's record into the call-back file 38. When, for example, a call results in a future follow-up call, the operator presses another key to immediately print information of the transaction on a printer, as indicated at 39. Records which require no further action (i.e., a sale is made, wrong number, etc.) are marked complete and are not put into the call-back file but instead are put in a sale file 40.

When all the numbers have been exhausted in the campaign list, the system automatically begins a statistical analysis of both operator and campaign performance, as indicated at 41. Finally, a closeout function 42 is performed during which all relevant data of the campaign is written to a tape 43 or disk 44 or transmitted to a host computer 45.

A key to the successful operation of a call origination management system of the type described is the pacing algorithm which calculates the number of calls to dial and the best estimate of the time when to dial them. In the prior Trunk Operation Management System (TOMS), which is a predictive outbound dialing system, the dialer uses a pacing algorithm based on cumulative statistics that are periodically refreshed. The goal of this system is to maximize efficiency, as measured by the amount of talk time with clients, with a minimum number of resources (i.e., the telephone trunk lines) while at the same time minimizing the number of nuisance calls. Nuisance calls are those calls that result in an answer by a client but, because an operator was unavailable, the system must hang up on the client.

An example of this prior system is described in application Ser. No. 07/027,359 filed by Douglas A. Samuelson on Mar. 18, 1987, and assigned to the assignee of this application, now Pat. No. 4,858,120. The Samuelson system analyzed the problem based on queuing theory, which is not actually applicable in a call origination

3

system since the system has control of when telephone numbers are dialed. Samuelson did attempt to statistically analyze various parameters of the calling process and, based on that analysis, predict the number of calls and when the calls should be made. However, in practice, it has been found that the system, while working well for some applications, worked poorly in other applications. That is, in some cases, the efficiency was high and the number of nuisance calls acceptably low, while in other cases, the efficiency was either low or the number of nuisance calls were unacceptably high or both.

## SUMMARY OF THE INVENTION

It is therefore a general object of the present invention to provide an improved pacing algorithm for telephone call origination management systems.

It is a another object of the invention to provide an adaptive pacing algorithm based on a statistical analysis of the times of calls to determine when and how many calls to dial.

It is further object of the invention to provide a nonqueuing call origination management system in which the efficiency of operation is significantly increased while at the same time the number of nuisance calls is dramatically reduced.

Yet another object of the invention is to provide an improved pacing algorithm for a call origination management system which can be tailored to specific applications.

According to one aspect of the invention, a nonqueuing pacing algorithm has been developed based on statistical analyses of call origination management systems. This nonqueuing pacing algorithm determines the number of calls to dial as an inverse function of the mean time of all calls and the standard deviation multiplied by a first constant. This first constant is a function of the ratio of nuisance calls to the number of call attempts and is not defined as a mathematical function but is, instead, determined experimentally to be ±0.25 of the standard deviation and varies depending on how far the ratio of nuisance calls deviates from a set level. The number of calls to dial is also an inverse function of a second constant times the ratio of the answered calls to the call attempts per session minus the maximum allowable nuisance calls. This second constant is itself a function of the mean time, ratio of answered calls to the number of call attempts during the session and the ratio of nuisance calls to the number of call attempts, but it has been determined empirically.

The basic nonqueuing algorithm according to the first aspect of the invention may be applied to queuing call origination management systems to obtain improved results. In queuing systems, there are by definition no nuisance calls. Instead, answered calls for which no operator is available are routed to a source of a recorded message. It is desirable, however, in such queuing systems to minimize the number of answered calls which must be routed to the source of a recorded message and, therefore, the techniques of the basic algorithm are directly applicable to queuing call origination management systems. The waiting time in the queue is directly related to the number of answered calls which are routed to the source of a recorded message; i.e., the higher the number of clients on hold the longer a client will be on hold and the higher the probability of a client hanging up while on hold. The number of clients on

4

hold is subtracted from the calculated number of calls to dial.

The basic algorithm and another algorithm are useful in front and back call origination managements systems. Such systems are especially useful for soliciting donations to charitable and political organizations and employ "front" operators who make the initial contact with clients. The front operators identify the campaign and ask the client whether they would be willing to listen to a recorded message from, say, their Senator or other important individual. If they get an affirmative response, the front operator switches the call to a source of recorded message, and the front operator is then connected to the next answered call. At the end of the recorded message, the call management system switches the client to a "back" operator who then solicits a contribution or pledge, taking credit card and other pertinent information from the client. For the sake of simplicity, this description assumes designated "front" and "back" operators, but in practice, any operator may work either as a front or back operator as determined by the call management system.

Because of the nature of the campaign, the call origination management system, as a practical matter, should be a nonqueuing system for generating the calls to the front operators; however, there are applications where the call origination management system may be a queuing system. Thus, the basic pacing algorithm according to the invention, with or without queuing, is used for placing the calls to be handled by the front operators. The connect time for the front operators is, by its nature, uniformly quite brief, and the algorithm is adjusted accordingly. The connect time for the back operators, however, is much longer and less predictable. Therefore, a new algorithm, based on a continuity model, has been developed to account for the clients in the "queue" listening to the recorded message. If there is no restriction on the operators handling any type of calls (front or back), the algorithm calculates the number of calls to be dialed based on the number of front and back operators who are expected to become free.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects and advantages will be better understood from the following detailed description of a preferred embodiment of the invention with reference to the drawings, in which:

FIG. 1 is a high level block diagram showing an overview of a typical telephone call origination management system;

FIG. 2 is an illustration of a typical screen which may be displayed on a video display terminal for viewing and filling in by an operator;

FIG. 3 is a data flow diagram illustrating the processes performed by the telephone call origination management system of FIG. 1;

FIG. 4 is a family of graphs showing talk time as a function of the answer ratio for various values of connect, time at lowest speed for an eight station model.

FIG. 5 is a family of graphs showing talk time as a function of the answer ratio for various of values of connect time at maximum speed for an eight station model;

FIG. 6 is a family of graphs showing talk time as a function of the answer ratio for various line to operator ratios for a connect time of approximately 30 seconds;

PA - 00457

4,933,964

5

FIG. 7 is a family of graphs showing talk time as a function of the answer ratio for various line to operator ratios for a connect time of approximately 60 seconds;

FIG. 8 is a family of graphs showing talk time as a function of the answer ratio for various line to operator ratios for a connect time of approximately 90 seconds;

FIG. 9 is a family of graphs showing talk time as a function of the answer ratio for various line to operator ratios for a connect time of approximately 120 seconds;

FIG. 10 is a family of graphs showing talk time as a function of the answer ratio for various line to operator ratios for a connect time of approximately 150 seconds;

FIG. 11 is a family of graphs showing talk time as a function of a percentage of nuisance calls for various values of connect time;

FIG. 12 is a graph showing contacts per hour per operator and talk time each plotted as functions of connect time;

FIG. 13 is a graph showing the frequency of calls plotted as a function of the time of calls illustrating the mean time and standard deviation of time of calls during a session;

FIG. 14 is a graph illustrating the manner in which the value of a constant $C_1$ is determined as a relation with the maximum value of nuisance calls;

FIGS. 15A and 15B, taken together, are a flow chart showing the logic of an implementation of the new pacing algorithm according to the invention;

FIG. 16 is a timing diagram illustrating the operation of the continuity model on which the front and back algorithm according to the invention is based; and

FIG. 17A and 17B, taken together, are a flow chart showing the logic of an implementation of the front and back algorithm.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT OF THE INVENTION

In the following description, the following terms are used. Definitions are provided next to each of the terms.

$A_{ratio}$ is the ratio of answered calls to the number of call attempts per session.

$CONN_{ratio}$ is the ratio of calls connected to an operator to the number of call attempts per session. Note that this ratio is typically different from $A_{ratio}$ since all calls which are answered may not be connected to an operator if an operator is unavailable when the call is answered.

$CON_{time}$ is the average conversation time per call per session, measured in seconds.

$LO_{ratio}$ is the number of lines (trunks) divided by the number of operators (stations).

N is the average number of lines to dial on all the time.

$N_{inprogress}$ is the number of calls currently in progress. Note that this number is included in N and must be taken into account when new calls are to be dialed.

$NOP_{max}$ is the maximum ratio of no operator available (i.e., nuisance) calls to call attempts.

$NOP_{ratio}$ is the number of nuisance calls (no operators available) divided by the number of call attempts.

$OP_{num}$ is the number of operators logged into the system.

$T_{setup}$ is the average time to complete a call attempt.

$T_{talk}$ is the average talk time per hour per operator, measured in minutes.

The goal of any call origination management system is to have each operator connected to each call answered. Under these conditions, there would be maxi-

6

mum talk time and no nuisance calls. To accomplish this, however, requires a priori knowledge of the time it takes to connect a call and exactly how long each operator talks. In practice both of these can be highly variable, within limits. The system can not predict exactly when or if a placed call will result in an answer and, of course, the amount of time an operator talks will depend on the responses of the client. Therefore, scheduling the next answered call to occur exactly when an operator finishes talking is impossible. An answer may occur before or after the operator finishes the previous call, and the result is an increase in the nuisance call rate or an increase in operator idle time or both. Intuitively, it is clear that the system variables which affect talk time are $A_{ratio}$ and $CON_{time}$ and the goal to achieve optimization (maximum efficiency) is maximum talk time per operator with a minimum of nuisance calls.

FIG. 4 is a family of graphs illustrating the relation between talk time in minutes and the answer ratio ($A_{ratio}$) at lowest speed for an eight station system. These graphs show that as the $A_{ratio}$ increases, the talk time increases, but as the connect time ($CON_{time}$) decreases, the talk time decreases. On the other hand, the shorter the connect time, the greater will be the number of clients contacted. A similar relation holds for the system operating at maximum speed as shown in FIG. 5 except that the family of curves is shifted upwards indicating that the talk time has been maximized.

FIG. 6 is a family of graphs which plots the talk time as a function of the answer ratio for different line to operator ratios and a connect time of 30 seconds. FIG. 7 is a similar family of graphs for a connect time of 60 seconds, and FIGS. 8, 9 and 10 are similar families of graphs for connect times of 90, 120 and 150 seconds, respectively. From these graphs, it is readily apparent that the higher the conversation time, the less number of lines are required to maintain a certain amount of talk time. For example, in FIG. 6, for a 20% answer ratio and a conversation time of 30 seconds, a 3:1 line to operator ratio is required to achieve approximately 44 minutes of talktime in an hour, but can be achieved with a 2:1 line to operator ratio for a conversation time of 60 seconds as shown in FIG. 7.

FIG. 11 shows the talk time plotted as a function of the percentage of nuisance calls. The upper graph is for a conversation time of 120 seconds, the next graph is for a conversation time of 60 seconds, and the lower graph is for a conversation time of 30 seconds. It will be observed that a greater talk time can be achieved for a given level of nuisance calls the longer the conversation time. But as mentioned before, the longer the conversation time, the fewer number of clients will be contacted in a given period of time during the campaign. If the type of campaign has a high conversation time, there is no need to generate a high percentage of nuisance calls in order to achieve a high talk time.

FIG. 12 shows talk time plotted as a function of conversation time. It will be observed that this graph asymptotically approaches the 60 minute line as the conversation time increases. FIG. 12 also shows the number of contacts per hour per operator plotted as a function of conversation time. This curve decreases as a hyperbolic function as the conversation time increases, illustrating the divergent requirements of maximizing both talk time and the number of contacts per hour per operator in call origination management systems.

FIG. 13 shows a graph which plots the frequency of calls as a function of the times of the calls. This graph is

4,933,964

7

typical of what has been observed in a specific class of call origination management systems; i.e., systems of the nonqueuing type. It will be observed that the graph is distorted to the right from a standard distribution or bell curve. As a result, the mean time, $T_{mean}$, deviates to the right from the average time, $T_{ave}$, by an amount defined as the standard deviation, represented by the Greek letter sigma. What this means simply is that while most calls are short, there are a significant number of calls which are long. Were the curve to be a standard distribution or bell curve, $T_{mean}$ and $T_{ave}$ would be the same, and for short connection applications, the standard deviation would be small.

Using the foregoing definitions, the number of call attempts per hour is computed as

$$N \times \frac{3600}{T_{setup}},$$

and the number of connections per hour is computed as

$$\frac{T_{talk} \times 60}{CON_{time}} \times OP_{num}.$$

### Nonqueuing Algorithm

Now, according to the nonqueuing algorithm implemented by the present invention, the connect ratio is computed as follows:

$$CONN_{ratio} = \frac{T_{talk} \times 60}{CONN_{time}} \times OP_{num} \times \frac{T_{setup}}{N \times 3600},$$

but, by definition, the connect ratio is the difference of the answer ratio and the maximum number of nuisance calls, which is computed as follows:

$$A_{ratio} - NOP_{max} = \frac{Talk}{60} \times \frac{T_{setup}}{CONN_{time}} \times \frac{OP_{num}}{N}.$$

Setting the right hand side of these two equations equal to one another and solving for N, the following equation is obtained:

$$N = \frac{T_{talk}}{60} \times T_{setup} \times \frac{OP_{num}}{A_{ratio} - NOP_{max}}.$$

Thus, N is directly proportional to the setup time and the number of operators available and inversely proportional to the difference between answer ratio and the maximum number of nuisance calls allowable. It has been found by experimental tests, however, this relation needs to be modified to adjust for the NOP$_{ratio}$ which is given to the supervisor to vary depending on his or her application, as indicated by the following equation:

$$N = \frac{T_{setup}}{T_{mean} \pm (C_1 \times T_{sigma})} \times \frac{OP}{C_2 \times A_{ratio} - NOP_{max}}.$$

The foregoing equation assumes $T_{talk} = 60$ minutes and takes into account the distortion of the curve illustrated in FIG. 13. $C_1$ and $C_2$ are constants which have been empirically determined. More specifically, $C_2$ is a function of $T_{mean}$, $A_{ratio}$ and NOP$_{ratio}$. $C_2$ is not defined as a mathematical function but is, instead, determined empirically and varies depending of how far the ratio of

8

nuisance calls deviates from a set level. In a specific implementation, $C_2$ has three values depending on how far the number of nuisance calls deviates from the set value for NOP$_{max}$ and works as a pushup/pushdown factor (for maintaining the NOP$_{max}$).

FIG. 14 illustrates the concept. The value NOP$_{max}$ is in the center of two bands 47 and 48, defining ranges of values for the number of nuisance calls, which is ±0.5%. It is desired to operate the system within band 47, and as long as this condition exists, $C_2$ *is a first empirically determined value. Should the number of nuisance calls go higher, falling into band* 48, $C_2$ is a second empirically determined value greater than the first value. Moreover, if the number of nuisance calls goes even higher, falling outside band 48, $C_2$ is an even larger value. The second constant $C_1$ may also be a function of the $T_{mean}$, $A_{ratio}$ and NO-P$_{ratio}$, but it has been determined experimentally that setting the second constant equal to ±25% of $T_{sigma}$ provides good performance.

Referring now to FIGS. 15A and 15B of the drawings, there is shown a flow chart illustrating the logic which implements the algorithm. The process begins at 50 by setting initial conditions. These include the A$_{ratio}$, $T_{mean}$, $T_{sigma}$, $T_{setup}$, $C_1$, $C_2$, the NOP$_{max}$, N$_{inprogress}$, and the number of operators. Some of the values are default values which are set at the beginning of a campaign, but others such as the number of nuisance calls and the number of operators are specified by the supervisor. The actual values of the default values are good initial "guesses" based on empirically determined data from other, similar campaigns.

The number of calls is computed in function block 51. In the initial phase, this computation is based on the initial condition values, including the default values. The number of calls to dial is then determined in function block 52 as the number computed in function block 51 less the number of calls currently in progress. In decision block 53, a test is made to determine if 30 seconds have elapsed. 30 seconds is the duration of a phase. If 30 seconds have elapsed, the phase clock is reset to zero in function block 54, and a further test is made in decision block 55 to determine if the answers for the phase was greater than or equal to five, an empirically determined value. If so, the answer ratio is computed in function block 56 as the number of answers divided by the number of attempts. Then, in decision block 57, a test is made to determine if the number of answers for the phase is greater than or equal to ten times the number of operators logged on. Note again that ten is an empirically determined number. If so, the answers per phase is set to zero in function block 58, and in function block 59, the actual values for $T_{mean}$ and $T_{sigma}$ are computed based on the data accumulated for the preceding phase. Then in decision block 60, a test is made to determine if a two second clock has expired. The purpose of this two second clock is to minimize the load on the CPU. If so, the two second clock is reset in function block 61 and then, in function block 62, the nuisance call ratio is computed as the ratio of nuisance calls to the number of attempts. Now, the setup time is computed in function block 63, in function block 64, the constants $C_1$ and $C_2$ are adjusted The process then returns to function block 51 where, based on the adjusted values for constants $C_1$ and $C_2$, the number of calls to dial are again computed.

Going through the flow diagram again, if the test in decision block 53 is negative indicating that a phase has

4,933,964

9

not yet timed out, the phase clock is incremented in function block 65 before the process jumps to decision block 60. If the test in decision block 55 is negative, the process jumps directly to decision block 60. Next, in decision block 57, if that test is negative, the process jumps directly to function block 59 where new values of $T_{mean}$ and $T_{sigma}$ are computed. Finally, if the test in decision block 60 is negative, the two second clock is incremented in function block 66 before the process loops back to decision block 53 to test the phase clock.

### Queuing Algorithm

In a queuing system, there are by definition no nuisance calls. Instead, if there is no operator available when a call is answered, the call is routed to a source of a recorded message, an example of which is disclosed in copending application Ser. No. 07/027,240 for "Alternate Memory Addressing for Information Storage and Retrieval" filed by James J. Frimmel, Jr. et al. and assigned to the assignee of this application, now Pat. No. 4,875,157. It is desirable, however, to minimize the number of calls in the queue since, as the number of clients in the queue listening to the recorded message increases, the longer time each client will be in the queue and the greater the probability that a client in the queue will hang up. Therefore, the basic algorithm for the nonqueuing system is used with the modification that $NOP_{max}$ and $NOP_{ratio}$ are not used in the computations but, instead, the ratio of clients on hold to the number of call attempts.

### Front and Back Operators Algorithm

The front and back operators applications can be considered to be a hybrid of the nonqueuing and queuing systems. More specifically, the front operators will make many contacts, each of which will be of short duration. Since the purpose of the front operator contact is to ask the client whether they will listen to a recorded message, the front operator part of the algorithm is essentially the same as the nonqueuing algorithm already described, although the nonqueuing algorithm may be used in some applications. The back operator part of the algorithm, on the other hand, is inherently a queuing algorithm since those clients who have agreed to listen to the recorded message may be considered to be in a queue for an available back operator.

To achieve the best performance, the invention uses a continuity model for the front and back operators algorithm. According to this continuity model, the rate of answered calls should be equal to the rate of calls finished, as is illustrated in the timing diagram of FIG. 16. Accordingly, the algorithm calculates the number of playing messages as follows:

$$\text{msg\_stack\_length} = \frac{\text{msg length}}{(\text{ave\_expected\_duration\_front} + \text{ave\_expected\_duration\_back}) * OPnum}$$

The message stack_length is the average number of messages to be required in order to keep the operators (front and back) busy all the time. The algorithm also calculates the number of calls to be dialed in the same way as the basic algorithm except that those who handle front calls in an adjustable mean time ($T_{fmean}$) and those who handle back calls in an adjustable mean time ($T_{bmean}$). Thus, the basic algorithm is modified to compute N as follows:

10

$$N = \frac{T_{setup}}{T_{fmean} \pm C_{1f} \times T_{fsigma}} + \frac{T_{setup}}{T_{bmean} \pm C_{1b} \times T_{bsigma}} \times \frac{OP_{num}}{C_2 \times A_{ratio} - NOP_{max}},$$

where $T_{fsigma}$ and $T_{bsigma}$ are the standard deviations associated with front and back operators, respectively, and the constants $C_{1f}$ and $C_{1b}$ are functions of those standard deviations.

The number of clients on hold for front and back is subtracted from the total calculated number to dial. More specifically,

$$N_{DIAL} = N - (N_{inprog} + N_{fhold} + N_{bhold}),$$

where $N_{fhold}$ and $N_{bhold}$ are the number of clients on hold for front and back operators, respectively. Obviously, if a nonqueuing algorithm is used for front operators, $N_{fhold}$ will be zero.

The size of the message queue is directly related to the number of answered calls and, consequently, the number of clients who have listened to a message may grow. If that number exceeds the message queue length, the system stops dialing.

Referring now to FIGS. 17A and 17B of the drawings, there is shown a flow chart illustrating the logic which implements the front and back operators algorithm. The process begins at 70 by setting initial conditions. These include the $A_{ratio}$, $T_{fmean}$, $T_{bmean}$, $T_{fsigma}$, $T_{bsigma}$, $T_{setup}$, $C_{1f}$, $C_{1b}$, $C_2$, the $NOP_{max}$, $N_{inprogress}$, and the number of operators. Again, some of the values are default values which are set at the beginning of a campaign, but others such as the number of nuisance calls and the number of operators are specified by the supervisor.

The number of calls is computed in function block 71. In the initial phase, this computation is based on the initial condition values, including the default values. A test is made in decision block 72 to determine if the number of clients currently listening to the recorded message equals the message que. If so, no more calls should be made. Thus, in function block 73 the dialing operation is interrupted and the process goes into a holding loop. When the number of clients currently listening to the recorded message is less than the message que, then the process continues.

The number of calls to dial is then determined in function block 74 as the number computed in function block 71 less the sum of the number of calls currently in progress, the number of clients on hold for a front operator (in a front queuing system) and the number of clients currently listening to the recorded message. Obviously, if a front queuing system is not being used (i.e., the basic nonqueuing algorithm is being used), then $N_{fhold}$ is not used. In decision block 75, a test is made to determine if 30 seconds have elapsed. If 30 seconds have elapsed, the phase clock is reset to zero in function block 76, and a further test is made in decision block 77 to determine if the answers for the phase was greater than or equal to five. If so, the answer ratio is computed in function block 78 as the number of answers divided by the number of attempts. Then, in decision block 79, a test is made to determine if the number of answers for the phase is greater than or equal to ten times the number of operators logged on. If so, the answers per phase is set to zero in function block 80, and in function block 81, the actual values for $T_{fmean}$, $T_{bmean}$, $T_{fsigma}$, and

4,933,964

**11**

$T_{bsigma}$ are computed based on the data accumulated for the preceding phase. Then in decision block **82**, a test is made to determine if a two second clock has expired. If so, the two second clock is reset in function block **83** and then, in function block **84**, the nuisance call ratio is computed as the ratio of nuisance calls to the number of attempts. Now, the setup time is computed in function block **85**, in function block **64**, the constants $C_{1f}$, $C_{1b}$ and $C_2$ are adjusted The process then returns to function block **71** where, based on the adjusted values for constants $C_{1f}$, $C_{1b}$ and $C_2$, the number of calls to dial are again computed.

While the invention has been described in terms of a single preferred embodiment, those skilled in the art will recognize that the invention can be practiced with modification within the spirit and scope of the appended claims.

Having thus described my invention, what I claim as new and desire to secure by Letters Patent is as follows:

1. A method of adaptively pacing telephone calls in a call origination management system comprising the steps of:

    determining a number of calls to dial as an inverse function of a mean time of all calls and a standard deviation of the mean time multiplied by a first constant, said number of calls to dial also being an inverse function of a second constant times a ratio of answered calls to attempts per session;

    dialing a number of calls according to the determined number of calls to dial;

    computing new values of said ratio of answered calls to attempts per session, said mean time and said standard deviation; and

    using said new values in repeating the step of determining the number of calls to dial.

2. The method of adaptively pacing telephone calls as recited in claim 1 further comprising the step of reducing the determined number of calls to dial by a number of calls in progress.

3. The method of adaptively pacing telephone calls as recited in claim 1 wherein said first constant is ±0.25 of said standard deviation.

4. The method of adaptively pacing telephone calls as recited in claim 1 further comprising the step of adjusting values of said first and second constants after computing said new values, the adjusted values of said first and second constants being used when repeating said step of determining the number of calls to dial.

5. The method of adaptively pacing telephone calls as recited in claim 4 further comprising the step of reducing the determined number of calls to dial by a number of calls in progress.

6. The method of adaptively pacing telephone calls as recited in claim 1 further comprising the step of reducing the product of said second constant and the ratio of answered calls to the call attempts per session by a preset number of a maximum allowable number of nuisance calls, said nuisance calls being calls which are answered for which there is no operator available.

7. The method of adaptively pacing telephone calls as recited in claim 6 further comprising the step of computing a ratio of nuisance calls to the call attempts per session, said ratio being used to adjust the value of said second constant.

**12**

8. The method of adaptively pacing telephone calls as recited in claim 7 wherein said first constant is ±0.25 of said standard deviation.

9. The method of adaptively pacing telephone calls as recited in claim 7 further comprising the step of adjusting values of said first and second constants after computing said new values, the adjusted values of said first and second constants being used when repeating said step of determining the number of calls to dial.

10. The method of adaptively pacing telephone calls as recited in claim 9 further comprising the step of reducing the determined number of calls to dial by a number of calls in progress.

11. The method of adaptively pacing telephone calls as recited in claim 1 wherein said call origination system includes a source of recorded message, said method further comprising the step of connecting an answered call to said source of recorded message whenever an operator is not available, but when an operator becomes available, connecting the answered call to the available operator.

12. The method of adaptively pacing telephone calls as recited in claim 11 further comprising the step of adjusting values of said first and second constants after computing said new values, the adjusted values of said first and second constants being used when repeating said step of determining the number of calls to dial.

13. The method of adaptively pacing telephone calls as recited in claim 12 further comprising the step of reducing the determined number of calls to dial by a number of calls in progress.

14. The method of adaptively pacing telephone calls as recited in claim 1 wherein said call origination management system routes calls to front operators and back operators, said front operators connecting those answered calls in which clients express an interest in hearing a recorded message to a source of recorded message and said back operators being connected to those clients who have heard the recorded message, said method further comprising the step of separately computing the mean time and the standard deviation of the mean time for each of said front and back operators.

15. The method of adaptively pacing telephone calls as recited in claim 14 further comprising the step of testing to determine if the number of clients currently listening to the recorded message is equal to a maximum queue for the message and, if so, temporarily suspending said step of dialing said calls.

16. The method of adaptively pacing telephone calls as recited in claim 14 wherein said call origination system includes a second source of recorded message, said method further comprising the step of connecting an answered call to said second source of recorded message whenever a front operator is not available, but when a front operator becomes available, connecting the answered call to the available front operator.

17. The method of adaptively pacing telephone calls as recited in claim 14 further comprising the step of adjusting values of said first constant for each of said front and back operators and adjusting said second constant after computing said new values, the adjusted values of said first and second constants being used when repeating said step of determining the number of calls to dial.

18. The method of adaptively pacing telephone calls as recited in claim 17 further comprising the step of reducing the determined number of calls to dial by a number of calls in progress.

\* \* \* \* \*

EXHIBIT "G"

PA - 00462

# Noble Systems and TCPA Wireless Compliance for Contact Centers



:.: NOBLE SYSTEMS

PA - 00463

# The Noble Systems Difference

- Manual Dialing Solution

- Compliance Safeguards

- Manage Complex Criteria

- Prevent Unauthorized Calls

- Check Prior Express Consent

- Maintain Do-Not-Call Lists

- Enforce Calling Windows

- Track Agent DNC Training

- Cradle-to-Grave Call Recording

- Recording Exclusions

- Compliance Reporting

PA - 00464

# T ble of ontents

Introduction                                                    4

Background                                                    4

The Noble® TCPA Wireless Compliance Solution         6

Summary                                                     10

About Noble Systems                                        12
    Important Legal Information                             14

Appendix                                                    16

PA - 00465

# ntro ction

## c ro n

PA - 00466

# T        ireless   om  li  nce for    ont  ct    enters

## NT   D   T N

A federal court in the Western District of Wisconsin appears to have expanded the reach of the Telephone Consumer Protection Act (TCPA) by increasing the restrictions on contact centers when communicating with their customers via wireless telephones. The TCPA prohibits using any automatic telephone dialing system to call wireless numbers where the prior express consent of the called party has not been given. The court ruling in the case of *Nelson   Santan  er* interpreted the law as prohibiting calls made by an automated dialing platform to wireless numbers – even where preview dialing was used to place the call.

Some legal experts now believe this court ruling creates a potential situation where compliance with one regulation (manual dialing) puts organizations at risk for violating many other complex compliance regulations, such as maximum attempts, delays between attempts, calling windows, and so on.

> " t e   estion is not  o t e e en ant ma e a partic lar call
> b t  et er t e system it se   a t e capacity to ma e a tomate  calls "

## ND *Nelson v. Santander*

**The   om l int**

The plaintiff alleged that the defendant, an automobile finance company, placed more than 1,026 calls to the plaintiff's cellular telephone number and left 116 prerecorded messages over the course of a year in an attempt to collect a debt on two vehicles the plaintiff had financed. Among other claims, the plaintiff alleged violations of the TCPA.

**   c  ro n**

The defendant used an automated telephone dialing system for placing outbound calls. The system had the ability to run campaigns in both preview and predictive dialing modes. The defendant created a list of telephone numbers to be called and used a combination of predictive and preview dialing to call the numbers. In preview dialing mode, the agent presses one button manually on a computer screen to initiate the call, instead of pressing all 10 digits on the telephone keypad.

**S  mm  ry      ment**

The district court granted the plaintiff's motion for summary judgment on the TCPA claim and awarded $571,000 in statutory damages. (Note: This judgment was vacated in June 2013, as the parties involved reached a private settlement.)

**The   o  rt  lin**

Regardless of whether preview dialing falls outside the scope of the TCPA, the question is not how the defendant made a particular call, but whether the system that was used had the 'capacity' to make automated calls.

# The Noble

# T

# ireless

# om li nce

# Sol tion

# The Noble Tireless ompli nce Sol tion

Noble Systems has developed a revolutionary, and patent pending, solution that combines the best capabilities of manual dialing through the Noble iPBX and the best-in-class compliance management tools found in the Noble Enterprise Contact Center platform. The Noble TCPA Wireless Compliance Sol tion ("Compliance Solution") enables contact centers to manually dial wireless numbers via the Noble iPBX, which is not capable of making automated calls; therefore, the system does not store phone number or make calls directly. Noble's Compliance Solution also allows contact centers to implement compliance mana ement sa e ar s that block non-compliant manual call attempts in the Noble iPBX.

The Noble Compliance Solution utilizes a data-only connection through which the Noble iPBX queries the Noble Enterprise contact center platform on a call-by-call basis. The query checks each customer record against a compliance criteria software module to determine if the call is allowed, based on complex user-defined compliance rules.



PA - 00469

# The Noble T       ireless    om  li  nce Sol  tion

Agents can use the *Noble Composer Contact    ana  ement* application ("Composer") to access a list of customer records and choose individual accounts to work. Once an account is selected, customer information is displayed with various phone number types, including wireless numbers. Composer then runs a quick compliance check on the record, including any alternate phone numbers and displays the results; the interface can be configured to show the results in a variety of styles.

In some cases, the customer's numbers will not be eligible to be called for various reasons (no prior express consent on file, maximum attempts reached, record falls outside of permissible calling window, or any other compliance criteria). When a record is not eligible for dialing, the agent receives a visual notification of the status that the record CANNOT be called, and can quickly move on, selecting another customer from the list.



Composer Contact Manager determines the record CANNOT be dialed based on user-defined compliance rules.



Composer Contact Manager determines the record CAN be dialed based on user-defined compliance rules.

# The Noble T      ireless   om  li  nce Sol  tion

When a customer is identified as CAN be called, the agent initiates the call by picking up a telephone handset and manually dialing the number via the Noble iPBX. The Noble iPBX does not store calling lists, does not access a list of numbers to be dialed from an external system, and does not randomly or sequentially call any phone numbers from a list. The Noble iPBX is not capable of making automated calls and requires manual direction.

The Noble Compliance Solution takes additional steps after the agent initiates dialing to ensure that the call is within compliance guidelines. Before the Noble iPBX completes processing of the agent's call, it queries the *Compliance So t  are mo   le* within the Noble Enterprise Contact Center platform to verify that the number dialed by the agent matches the customer record on the Composer screen. The Noble Compliance Solution then checks all other compliance rules associated with the record, including: flags for prior express consent, maximum attempts, calling window, etc. After these checks are completed and the record passes the compliance tests, the Compliance Software module allows the Noble iPBX to send the call through for connection.



To assist contact center operators in monitoring and providing evidence of their compliance, the *Noble   ecor  er* can be leveraged with the Noble Compliance Solution. In this optional configuration, the Noble iPBX establishes a conference bridge between the Agent's extension, the Outbound PBX trunk, and Noble Recorder. Once the recording path has been established, the Noble Compliance Solution signals the Noble iPBX that it can now complete processing of the call initiated by the agent.

The recording includes the entire call, beginning with call progress tones, and including both the agent and customer sides of the conversation. This "cradle-to-grave" call recording can be quickly searched for, retrieved, reviewed, and exported using Noble's management portal. Users also have the option of using *Noble      A* tools to grade the interaction based on user defined quality scorecards.

Noble's manager tools also include a *Call   ecor  in    cl sion* feature to manage recording exclusions for compliance with localized regulations. This function allows users to turn off automated line-side recording by campaign when it is prohibited by local 'dual consent' or other regulations. When the system identifies a number that falls within one of these regions, only agent-side recording will be used so that a recording of the call is still retained, or the agent can begin recording the conversation manually upon receiving the customer's approval.

# Summary

PA - 00472

# S mm ry

The TCPA provides restrictions on using automated dialers and predictive pacing to make calls to wireless numbers, without the prior express consent of the customer – whether those calls are attended by an agent or conducted in an unattended blasting mode. Some courts have interpreted this law as precluding use of any type of equipment that has the "capacity" to be used as an automated dialing system, whether the customer is dialed automatically or at the manual request of an agent. Whether or not this ruling becomes the prevailing application of the law, contact centers need to be prepared to comply with the strictest interpretation of the regulations.

The Noble TCPA Wireless Compliance Solution uses advanced call screening and dynamically checks each number prior to processing the call, providing companies with a compliance-ready platform to manage their wireless calling. The Noble Compliance Solution helps organizations achieve TCPA Compliance by ensuring that…

■ Calls to wireless numbers are dialed by a live agent on a digit-by-digit basis via the PBX

■ No phone numbers (calling lists) are ever stored in the PBX, and are never randomly or sequentially dialed by the PBX

■ Calls to wireless phone numbers are not initiated (are not dialed) by the Noble TCPA Wireless Compliance Solution platform in this configuration

■ Users can configure complex compliance criteria that the Noble TCPA Wireless Compliance Solution enforces

■ Users can monitor and prove compliance with "cradle to grave" call recording, beginning with call progress through the conversation, and to termination

■ Users can show compliance with various requirements using the Noble TCPA Wireless Compliance Solution's reporting mechanisms to track "actual compliance"

To state it simply, Noble's TCPA Wireless Compliance Solution functions only to enforce compliance rules, checking each number for compliance before allowing the Noble iPBX to complete processing of agent-initiated calls. It ne er initiates a call to the PSTN.

| Compliance Criteria | Rules Enforced? |
|---|---|
| Manual Dials on a Digit-by-Digit basis originate from PBX Only | ✔ |
| Live Agent (always) available for answered calls; no hold messages | ✔ |
| No Artificial or Pre-Recorded Messages | ✔ |
| Does not increase Target Abandonment Rates | ✔ |
| Enforces (National + State + Local) Do-Not-Call Lists + Business Rules | ✔ |
| Enforces complex "Maximum Attempts" rules over time spans | ✔ |
| Does not break "Delay between Attempts" rules | ✔ |
| Enforces "Calling Windows" by Time-Zone + Zip Code | ✔ |
| Cradle-to-Grave Call Recording to monitor and prove compliance | ✔ |
| Enforces "Call Recording Exclusion" rules | ✔ |
| Provides Standardized Compliance Reporting | ✔ |

PA - 00473

bo   t
Noble
Systems

# bo  t Noble Systems

Noble Systems Corporation (NSC) is a global leader in the customer communications industry, providing the world's best 'total solution' value in Unified Communications, Business Process Management and Analytics. Tens of thousands of agents at 4,000+ client installations worldwide conduct business using the award-winning Noble platforms to manage customer communications. The scalable, integrated Noble® Solutions offer unified premise and cloud platforms for your total customer experience.

Noble Systems helps companies communicate more effectively with their customers via multiple channels, including inbound/outbound/blended voice, email and web. Noble's unified solutions include the key software technologies that contact centers need most: Predictive dialing, Inbound contact management and ACD, Self Service IVR software, CTI for intelligent screen pops, Recording and QA, Workforce Management, Analytics and Decisioning, Campaign Strategy Management, and Reporting for hardware and software telephony platforms. Noble also provides seamless integration to existing corporate environments, reducing your learning curve and protecting your technology investments.

Noble's TCPA Wireless Compliance Solution is a part of our series of compliance tools, which also include our 'PCI-Ready', Noble® Secure, and DNC offers to address PCI, TSR, FTC, HIPAA, and other legal restrictions, providing peace of mind that your center meets Compliance guidelines and has the tools to enforce standards and to prove compliance at any given time.

For more than 20 years, Noble Systems has been delivering solutions that build performance and productivity, improve the quality of customer contacts, and reduce costs. Contact us to learn more.

+1 404 851 1331       Americas
+61 2 8222 0500       APAC
+52 (55) 5488 6828    CALA
+44 (0) 161 772 7100  EMEA

noblesystems com

PA - 00475

## m ort nt e l nform tion

T N T N ND D NT T N D D N D N T S S D D N N
S S S S ND N S ST S SS D S S N S NT T N NT ND T N
N ND SS D T D NT T T S N T N T S T TT
T S T N T N S NT D NT N D N D N T S S D D
N T N S S N ND D S N T NST T T D N S ST S D S N T
S NT NT T T S N T N S T NT T ND S D
N T N S N T N S N ND T T S TS T S N T N S D N T
D N N S S ST T T NS T T N T T D S S T
ND N D N T S T TT T S ND S D NT T
TT N T T N D T S T T N T SS S T T N T D T T
S T TT T S T T NS SS N T S N T N S N T NT ND D T T ND
T T D S N T NST T T N TT N NT T NS T N S ND ND
N S N S D T T T N N TT S D N T NT NTS T S
N D NT N T N NT N D N D N T S S D SS D T
D D N TT N NS D N ST T

T T N S ND T DS D S SS D N D N T S D NT N T
T S T T NS ST S T N S T NS D D N
S ST S SS ST ST N N T S T S ST N
S ST S D S N T S NT NT T T TS S T D TS S S T N S
S ST S S T NS T N D ST T S T NS T T
T D NT T T S T TT D S SS D N T S D NT T
ST N NN T N T S ST S S N N S ST S S T D TS
S S T N S S ST S S T NS ST NS S ND S
S NS NS N T T TS S N N S ST S S T D TS S S
T N S S ST S S T NS N N T N ND D ST T ND
S ND T NS T T T ST TS S S T S ST
ND TS S S T D T N D ND T S D ST T ND
T NS S ND ST ND DS T ST ND TS S S T S

PA - 00476



en i

en i

| Federal Regulations<br>CFR Title 74 Section 64.1200 | Noble Systems Compliance Solutions |
|---|---|
| No calls using an automatic telephone dialing system or an artificial or prerecorded voice without prior express written consent of the called party. | The Noble Enterprise Solution has built-in record filtering capabilities and has an optional DNC Scrub which performs real-time exclusions based on subscribed lists (from a third party) and company-specific DNC lists. These numbers can be added to a global exclusion list and do not necessarily require the optional DNC Scrub. |
| No calls using an automatic telephone dialing system or an artificial or prerecorded voice to any emergency telephone line (911, emergency line of a hospital, etc.). | The system can also filter records based on prior express consent flags provided in calling lists. |
| No calls using an automatic telephone dialing system or an artificial or prerecorded voice to the telephone line of any guest room or patient room of a hospital, etc. | These numbers can be added to a global exclusion list and do not necessarily require the optional DNC Scrub. |
| No calls using an automatic telephone dialing system or artificial or prerecorded voice to any wireless number or service where called party is charged for the call. | The optional Noble DNC Scrub can track wireless numbers using subscriptions to a Wireless List Management Service from a third party list provider (ie, CompliancePoint®). The solution can also be deployed with the Noble iPBX and using a data-only connection to confirm complex compliance criteria for a record before allowing the Noble iPBX to dial. |
| No calls to wireless numbers ported from wireline service (>15 days ago) if not already on national do-not-call registry or caller's company-specific do-not-call list. | The optional Noble DNC Scrub can track wireline-to-wireless (and vice versa) number porting by using subscriptions to a third party list provider (ie, CompliancePoint®). |
| No calls using an automatic telephone dialing systems in such a way that two or more telephone lines of a multi-line business are engaged simultaneously. | The Noble Enterprise Solution has a built-in record filtering capability that addresses this issue. |
| No person or entity may disconnect an unanswered telemarketing call prior to at least 15 seconds or four (4) rings. | The Noble Enterprise Solution has a built-in "ring count" capability that addresses this issue. |
| Abandons no more than three percent of all calls answered live by a person, over a 30-day period for a single calling campaign. "Abandoned" if not connected to a live agent within two (2) seconds of the called person's greeting. | The Noble Enterprise Solution has a built-in "FCC Compliance Lock-Down" capability that keeps abandonment rates in check for individually identified telemarketing campaigns, or all campaigns running on the system. |
| Whenever a live sales representative is not available within two seconds after called person's completed greeting, caller must provide: | |
| (A) A prerecorded identification and opt-out message disclosing call was for "telemarketing purposes" and states name of the business and number to make a DNC request during regular business hours, and... | The Noble Enterprise Solution has a built-in "FCC Compliance Lock-Down" capability that ensures individually identified telemarketing campaigns, or all campaigns running on the system, have a "hold message". The user is responsible for the content of the recording, which can be changed at any time by authorized users. |
| (B) An automated, interactive opt-out mechanism to make a DNC request prior to terminating the call, record number to seller's DNC list and terminate call. | The Noble Enterprise Solution has a built-in "Self-Service" capability that can be used to create automated and interactive "opt-out call flows" which can update external data sources. The user is responsible for the content of the message and call flow options, which can be changed at any time by authorized users. |
| Calls using artificial or prerecorded voice messages with prior express written consent are not considered abandoned if message begins within two (2) seconds of greeting. | The Noble Enterprise Solution has a built-in "FCC Compliance Lock-Down" capability that identifies live answers and answering machines and begins playing the message within 2 seconds of the completed called party greeting. |
| The seller or telemarketer must maintain records establishing compliance. | The Noble Maestro and Noble Reports Management Portals available for the Noble Enterprise Solution include standardized reports for demonstrating compliance. |

PA - 00479

en i

| e er l e l tions<br>*CFR Title 74 Section 64.1200* | Noble Systems om li nce Sol tions |
|---|---|
| No person or entity may initiate any telephone solicitation to any residential telephone subscribers before the hours of 8 a.m. or after 9 p.m. (local time at called party's location). | The Noble Enterprise Solution includes basic and advanced "dialing window" filters to prevent calling too early or too late. The advanced dialing filters allow users to setup different dialing window rules by area code and exchange. Additionally, the system is capable of checking a number's time zone by the number itself and/or the zip code. |
| No person or entity may initiate any telephone solicitation to residential telephone numbers registered on the national do-not-call registry. | The Noble Enterprise Solution has built-in record filtering capabilities, and has an optional DNC Scrub which performs real-time exclusions based on subscribed lists (from a third party) and your company-specific DNC lists. The system can also filter records based on prior express consent flags provided in calling lists. |
| Not li ble for iol tin DN re irement if the iol tion is the res lt of error n s rt of its ro tine b siness r ctice it meets the follo in st n r s | |
| (B) Trained personnel, and any entity assisting in its compliance, in procedures established pursuant to the national do-not-call rules, | The Noble ShiftTrack® workforce management solution is capable of tracking employee training. |
| (C) It has maintained and recorded a list of telephone numbers that the seller may not contact, | The Noble Enterprise Solution has built-in record filtering capabilities, and has an optional DNC Scrub which performs real-time exclusions based on subscribed lists (from a third party) and your company-specific DNC lists. The system can also filter records based on prior express consent flags provided in calling lists. |
| (D) Documents and uses a process to prevent calls to numbers on the DNC list using a version obtained no more than 31 days prior to the call. | The optional Noble DNC Scrub automatically updates DNC lists via subscriptions to a third party list provider (e.g., CompliancePoint®). Appropriate list subscription(s) and update frequency is offered by the list provider. |
| Automatic telephone dialing system/autodialer means equipment with capacity to store or produce telephone numbers using a random or sequential number generator and to dial such numbers. | The Noble iPBX does not have the defined capacity to store or produce telephone numbers or to dial numbers. |

| e er l e l tions<br>*Truth in Caller ID Act of 2009* | Noble Systems om li nce Sol tions |
|---|---|
| Amended the Communications Act of 1934 to prohibit any person within the United States, in connection with any telecommunications service or IP-enabled voice service, to cause any caller identification service to knowingly transmit misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value | The Noble Enterprise Solution has the capacity to enable authorized users to define the caller number and caller name. It is the responsibility of the user to provide correct and accurate numbers and names to be transmitted. It is important to note that in most parts of the United States, whatever name the local phone company has associated with the Caller ID number used is the name that shows up on the Caller ID display of the called party. |

PA - 00480

# et to   no   Noble Systems

Is your contact center TCPA-compliant? Noble Systems offers solutions that meet today's stringent regulatory requirements.

Contact us for your
*FREE Business Assessment*
and let Noble Systems help
you   ro   yo   r b   siness!

noblesystems com

Copyright ©2013 Noble Systems Corporation. All rights reserved. No part of this document may be reproduced in any form or by any means without written permission from Noble Systems Corporation. Noble Systems, Noble and the n logo are registered trademarks of Noble Systems Corporation. All others are property of their respective owners.

While every precaution has been taken to ensure the accuracy of the information contained in this document, Noble Systems Corporation assumes no responsibility for inadvertent errors or omissions. The information contained in this document is subject to change without notice. Noble is a continually evolving product suite. The information listed above is believed to be accurate at the time of printing. Please contact Noble Systems to learn more about the latest features.

The descriptions of solutions or services set forth in this paper are provided for informational purposes only. Some functionality may require purchase of specific products or services. In the event a customer purchases solutions and services from Noble Systems Corporation, the definitive agreement executed by the parties for the solutions or services engagement will contain the actual description of the functional design or services specifications to be provided by Noble Systems for purposes of that transaction.

PA - 00481

Noble Systems Worldwide
+1 (404) 851 1331
info@noblesystems.com

Noble Systems Americas
+1 (888) 866 2538
info@noblesystems.com

Noble Systems APAC (Australia)
+61 (2) 8222 0500
info-au@noblesystems.com

Noble Systems EMEA (UK)
+44 (0) 161 772 7100
info-uk@noblesystems.com

# NOBLE SYSTEMS

1 (888) 866 2538 | +1 (404) 851 1331
www.**noblesystems**.com

© Copyright 2013 Noble Systems Corporation. All Rights Reserved.

Exhibit "H"

**SOFTWARE ENGINEER** to provide specialized software solutions at client sites using relational database design methodologies, Oracle, multiple hardware and software platforms, operating systems and TCP/IP to design, develop and deploy client/server applications; maintain Oracle databases using Oracle DBA, database/application bench-marking and workload simulation in heterogeneous networked environments using parallel processing methodology; tune modules to use Oracle optimize and formulate standards for PL/SQL development, client/server application partitioning and database sizing; perform data transfer/synchronization using replication/snapshots and code complex application logic using advanced PL/SQL, dynamic SQL, Developer/2000 and Designer/2000 toolsets; drawing system requirements and system delivery specifications, data analysis and performance tuning of very large Oracle distributed databases. Require: M.S. in Computer Science/Computer Engineering and one year experience in the position or as Programmer/Analyst. 50% travel to client sites within the United States required. Coursework must include Database Management, Parallel Processing and Software Engineering. Experience may be full time or equivalent part time and include Oracle RDBMS. Salary : $61,000 per year, 8:30 am to 5:30 pm, M-F. Mail resume in duplicate to: Georgia Department of Labor, Job Order # GA 6211193, 2943 N. Druid Hills Road, Atlanta, GA 30329 or the nearest Department of Labor Field Service Office.

**PROJECT MANAGER** to design and develop high performance intelligent PCI RAID Controllers based on Intel i960 series of CPUs, Symbios 53C770 or 53C875 SCSI controllers, and state-of-the-art ASICs; Architect OEM specific storage products for top 5 PC companies in the world; Responsible for strategic long range planning and target market identification for RAID and SCSI products; Establish technological alliance with key customers and vendors; Coordinate the RAID product development from design to qualification by OEM; Research, develop and execute business and marketing plans along with marketing requirements statements; Responsible for product launches, marketing materials, press releases and participation in industry shows; Also responsible for long term forecasting and managing product shipments from manufacturing; Develop complete sales and technical training programs for internal support staff and customers. Require: M.S. degree (or equivalent) in Computer/Electrical/Electronics Engineering and two years experience in the job offered or in the related occupation of Hardware Design Engineer; a B.S. degree with two years of progressively responsible experience in the field will be considered equivalent to an M.S. degree. Salary : $65,000/ year; M-F, 8:30 a.m. to 5:30 p.m. Send resume to: Xina Tuerke, Human Resources, American Megatrends, Inc., 6145-F Northbelt Pkwy., Dept. A, Norcross GA 30071; Attn. Job SS.

Project Manager need-ed for Fairfax, VA Co. Must have 2yr exp analyzing & evaluating customer reqmts in dsgn/dvlpmnt of systms or modifying improving existing sms for business applcations. Must have BS Respond to: HR Dept Sun Light Technologies Inc, 3829 Parkland Ct Fairfax, VA 22033.

**Full-time Project Manager**, Object-Oriented Applications Development. Responsibilities include: manage object-oriented applications development; manage systems analysts and support staff; plan, monitor and prepare status reports; audit application quality to ensure adherence to Quality Management Systems; manage implementation of applications; manage user acceptance tests and user training; serve as chief liaison between client and Director of Applications Development; must have a Bachelor of Sciences degree or its foreign equivalent and at least five (5) years of experience in systems analysis for object-oriented applications in client/server environments and Director of Master of Sciences degree in Computer Science or a related field and three years of experience in systems analysis for object-oriented applications in client/server environment; must be fluent in Visual C++ and Borland C++ and worked with the Top End transaction monitor on 3-tier client-server applications; must be proficient in the use of object-oriented C++ class libraries including MFC and OWL; must be proficient in the application of object-oriented design methodologies Booch, Rumbaugh OMT and Jacobsen; must be willing to travel to client sites Monday-Friday. Must have proof of legal authority to work in the United States. Salary : $55,702-85,000 per year. If interested, submit resume in duplicate or apply in person: Georgia Department of Labor, Job Order # GA 6199969, 2943 N. Druid Hills Rd., Atlanta, GA 30329 or the nearest Department of Labor Field Service Office.

**Full-time Project Manager**, Client/Server Development and Data Base Administrator. Responsibilities include: manage client/server applications development; manage systems analysts and support staff; plan, monitor and prepare status reports; audit application quality to ensure adherence to Quality Management Systems; manage implementation of applications; manage user acceptance tests and user training; serve as chief liaison between client and Director of Applications Development; manage installation and tuning of Sybase SQL Server; manage implementation of data base backup and recovery procedures; conduct capacity planning for application; provide 24-hour production support; must have a Bachelor of Science degree with a major field of study in Computer Science or a related field; must have at least five (5) years of experience in systems analysis for client/server development; must be proficient in the design, development and implementation of applications and data bases utilizing Sybase with APT Workbench, DB-Library, C, CT-Library, Delphi, PowerBuilder, Magic, NetBuilder, Dynasty, SQR and Focus; must be willing to travel to client sites Monday-Friday. Salary: $55,702.00-$85,000.00 per year. Must have proof of legal authority to work in the United States. If interested, submit resume in duplicate or apply in person: Georgia Department of Labor, Job Order # GA 6197062, 2943 N. Druid Hills Rd., Atlanta, GA 30329 or the nearest Department of Labor Field Service Office.

**Software Engineer**, Research, analyze, design, & coordinate development; and develop, test, and implement software sys. software in conjunction with hardware development on a variety of business & industry applic's. Analyze software require's. to determine feasibility of design to develop bus. procedures, user requirements & programming feasibility. Design & develop software applic's. using the following comp. hardware & software: UNISYS A Series, DMSII, Cobol, Windows NT, Windows 95, Unix, Oracle, Powerbuilder, Delphi, Visual Basic. Must be willing to relocate within the United States on a project-by-project basis. Req'd. comp. applic's: Unisys A Series, DMSII, Cobol, Windows NT, Windows 95, & DOS, Network ware 3.12, Windows for Workgroups 3.11, SADS, Powerbuilder, Delphi, Visual Basic, Sys. Architect, Oracle SQL*Forms, Oracle SQL*Reporter, Oracle PL/SQL, Oracle DMS, Watcom SQL. Must have Bach.'s or foreign degree equiv. in Econom., Comp. Sci. or related & 8 yrs exper. in job offered or 8 yrs as Sys. Analyst, Analyst Programmer, Programmer, or related. Hrs: 9a-5p, M-F; $62,600 per yr. Apply to Georgia Dept. of Labor, Job Order #GA6212765, 2943 N. Druid Hills Rd., Atlanta, GA 30329-3909 or the nearest Dept. of Labor Field Service Office.

Software Engineer for specialized software development and consultancy company; Design, develop, test and implementation of various applications software on IBM AS/400. Thorough knowledge of J.D. Edwards application software for integration of various other application business applications. Knowledge of IBM AS/400, TCP/IP communication to download/export data to/from various other platforms such as UNIX, PC/Windows NT Server. Job to be performed in Durham, NC and various other independent client sites throughout the United States, as required. Requirements: Bachelor's degree in Engineering or Math or Science or Computer Science and two years experience required either in the job offered or in the related occupation or as Software Consultant or Programmer Analyst. 9:00 AM to 6:00 PM, 5 days/40 hrs/wk. Salary $45,000 /yr. Resumes must include your Social Security number. Mail resumes to Job Service, 1105 Briggs Avenue, Durham, NC 27703. Refer to Job Order # NC3072821 and DOT code 030.062-010.

Ten full-time Technical Support Specialists responsible for the technical implementation, upgrades, and support of SAP products. Provide technical expertise, project planning, guidance, presentation, and instruction on SAP products to clients. Responsible for the configuration of database administration, change management, system infrastructure, and performance tuning; using UNIX and Windows NT Server Administration, Database Administration (Sun, Networking, Client/Server Systems, Business Information Systems and Enterprise Planning Systems. Supports clients with programming, interfaces, installations, modifications and upgrades of SAP systems. Design technical architecture for integration of SAP with third-party products, for enhanced functionality. Acts as a liaison for troubleshooting. Investigates, analyzes and solves programming/software issues. Must have a Bachelor's degree in Computer Science or Electrical Engineering or foreign degree equivalent. Must have one year experience in the job offered or one year of experience with SAP products. Must be willing to travel to client-specific quality processes. Must have a Master's degree in Management Sciences. Computer Science or a related field and three years of experience in systems analysis or a Bachelor of Science degree in Management Sciences, Computer Science or a related field and five (5) years of experience in systems analysis. Salary Range $55,702 to $85,000 per year. Must have proof of legal authority to work in the United States. If interested, submit resume in duplicate to: Ms. L. Anne Keller, HIIT (USA), Inc., 1050 Crown Pointe Parkway, Suite 900, Atlanta, Georgia 30338. Telephone:770/551-9494 ext. 6033

**SOFTWARE ENGINEER** (Location: Seneca, SC) to convert scientific, engineering and other technical requirements into software system specifications which conform with pre-existing system constraints; design, analyze, develop and maintain system software, application software and Graphical User Interfaces (GUI) using Pascal, C, C++, X-Windows/Motif, zApp Development Kit, Unix shell scripts, 4th generation languages and other development tools running on Solaris, HP-UX, SINIX, AIX, VMS, Netware, MSDOS, Microsoft Windows and Windows 95 environments in batch and online modes for standalone, networked and client/server environments incorporating TCP/IP and UDP protocols, and BSD sockets; analyze for system portability across multiple hardware systems and DBMS (including C-tree, Ingres, Oracle) platforms; test and debug software using Turbo Debugger, dbx and xdb; profile software using Turbo Profiler, prof, gprof and tprof; system modeling for support of computer networking, distributed processing and client/server applications; and perform validation testing and performance evaluation of computer systems and application software. Require: M.S. in Computer Science/Computer Engineering and two years experience in the described job duties. Coursework must include Computer Architecture, Software Engineering, Telecommunications Networks and Computer System Design. Ph.D. in Computer Engineering (or completion of all course requirements) may be substituted for M.S. degree and two years experience. Salary: $50,700 per year, 8:30 am to 5 pm, M-F. 40 hours per week. Apply by resume to: Ms. Regina D. Ratterree, E&T Technical Services, SCESC-2000711, P.O. Box 1406, Columbia, SC 29202.

**Full-time Project Manager**, Object-Oriented Applications. Responsibilities include: manage object-oriented applications development; manage systems analysts and support staff utilizing Visual C++, Borland C++ and working with the Top End transaction monitor on 3-tier client-server applications; manage the use of object-oriented C++ class libraries including MFC, OWL and the Rogue Wave toolset and design methodologies Booch, Rumbaugh OMT and Jacobson, monitor and prepare status reports; audit application quality to ensure adherence to Quality Management Systems; manage implementation of applications; manage user acceptance tests and user training; serve as chief liaison between client and Director of Applications Software Division. Travel as required to client sites throughout the United States Monday - Friday. Travel to India for training and setting-up client-specific quality processes. Must have a Master's degree in Management Sciences. Computer Science or a related field and three years of experience in systems analysis or a Bachelor of Science degree in Management Sciences, Computer Science or a related field and five (5) years of experience in systems analysis. Salary Range $55,702 to $85,000 per year. Must have proof of legal authority to work in the United States. If interested, submit resume in duplicate to: Ms. L. Anne Keller, HIIT (USA), Inc., 1050 Crown Pointe Parkway, Suite 900, Atlanta, Georgia 30338. Telephone:770/551-9494 ext. 6033

Programmer Analyst: Dsgn & implmnt a Predictive Dialer using Dialogic API; ability to program-matically cntrl T1 & PRI/2 wp real-time parallel algorithms; applc to be implemented on Win NT 4.0 platform using C++ & OO Dsgn patterns; use multi-thread-ed constructs of io completion port & asynchronous io; do prgrng in COM & DCOM for client applic; must be able to encapsu-late native ofbase libraries for MS SQL/SYBASE & ORACLE; do TCP/IP wwork prgrng. Applicants must have BS-Comp Sci/Comp Engg w/ 1yr exp in job or as Prgmr. 40hr/wk, M-F, 9-5, $55K/ yr. Send resumes only to Chris Eisdorfer c/o Technion Communications Corp., 6931 NW 66th Ave, Tamarac, FL 33321. Ref I240.

Programmer/Analyst wanted for IT Co in W. Conshohocken, PA. Must have 1yr exp analyzing, dsgng & implementing of s/ware using C/C++, Visual Basic, Rational Rose & ERWin in Unix, DOS & Win envrmnts. Bach-Comp Sci, Comp Engg or Electrical Engg. Respond to: HR Dept, Visient Corp., 1 Tower Bridge, Ste 800, W. Conshohocken, PA 19428.



**Now in demand, demand the best.**

Try the ADEPT Difference:
- Customized Client Pairing System
- Consultant Support Program
- Ongoing Satisfaction Surveys
- Award Winning Customer Service

- **COBOL, VSAM**
- **CICS, COBOL**
- **COBOL, DB2 OR IMS**
- **ADABAS, NATURAL**
- **VISUAL BASIC**
- **ORACLE**

Benefits include Medical Insurance, 401(k) Plan with company matching, Section 125 Flexible Benefits Plan, direct deposit, generous referral bonus program, Professional Development Program.

Please mail, fax or email your resume today!
ADEPT Inc., Attn: CW330
888 Worcester Road
Wellesley, MA 02181
Phone: 800-66ADEPT
Fax: 800-579-8933
Email: paper@adeptinc.com
Member NACCB/EOE

www.adeptinc.com

## SR. PROGRAMMER/ANALYST

Utility Business Services, Inc. (UBS), an NUI company, is a provider of customer information systems and services in the utility industry field. We currently have an immediate opening for a Senior Programmer/Analyst at our Union, NJ location.

The selected candidate will be responsible for coding programs for utility information systems (batch & on-line); conducting quality assurance testing; writing programming documentation; and interfacing with clients.

To be considered you must have a Bachelor's Degree or successfully completed training at an accredited programming school, and have 3+ years experience with mainframe programming, Natural/ADABAS preferred. Familiarity with Natural/Construct a plus.

In return, we offer a competitive salary and benefits package along with the satisfaction of joining a team of professionals committed to excellence. For consideration, please send resume indicating salary history and requirements to: Human Resources Dept. P/A, NUI, One Elizabethtown Plaza, Union, NJ 07083. We are an Equal Opportunity Employer M/F/D/V.


**Utility Business Services**

OVERSEAS DEVELOPMENT DIRECTOR at Information Technology-Based Company. Responsible for developing market in the United States and Asian region for information technology-based business. Also responsible for analyzing developing conceptual proposals to targeted markets/clients and arranging client meetings. Qualified applicants must have a Bachelor's Degree in Accounting, Economics or Theology and be fluent in Cantonese, Hokkien, Hakka, Greek, Hebrew, Malay and Indonesian languages. Hours: 11:00am to 9:30pm. Salary $30,000.00 per year. Only persons authorized to work permanently in the United States need apply. Please forward resume to Ms. Jane Hosley, Allen Certification Program, JOB#Y0369575, Department for Employment Services, 275 F Main St. 2-W, Frankfort, Kentucky 40621. An equal opportunity employer. Job Order #KY0369575.



EC Cubed, based in Fairfield County, CT is a cutting-edge, market leader of components offering mission critical e-commerce to Fortune 500 clients. We are growing quickly and offer unlimited opportunities with excellent compensation packages!

**Sr. Sales Executives:** Proven software/tools experience. Java, C++, internet programming

**Product Leads:** E-commerce, design skills, distributed architects, Java

**Tech. Documentation:** Production & methodology experience

**Sales Engineers:** E-commerce domain experience, technical background

Please forward resume with salary requirements in confidence to: EC Cubed, 15 River Road, Wilton, CT 06897
Tel: (203) 761-3951; 15 River Road, Wilton, CT 06897
email: phiggins@eccubed.com

Case 8:16-cv-02149-DOC-JCG   Document 11-3   Filed 12/08/16   Page 50 of 82   Page ID #:643

# MICROCOMPUTERS

Continued from page 85
and runs on IBM's Personal Computer and compatibles; Texas Instruments, Inc.'s Professional; and NCR Corp.'s Decisionmate personal computer. It also operates in all local-area networks, the vendor said.

*Software Connections, 2041 Mission College Blvd., Santa Clara, Calif. 95054.*

## CONTROL DATA CORP.
### PFA Micro

Control Data Corp. has introduced PFA Micro, a software product said to provide automated process flow analysis that uses flow charts to analyze repetitive operations.

PFA Micro, for use on the IBM Personal Computer, reportedly cuts documentation time by 50% over manual systems and automatically generates nine different reports to identify areas where processes can be improved.

Input for PFA Micro consists of a process summary statement, a description of the process under study, a functional chart and a description of the steps in the process.

PFA Micro consists of a facilitator's kit, priced at $950; a training module, priced at $450; and application software, priced at $950.

*Control Data, 8100 34th Ave. South, P.O. Box O, Minneapolis, Minn. 55417.*

## BMDP STATISTICAL SOFTWARE, INC.
### 21 statistical programs

BMDP Statistical Software, Inc. has announced that 21 of its mainframe statistical software programs are now available for the IBM Personal Computer.

The programs reportedly feature general descriptive statistics, regression, factor, survival and cluster analysis and analysis of variance and nonlinear regression.

Minimum requirements for running BMDP on the IBM microcomputer include a 5M-byte hard disk, double-sided and double-density floppy diskette capacity, an Intel Corp. 8087 floating-point processor, IBM PC-DOS 2.0 or higher and 640K bytes of memory.

Two groups of six BMDP programs are being distributed at a cost of $450 for the first group and $200 for the second when purchased together. Additional programs cost $50 each.

*BMDP Statistical Software, 1964 Westwood Blvd., Los Angeles, Calif. 90025.*



## FUJITSU MICROELECTRONICS, INC.
### Wordstar for Micro 16S

Fujitsu Microelectronics, Inc. has announced that Micropro International Corp.'s Wordstar word processing program is now available for Fujitsu's Micro 16S series.

Wordstar is offered to Micro 16S users in both the Microsoft Corp. MS-DOS and Digital Research, Inc. CP/M 86 formats.

Price of the Wordstar package is $350 for either operating system.

*Fujitsu Microelectronics, 3320 Scott Blvd., Santa Clara, Calif. 95051.*

## BORLAND INTERNATIONAL
### Sidekick

Borland International has introduced Sidekick, a template for programs that run on the IBM Personal Computer with IBM's PC-DOS operating system.

Sidekick features an appointment calendar, calculator with business and scientific functions, automatic telephone dialing, a full screen editor and an Ascii conversion table, Borland said.

Sidekick, a menu-driven package, opens a window for each function and allows data to be passed between windows, Borland said.

The program is said to take up 20K bytes of random-access memory and to work in conjunction with programs such as Lotus Development Corp.'s 1-2-3 and Ashton-Tate's Dbase II.

Sidekick sells for $49.95.

*Borland International, 4113 Scotts Valley Drive, Scotts Valley, Calif.*

## LATTICE, INC.
### Version 2.12 of C compiler

Lattice, Inc. has announced Version 2.12 of its C compiler for the IBM Personal Computer and other microcomputers using Microsoft Corp.'s MS-DOS operating system.

Version 2.12 is said to allow access to the full address space of the Intel Corp. 8086/8088 microprocessors.

Other features reportedly include: I/O functions that determine at run-time which version of MS-DOS is present; library routines that perform floating-point arithmetic and determine at runtime if the 8087 is present; a full set of mathematical functions; and library functions that allow programs under MS-DOS 2 to load another program with control returning to the original program after execution.

Version 2.12 is priced at $500.

*Lattice, P.O. Box 3072, Glen Ellyn, Ill. 60138.*

## SIS SUNDATA
### PC Plus

Sis Sundata has introduced PC Plus, which allows a user of an IBM Personal Computer with IBM's PC-DOS operating system to update data bases stored on Sis Sundata mainframes.

The product uses Systems Network Architecture communications protocol, interfaces with popular spreadsheet products and stores up



## Go beyond equipment compatibility.
## Reach for total performance.
# The Zenith Z-100 PC's.

In the brutal rhythm of the time trial, something clicks: cyclist and cycle blur into one, and sprint toward total performance. And, in your office, you'll experience that same kind of oneness with our new IBM-compatible Zenith PC's.

Their enhanced features actually take you beyond IBM compatibility. Like internal expandability that allows you to add peripherals without adding size. Storage that can expand up to 11 megabytes. The ability to run virtually all software designed for the IBM PC. And a detached keyboard with a "smarter" key layout for added convenience.

The Z-150 PC

Reach for total performance with the desktop and portable Z-100 PC's: call 1-800-842-9000, ext. 1, for the name of

The portable Z-160 PC

(www.computerworld.com)   December 22, 1998   Computerworld   **41**

# The Enterprise Network

### LANs ◆ WANs ◆ Network Management



# Briefs

## GETTING SECURE

The network security services market will face demand from Internet usage, electronic commerce, the spread of hacker tools and increased awareness

$1B*

$312M

1995    1999

*Projected
Source: Dataquest, San Jose, Calif.

## Growing new Vines

Banyan Systems, Inc., based in Westboro, Mass., has announced Vines 8.0, an upgrade of its TCP/IP-based network operating system that lets users centrally create and manage network resources with a graphical tool. Vines 8.0 also supports the Lightweight Directory Access Protocol (LDAP) standard. It will be available this month for $1,995 per server and $70 per user.

## New security service

The National Computer Security Association, Inc. in Carlisle, Pa., last week launched a service that provides businesses with a snapshot of potential vulnerabilities to their sites from the Internet. The NCSA Perimeter Check remotely examines Internet-based devices, such as routers, firewalls and servers, for potential security holes on a quarterly, monthly or bi-monthly basis. It costs $3,995 for the first 15 devices and $1,500 to check an additional 15 Internet devices.

## Network directory

Control Data Systems, Inc. in Arden Hills, Minn., has announced Rialto Global Directory 98, a stand-alone version of the company's directory tool that includes new security features and application development tools. The software supports X.500 and LDAP. It is available now on Unix. Pricing starts at $2,900 per server.

# Calling all customers

▶ *Autodialer doubles airline's customer service productivity*

**By Matt Hamblen**

MORE AND MORE, airlines concerned with customer service are calling passengers to tell them when a flight is delayed due to bad weather. And those calls are traditionally made by customer service personnel.

Officials at U.S. Airways said they have cut in half the time it takes to contact passengers by using automatic dialing software they installed more than a year ago. The faster they notify a passenger, the less likely it is a customer makes an unnecessary trip to the airport.

"We've improved the productivity [of calling agents] by at least 2-to-1 and maybe by more," said John Magliocca, director of special services at U.S. Airways in Arlington, Va. "It eliminates a lot of work."

"We had a manual outbound calling process in place before, but this method gets in touch with more people in a shorter



**U.S. Airways uses dialing software to call passengers when flights are delayed, reducing unnecessary trips to the airport**

time, and that's good customer service," Magliocca added.

### TOO MANY CALLS

The airline employs 75 agents in Winston-Salem, N.C., who actually talk to passengers whose flights were delayed or routed to another airport. The agents, who also book new passengers, make more than 5,000 calls per day.

Automatic dialer software from Mosaix, Inc. in Redmond, Wash., picks passenger tele-

phone numbers from the airline's database and initiates calls.

No agent is involved until a passenger picks up the call. That saves the agent the time in dialing or reaching busy signals or fax machines. The agent is notified automatically via a desktop PC when a passenger answers, and then the agent works with a customer's record to help reschedule a flight.

With the automatic calling
**Airline, page 43**

# WORKFLOW

# Novell ships GroupWise add-on

▶ *Can use E-mail to build workflow apps*

**By Barb Cole-Gomolski**

NEW SOFTWARE from Novell, Inc. is putting workflow applications within closer reach of users of its GroupWise messaging system.

The Provo, Utah, company recently shipped GroupWise WorkFlow Professional, add-on software for GroupWise that lets users build and participate in workflow applications using their electronic-mail clients.

The software was designed to automate document-driven processes such as expense reporting and capital requests. It could also be used for project management and to poll workers.
**Workflow, page 45**

# IS managers shop the Internet for just the right tools

**By Patrick Dryden**

'TIS THE SEASON for IS managers to stuff their stockings with some handy tools for maintaining client/server networks.

The Internet is a toy factory for freeware and cheap point products to finish off those calendar-year budgets and discretionary funds.

"Right now, I'm seeking something simple to monitor Windows NT servers and send an alert about any problems," said Gil Brand, an information systems vice president at the Dallas data center of NationsBank Corp. in Charlotte, N.C.

Brand said he has an immediate need to fill, even though the bank is beginning the arduous implementation of the "Cadillac of systems tools" — integrated enterprise management software from Tivoli Sys-

tems, Inc. — that eventually will handle this task.

Such strategic choices can eventually pay off, but IS managers must keep an eye on value, said Theo Forbath a consultant at Northeast Consulting

Resources, Inc. in Boston. Pick the tool to fit the problem, and it will quickly pay for itself, he said.

For example, managers at Gale Research turned up a "nice, inexpensive adjunct to

established tools" for monitoring Unix, Novell, Inc.'s NetWare and Windows NT servers, said Jim Kenyon, director of technology infrastructure at the directory publisher in Detroit.
**Tools, page 47**

## STOCKING STUFFERS

A few places to peek for free network and systems management tools:

**Windows 95**
Handy little utilities from Microsoft's kernel and GUI developers
www.microsoft.com/windows/windows95/info/kerneltoys.htm
www.microsoft.com/windows/windows95/info/powertoys.htm

**SNMP**
IntraSpection console from Asante Technologies reports on standard statistics reported via Simple Network Management Protocol
www.intraspection.com

**Unix**
Top five tools to handle frequent chores faced by managers of Sun Microsystems servers and networks
www.dataman.nl/cgi-bin/sunmanagersview?3+15401+top%20five%20tools



# Airline notifies of delays

**CONTINUED FROM PAGE 41**

software, which is sometimes called a predictive dialer, U.S. Airways said it saves at least 40 seconds per call. That means it could save 55 hours of work by its entire staff on a busy day. When agents aren't making calls to reschedule flights, they are verifying information on customer accounts and scheduling new passengers.

"This application sounds very useful" for customers, and the positive experience might give a customer impetus to call the airline in the future for a flight, said analyst Chris Selland at The Yankee Group in Boston.

"It's a positive trend if this takes hold. A lot of different customer-friendly applications are possible, and customer ser-

vice is such a key element," said Al Fross, president of The Pelorus Group, a consultancy in Raritan, N.J.

About 23 vendors compete in the call center dialing systems market, with Mosaix expected to finish second in U.S. sales this year behind EIS International, Inc. in Rockville, Md. EIS should take about 18% of the market this year, with Mosaix close behind at 16%, according to Pelorus' predictions.

The domestic market was $276 million in 1996 and is expected to top $380 million in 2000, Pelorus said.

U.S. Airways wouldn't discuss what it paid Mosaix, but analysts said automatic dialer systems for large companies average in price from $4,000 to $7,000 per seat for software and hardware.

Magliocca said the Mosaix system has more than paid for itself in a year of use. □

---

ADVERTISEMENT

---

## NEW PRODUCTS

**CONCORD COMMUNICATIONS, INC.** has announced Network Health 4.0, software for network analysis and reporting on Unix and Windows NT networks.

The Marlboro, Mass., company said the software has new point-and-click report capabilities to select what elements to monitor, the frequency of the report and the output format.

Pricing begins at $20,000, and the Network Health Developer Program starts at $5,000.
**Concord Communications**
**(800) 851-8725**
**www.concord.com**

**KONEXX UNLIMITED SYSTEMS CORP.** has announced AutoSet, a switchless, portable modem interface product.

The San Diego company said AutoSet turns digital PBX lines found in many hotels and offices into analog lines. It weighs 9 ounces, has a 9V battery and uses digital signal processing to automatically set signal levels for the telephone connected to the computer modem. AutoSet costs $199.
**Konexx Unlimited Systems**
**(619) 622-1400**
**www.konexx.com**

**NETWORK INTEGRITY, INC.** has announced LANtegrity 4.0 for NetWare, software for backing up servers that run Novell, Inc.'s NetWare on LANs and WANs.

According to officials at the Marlboro, Mass., company, this version offers real-time, byte-level backup by capturing only the bytes that are modified on protected servers. The software includes support for NetWare Loadable Module databases and applications that store data on a server.

It costs $6,995 for the server software and a 100-user license.
**Network Integrity**
**(508) 460-6670**
**www.netint.com**

# Managing Re-Systemization

### How U S WEST Dex moved from a mainframe to a distributed environment with PATROL

U S WEST Dex, one of many U S WEST companies, sells Yellow Pages advertising, related mailing lists and other products that are derived from telephone directories. In all, they publish over 300 directories with over 42 million printed copies.

Handling all of this publishing and taking care of nearly half a million USA and international clients calls for complete distribution of data 24 hours a day. All of the company's critical applications must be available to thousands of users.

The original mainframe needed upgrading and the decision was made by U S WEST Dex management to move to a distributed environment. Over a period of many months, operational processes were decreased on the mainframe and increased on the distributed systems.

U S WEST Dex created a new group called the "System Management Center" (SMC) to recommend products to help them ease and manage the transition. As interaction with the SMC progressed over a couple of months, one partner relationship between two vendors stood out, that of Hewlett-Packard and BMC Software.

"We found that the partner relationship between these two companies was able to satisfy a broad range of our needs. The joint presentation of their individual products tended to complement and even strengthen each other. We saw clear advantages to both vendors working with us as a single team rather than separately. We awarded them our contract jointly and plan to order more later this year," explains Project Manager Henry Vargas of U S WEST Dex.

"Our business-critical applications have been re-architected into the client/server model to help give us a competitive advantage. We use the Hewlett-Packard systems due to

their mission-critical capabilities, high performance and the ability of Hewlett-Packard and BMC Software to put together a solution."

These products will provide U S WEST Dex with the ability to collect information from their new distributed computing environment and process it to report the status of individual elements within their IT environment. They will be able to graphically show the current status of all elements of their enterprise, including networks, systems, applications and databases, and manage them through one console. They should realize a seamless, easy transition of critical systems with reduced user downtime.

"We are pleased to be working with BMC Software on this project," said Business Development Manager Travis Muesing, of Hewlett-Packard. "We have worked with them before and have always felt that our products, services, support and education complement each other. Together, we can always provide our customers with a complete, timely and cost-effective solution to their integrated network and system management needs."

U S WEST Dex plans to incorporate more of the Hewlett-Packard and BMC Software products to provide additional support for IT operations, performance monitoring and IT administration.



**"HP** is reselling PATROL® technology and products because of the tight integration BMC Software is delivering through the HP OpenView enterprise solutions. Together, HP OpenView and PATROL provide the highly desired complementary functionality that our customers need today in the areas of application and data management. **"**

*Johnnie-Mike Irving, General Manager*
*HP Professional Services Organization*
*for the Americas*

Top industry leaders are relying on PATROL for a reason.
To find out why visit us on the Web at: www.bmc.com/patrol
Or call today: 800 811-6766



**BMC SOFTWARE®**
www.bmc.com/patrol

BMC Software, the BMC Software logos and all other product or service names are registered trademarks or trademarks of BMC Software, Inc. in the USA and in other select countries. ® and ™ indicate USA registration or USA trademark. Other logos and product/trade names mentioned are registered trademarks or trademarks of their respective companies. ©1997, BMC Software, Inc. All rights reserved.

# Data Warehousing

### Special Section: Data Mining ♦ Decision Support ♦ Strategies

## Briefs

### Decision support

Hummingbird Communications Ltd. in Toronto is shipping BI/Suite, the company's integrated, Web-enabled business intelligence software. BI/Suite lets many users access the same decision-support services and content, regardless of whether they're using desktop business intelligence applications or Web browsers. BI/Suite is comprised of BI/Broker, BI/Query and BI/Web. BI/Broker is compatible with Windows NT 4.0 (Service Pack 3). BI/Query is compatible with Windows 95 and 98 and Windows NT 3.5 and 4.0. Pricing was unavailable.

### Updated OLAP tool

Cognos Inc. in Burlington, Mass., is shipping a new version of its online analytical processing (OLAP) product, Cognos PowerPlay 6.0. Enhanced reporting features in the new version include richer report formatting and the ability to add calculated and dynamic categories to the multidimensional cube that underlies OLAP reporting applications. Version 6.0 runs on Windows 95 and 98 and Windows NT 4.0. Pricing begins at $695 per user.

### Statistical analysis

Sagent Technology Inc. in Palo Alto, Calif., has announced Sagent Statistical Calculator and StatView for Sagent, two statistical analysis tools that enable advanced server-based computation, as well as end-user graphical analysis and presentation of data. Sagent Statistical Calculator costs $10,000 per server. StatView for Sagent costs $5,000 for five client licenses.

### Compaq data mart

Compaq Computer Corp. in Houston will sell Web-based data marts for OpenVMS (for VAX and Alpha systems) and for Windows NT (for Intel and Alpha systems) based on New York-based Information Builders Inc.'s SmartMart and WebFocus products.

## ERP users face data warehouse dilemma



Monsanto's Paul Eveld: "SAP does a lot of things, but we found that they couldn't yet satisfy all of our decision-support needs."

*By Tony Baer*

ENTERPRISE RESOURCE planning (ERP) projects have dominated the IT agenda at many organizations over the past few years. As these systems inch closer to production, many companies are looking to use data warehouses to gain competitive advantage from their new pools of common enterprise data.

The question facing information technology managers is whether to go with tools from their ERP vendor or with those from companies that are in the data warehousing field.

For example, both Monsanto Co., a life sciences company in

**ERP STRATEGY**

St. Louis, and Hercules Inc., a chemical manufacturer in Wilmington, Del., had to decide whether to adopt SAP AG's data warehousing strategy for their R/3 ERP systems or travel the third-party route (see chart, page 82). They chose different paths.

Frank Gillette, an analyst at Forrester Research Inc. in Cambridge, Mass., said he is skeptical that transaction-application vendors such as SAP are qualified to build data warehouses. "You don't want to have data extraction and transformation going on in the same database that you run your transactions in," he said.

**Data warehouse, page 82**

## Reporting tool eases warehouse access

▶ *Sports simple interface and Y2K compliance*

*By Lisa Kempster*

IN CREATING ITS new Genesys data warehouse, Gannett Co. was of course looking to streamline its data models, increase the amount of information available to users, decrease the workload of its information technology department and

reach year 2000 compliance.

But its biggest hope was to increase revenue through better marketing strategies.

"Our legacy circulation and advertising systems were outdated. . . . Our first evolution of Genesys involved combining information about our advertisers and subscribers in a universal

customer pool accessible to the advertising and circulation systems," said Brett Coddington, manager of analytical application development at Gannett.

The nation's largest newspaper group, with $4.7 billion in operating revenue last year, Arlington, Va.-based Gannett has a combined daily paid circulation of more than 6.7 million readers, including about 2 million

for its flagship, *USA Today.*

Gannett's old system was comprised of a pair of smaller IBM AS/400-based databases for each newspaper — one for advertising and one for circulation — that made it difficult for users to access information on their own.

It also became clear that users needed a better reporting tool: The old SQL query system wasn't fast enough and required IT departments at the newspapers

**Reporting tool, page 82**

### COMMENTARY

## Successful data migration

### SHAKU ATRE

*This is fifth in a series on how to build a data warehouse. The previous installment appeared in our Sept. 21 issue.*

YOU'RE LIKELY to spend a lot more time on data preparation, analysis and transformation than you expect. The larger the firm, the harder the task.

The biggest challenge is finding expertise in the subject areas. It won't be enough just to identify raw data. Information technology staffers often

will have to work side by side with business end users to identify what they're looking at.

As you get started, do a simple ad hoc data audit.

Ask several business users, IT staffers and upper managers to answer questions such as the following:

■ Can you find the appropriate customer when needed?
■ How many addresses are associated with that customer?

**Data migration, page 82**



**Gannett's Brett Coddington helped build a data warehouse in-house to aid marketing and circulation efforts**

Case 8:16-cv-02149-DOC-JCG Document 11-3 Filed 12/08/16 Page 54 of 82 Page ID #:647

# Reporting tool

**CONTINUED FROM PAGE 81**

papers to write and run the queries.

Furthermore, with Genesys, information was structured to more easily identify people, addresses and telephone numbers. That made SQL queries difficult because information was scattered throughout multiple files using unique identifiers to join them.

"With Genesys, it became complicated for the users to get the queries they needed. If the process of gathering the information is too slow, the data becomes irrelevant because the situation has changed or it is too old to be useful," Coddington said.

**EASIER ACCESS TOOL**

To solve the problem, Gannett needed a front-end reporting tool that let users access the information in the data ware-

house themselves. Gannett chose Palo Alto, Calif.-based Brio Technology Inc.'s Brio Enterprise for its simple interface, flexible query and reporting tools — and because it is year 2000-compliant.

Gannett's IT team, having combined the AS/400-based Genesys data warehouse with Brio Query Explorer, is deploying the new system to 65 of the 80 Gannett newspapers. So far, 25 papers have received the new system, and 18 of those have been trained to use it.

Dorothy Martini, IT director at Gannett's *Florida Today* newspaper, said the learning curve for the 10 original Brio users representing the circulation, advertising, financial and market development departments was fast and easy. After the initial training, it took them only about a day to get up to speed

on the tool, she said.

*Florida Today* can now create calling lists for its predictive-dialer calling system. The Brio query tool provides the necessary calling information from the data warehouse to the telemarketing system while letting users customize which records to select, such as all nonsubscribers with a specific household income.

"Gannett corporate IT followed up by developing a standard set of Brio extracts to be used by Gannett sites for predictive dialers. This eliminates the need for sites to maintain custom programs to create calling files," Martini said.

Before the new querying tool was deployed, she said it took at least 80 man-hours — which cost about $2,000 — to create each SQL query.□

*Kempster is a freelance writer in Milford, Mass.*

 **How Alabama Gas is implementing a data warehouse. Page 43**

## LOTS OF OPTIONS

Options for SAP sites include the following packages:

▸ SAP America's own Business Information Warehouse, which includes data mart templates for customer, vendor and direct expense analysis.

▸ Informatica's PowerMart, which imports non-SAP data into Business Warehouse.

▸ Managed reporting environments from Brio Technology, Business Objects and Information Builders with application programming interfaces for importing R/3 data.

▸ Third-party online analytical processing (OLAP) or relational OLAP offerings from Cognos, Hyperion Solutions and Microstrategy that piggyback Acta Technology's ActaLink for SAP's data transformation tool.

# Data warehouse dilemma

**CONTINUED FROM PAGE 81**

For example, he said, SAP's Business Warehouse, which is only now entering general release, isn't yet ready for prime time. "You wouldn't want to bet your business on Version 1 of anything," Gillette said.

**NO SINGLE ANSWER**

That was Monsanto's thinking. "SAP does a lot of things, but we found that they couldn't yet satisfy all of our decision-support needs," said Paul Eveld, information systems manager on the R/3 project.

Monsanto's various business units across the globe already had spent millions of dollars building their own stand-alone data marts, using tools from Business Objects Inc., Cognos Inc., Pilot Software Inc., Hyperion Solutions Corp. and others.

And thanks to recent acquisitions, Monsanto also had several other ERP systems, including J. D. Edwards & Co.'s World and System Software Associates Inc.'s BPCS, to contend with. An SAP-specific solution didn't make sense.

"We decided for the time being to protect our data warehouse investments," Eveld said. That decision was far from a do-nothing strategy, however. The company took the opportunity of the enterprise systems migration to consolidate the back ends of its dozens of data marts with an Oracle Corp.-based R/3 decision-support repository containing current and historical transaction data. It will be populated by Acta Technology Inc.'s R/3 data extraction and transformation tools.

Individual business units may still keep their favorite front-end tools, but at least they will be working from common enterprise data models for topics such as products or customers.

At Hercules, the decision for

an all-SAP approach was much clear-cut. Having become one of SAP's first North American R/3 customers in 1993, Hercules was well over half finished by last year and was committed to converting all its major enterprise systems to R/3. When SAP offered it the opportunity to join the Business Warehouse beta program, Hercules officials decided the risk was justified.

"It was clear to us that [Business Warehouse] was a strategic piece of SAP's go-forward strategy and that they would bring the resources to bear to bring out a viable product," said Pete Steiner, Hercules' SAP project director.

Major drivers were Hercules' desire to leverage the company's existing SAP programming skills base and the fact that, as a beta customer, it stood a good chance of influencing SAP's Business Warehouse product-development direction, he said.

As an example of Hercules' input, Steiner pointed to SAP's development of an extract program from R/3's Profit Center Analysis module, which was high on his list.

Despite its more cautious approach, even Monsanto is confident about Business Warehouse's long-term prospects.

With the company's R/3 implementation barely 20% finished, Eveld conceded that it may not yet be time to force the issue. "I don't think we're ready for [Business Warehouse] yet, but I don't think that SAP is ready either." But he added, "We'll evaluate the production version next year."□

*Baer is a freelance writer in Bedford, Mass.*

 **Health care providers announce plans to install large data warehouses. Page 43**

# Atre: Successful data migration

**CONTINUED FROM PAGE 81**

■ Do they all appear to be accurate and up-to-date?
■ Are you confident that all your customers are in the database?
■ Are any key pieces of customer information missing?
■ Is all financial information about your customers accurate?
■ Is your internally valuable in-

formation exposed to people outside of your company?
■ Have you considered privacy and liability issues associated with the data?

The transformation process generally consists of data aggregation, data reformatting and data-type conversion. Automated software tools are best for conversion and migration (manual methods are too labor-intensive and error-prone).

Many organizations have customer data scattered throughout the organization, typically with inconsistent customer identification fields and overlapping data. For example, some records might contain information about a customer inquiry or incident report, plus information about the contact person at that customer.

Most organizations will build more than one data warehouse, so it behooves you to develop some reusable techniques. For example, every data warehouse will have to develop rules for converting legacy data. Such rules typically are developed during the processes of data scrubbing, repository population, applications development and database migration to the data warehouse.

Once the rules are established and the semantics are defined, the rules should be re-

viewed, documented and saved as part of the corporate knowledge base. Bear in mind that legacy data conversion rules and expertise aren't static. For example, original designs may have called for summary fields that aren't used, so the rules will have to be updated.

As you go through your migration efforts, keep the following tips in mind:

■ Ensure that conversion and migration practices are written by staffers who are knowledgeable about the business and experts who are knowledgeable about the new platform. The process of conversion and migration also presents the best opportunity to eliminate dead and useless data.

■ Remember that the more data elements used from an enterprise's database, the more time it will take to transform the necessary data into a data warehouse database.

■ Don't overlook summarizing in a data warehouse migration process. Summarization could be for multiple levels, but remember that detailed data is still required for summaries.□

*Atre is president of Atre Associates Inc., a consulting firm in New York that specializes in data warehouse/data mart and database technologies. Her E-mail address is shaku@atre.com, and her DataWareMart methodology can be found at www.atre.com.*

## Snapshot

**THREE CHEERS**

*How successful was your data warehouse implementation?*

- 36.2%
- 28.7%
- 18%
- 12.8%
- 4.3%

■ Very successful
■ Successful
■ Slightly successful
□ Not successful
□ Too soon to know

Base: Survey of 100 IT managers at companies that have installed data warehouses

Source: Cutter Information Corp., Arlington, Mass.

## Software applications packages

**MGI/CADD 3,** a dual-module two-dimensional computer-aided design (CAD) program for IBM Personal Computers, has been announced by **Microcomputer Graphics, Inc.**

The schematic drawing module uses cell-size symbols that automatically snap together on the screen. Eight schematic libraries are included and customization is supported.

Features of the mechanical and architectural drafting module include creation of fillet variations with single keystrokes and previewing of tangent combinations prior to execution.

Features of both modules include block functions; a mirror function; scrolling; zoom; snap; break and trim operations; cross-hatching and regular polygons; and layered drawings differentiated by color.

MGI/CADD 3 costs $1,495.

Microcomputer Graphics, 13468 Washington Blvd., Marina Del Rey, Calif. 90292. 213-822-5258.

Software designed for use in preparing federal income tax returns has been announced by **Legal Knowledge Systems, Inc.**

Called **Ask Dan About Your Taxes,** the software is said to prepare the Form 1040 and related forms and schedules. It uses its knowledge of the new tax law to lead the user through question and answer sessions, resulting in customized returns.

Features include spreadsheet style recomputation, on-screen tax forms, printing, pop-up scratch pads and a menu-driven interface. According to the vendor, the program can accommodate up to 10 partnerships or businesses with a total of 10 depreciation schedules.

The software costs $69.95.

Legal Knowledge Systems, 195 Maplewood St., Watertown, Mass. 02172. 617-923-2322.

**Orion Micro Systems, Inc.** has enhanced its **FDC/Pyramid** personal computer-based system for collection, consolidation and reporting of business data.

FDC/Pyramid can transmit corporate data over worldwide networks. Reporting requirements are translated into PC-based forms that are then distributed to the remote reporting locations. Cross-checks and downchecks automatically validate the data according to the corporation's rules. Files are transmitted to the corporate office where the data is consolidated.

The software includes currency conversions, multistructure consolidations, adjustments and automatic eliminations for such items as intercompany

transactions. Files can be exchanged with Lotus Development Corp.'s 1-2-3.

Pricing starts at $25,000.

Orion, Croft Commons, 95 Scovill St., Waterbury, Conn. 06702. 203-753-1086.

**Wingraph,** which is a business graphics program that runs in the Microsoft Corp. Windows environment, was recently an-

nounced by **Palantir.**

Wingraph is said to automatically generate charts and graphs from numerical data. Chart styles such as bar, stacked bar, staggered bar, three-dimensional bar, line, line fill, curved line, pie, marker and high/low are included. Wingraph accepts DIF, WKS and ASCII files and writes TIFF, CITY, DXF and HPGL files.

Other features include a slide show program that permits images to be displayed in sequence and the ability to customize style sheets.

Wingraph is part of Palantir's Windows Office Automation Series. The product carries a price of $195.

Palantir, Suite 100, 12777 Jones Road, Houston, Texas 77070. 713-955-8880.

A general-purpose office computer for use on personal computers has been announced by **Occhipinti Technologies, Inc.**

**Executive Assistant** features integrated office functions, word processing and automatic telephone dialing. It can be used in single- or multiuser environments.

The software can run stand-



# Plain talk on why more and more workstation buyers are turning to HP.

They're turning for good reason.

HP offers more capability in workstations than ever before.

Namely, an entire family of high-performance workstations that thrive in multivendor environments. They support industry standards in networking, graphics, the UNIX operating system, the X Window System, and a variety of languages.

It means this. HP workstations fit your computing environment. And grow with you instead of growing obsolete.

Need applications software? No problem. You have your choice of world-class HP solutions in CAE/CAD, microprocessor development, PCB test, and more. For special applications, we offer over 1,000 software



Brake assembly data courtesy of SDRC
Automobile data courtesy of Chrysler Motors

UNIX is a registered trademark of AT&T in the U.S. and other countries
HYPERchannel is a trademark of Network Systems Corp
NFS is a trademark of Sun Microsystems

alone or in memory-resident mode.

In memory-resident mode, certain functions can be used through third-party applications such as spreadsheets and word processors.

Executive Assistant costs $129.

Occhipinti Technologies, 1253 Orion Ave., Metairie, La. 70005. 504-834-0248.

A word processor with desktop publishing capabilities has been introduced by **Lifetree Software, Inc.**

Called **Total Word**, the software is said to offer the ability to capture any graphic, regardless of source, and more than 400 scientific and technical symbols with laser printer support.

Word processing features include on-screen editing and con-

text-sensitive Help as well as the ability to share a document electronically. Also included are automatic index, outline, footnote and table of contents generation; a 300,000 word thesaurus and a 170,000 spelling dictionary; a style sheet; text merge; and fill-in-the-blank capabilities.

Total Word runs on IBM Personal Computers and Personal System/2s. It costs $495.

Lifetree Software, 411 Pacific St., Monterey, Calif. 93940. 408-373-4718.

**AR/Net**, a fully functional version of the Adaptive Resonance Network, a neural network architecture for unsupervised recognition and classification of arbitrary patterns, has been announced by **Hecht-Nielsen Neurocomputer Corp.**

When used with the vendor's Anza Neurocomputing Coprocessor System on an IBM Personal Computer AT or compatible, AR/Net enables the user to construct a self-programming system that can create and organize its own categories from patterns presented to it. The user can also call the Adaptive Resonance Network as a subroutine from within programs written in C.

AR/Net is priced at $495 if purchased with an Anza system or $600 if purchased separately.

Hecht-Nielsen, 5893 Oberlin Drive, San Diego, Calif. 92121. 619-546-8877.

## Software utilities

**Datability Software Systems, Inc.** has announced a personal computer software package that reportedly allows PC printers to be configured as Digital Equipment Corp. VAX/VMS system printers as if connected through a DEC terminal server.

The **RAF Print Server** is implemented as 5K bytes of memory-resident software on the PC. Once it is installed, a VAX system manager can define a VAX print queue that automatically prints on a PC-based printer.

The RAF Print Server costs $495 for each PC.

Datability Software, 322 Eighth Ave., New York, N.Y. 10001. 212-807-7800.

A compiler designed for Ashton-Tate Corp. Dbase-type programs has been announced by **Sophco, Inc.**

Called **Force III**, the compiler is said to support such Ashton-Tate Dbase III Plus features as full-screen editing commands. According to the vendor, output is stand-alone and can be linked through Tlink or Plink.

In addition to supporting standard Dbase commands, Force III features user-defined functions, arrays, extended math functions, extended character functions, I/O directive capability, file primitives and numeric data types. It is also said to automatically take advantage of on-board math coprocessors when present.

The Force III compiler costs $129.

Sophco, P.O. Box 7430, Boulder, Colo. 80306. 303-444-1542.

A software utility designed to predict the amount of software that must be written for a particular application has been announced by **Quantitative Software Management, Inc.**

The software, called **Size Planner**, is said to combine estimates from fuzzy logic, function points, standard components and new, modified and

---

packages from our third parties. So either way, you're covered.

Our new family of 32-bit machines is complete, and gives excellent value from low end to high. Which means you can choose the right workstation, while getting the most from your investment. Our Model 318M, starting at $4,990, sets new standards in entry-level price/performance. And the Models 330, 350, and 825 provide the power for your toughest technical applications.



Want extraordinary speed and resolution in 2D and 3D graphics? You'll find it in our entire family. One good example: the new Model 825SRX Precision Architecture Superworkstation. It combines 8 MIP computation power with interactive solid rendering graphics.

Something else you should know. The HP family is modular.



And works with an extensive line of HP input and storage devices, monitors, printers, and plotters. So you can get a complete system, supported as a system, from one source.

Speaking of the source, HP delivers unsurpassed service and support, with a proven reputation for minimizing your overall cost of ownership.

Plus, no one anticipates your future needs like HP. Our vision of distributed computing ensures that we will satisfy your application requirements tomorrow as well as we do today.

Consider HP workstations now. More capability. World-class software. Extraordinary speed. And much more. See for yourself why more and more companies are turning their engineering staff onto HP technology.

### Call HP today!
### 1-800-752-0900, Ext 782A.

Ask for your **free** HP Technical Workstation Information Kit that's packed with details. Questions? Call your local HP sales office listed in the white pages and talk workstations with your HP technical sales rep.







**HEWLETT PACKARD**

© 1988 Hewlett-Packard Co. DS15722B

## *Also Cuts 8630 Price by 33%*
# Datapoint Adds Mini With Interface to ARC

**By Ed Scannell**
CW Staff

SAN ANTONIO, Texas — Datapoint Corp. today unwrapped the lowest priced member of its 8600 series of 16-bit minicomputers, featuring a 10M-byte hard disk and 1M-byte diskette storage device, as well as an interface to the company's Attached Resource Computer (ARC) local-area network.

Like previous versions, the Model 8625 is based on the firm's 8602 processor and is compatible with other systems in the firm's minicomputer line. The system is typically priced at $14,950.

At the same time, Datapoint also announced a 33% reduction in the price of its larger 8630 system — from $33,500 to $22,500 — and an increase in the communications capabilities and disk support of its DOS operating system, running on systems in its entire 8600 line.

The Model 8625 has 128K bytes of memory that can be expanded to 256K bytes and a serial port that can accommodate a printer or terminal. By adding the extra 128K bytes of memory, users can incorporate an optional four-port terminal interface, a communications adapter for batch operations and a parallel bus adapter, a spokeswoman said.

The firm increased the 8600 series



**A Typical 8625 System**

ARC Local Area Network

Communications

10MB Disk /1MB Diskette System

256K 8600 Processor

35 CPS Printer

8220 Workstations

160 CPS Printer

Datapoint Chart

**Datapoint 8625 System Configuration**

DOS communications and disk support to allow users of its older equipment, running under the previous version of the operating system, to take advantage of word processing, electronic mail and Microsoft, Inc.'s

Multiplan spreadsheet software packages. Until now, these packages were available only to 8600 users running under the firm's RMS operating system.

In addition, DOS users will now be able to run these programs without making any modifications to their existing software, a spokeswoman said. The DOS enhancements are also compatible with higher level languages such as Cobol, Fortran, Databus and Basicplus, she added.

### Stand-Alone or Node

Both the 8625 and 8630, which feature a 20M-byte disk drive and a 20M-byte streaming tape unit, can be used as stand-alone business systems or as communications nodes supporting other terminals in the vendor's ARC local-area network, the spokeswoman said.

In their basic configuration, both systems can simultaneously support up to nine users. However, by adding extra communications adapters, both systems, running under DOS, can support up to 24 users at one time, the Datapoint spokeswoman claimed.

Additional information on the 8625 and other 860 series systems is available from the vendor at 9725 Datapoint Drive, San Antonio, Texas 78284.

# End Users at Pepco Embrace Business Graphics

**By Jim Bartimo**
CW Staff

WASHINGTON D.C. — One of the reasons the Potomac Electric Power Co. (Pepco) has such a wide base of business graphics users is "we never put an air of mystery around graphics, and we didn't push it down their throats, either," according to Kenneth Lint, Pepco senior project analyst.

This electric power utility serving Washington, D.C., and parts of Virginia and Maryland has 532,000 users and operating revenues of $1,095,153. It employs 5,000 people — 100 of which produce their own business graphics to the tune of 50 jobs per day. The users range in profession from engineer to secretary and in application from flip charts to word slides.

The graphics boom came slowly but surely to Pepco. When the data processing department put Issco Graphics, Inc.'s Tell-A-Graf on line to users in 1979, only about five graphs were being produced per week. But once users found they could produce quality graphics on their own terminals, more and more started to use them. "You can use any Ascii start/stop terminal to produce graphics using Tell-A-Graf," according to Paul O. Barnhill, manager of technical services and operations for Pepco.

### Number of Devices

While in put takes place from any

Computer Products, Inc. 1051 four-pen drum plotters. Special graphics input terminals include two HP 2648As, an HP 2623 and an HP 2627 on order. "We went with Hewlett-Packard because we have a long experience with them, because they're a big name in graphics and because the hardware runs with our three IBM 158s and our IBM 3031," Lint said.

A chargeback system to users is based on use of computer time — not per graph, Barnhill pointed out.

Like many other graphics users, Pepco sends its slides out to a service bureau for processing once preparation is completed in-house. But for peer graphics that do need not to be as attractive, an HP microcomputer is often used.

### Who Sees Graphics?

Who sees the charts, graphs and word slides produced by Pepco? "We use them to show output of electricity per hour to senior management, for instance," Barnhill said. Slides are often used in making presentations to public service commissions that decide if Pepco can raise or lower its rates.

The data processing department itself may use graphics for its presentations. There was a problem with computer response time on Mondays only, Barnhill said. To prove to management that the problem was due to increased volume of work early in the week the department prepared a

are without getting into a lot of superfluous numbers," Barnhill said.

Other Pepco departments that use the graphics systems are the financial department, rate and enery planning departments and the engineering department. Because Tell-A-Graf runs on the corporate mainframe, virtually any data can be called up and put into a graph without rekeying, Barnhill said.

Users go through a growing process with graphics once they have discovered them, Flint said. "Sometimes people draw graphs that you don't really know what they mean — it's common to put too much on a graph at first. But with experience, users get some pretty nice output," he said.

## Radio Shack Offers Portable Micro Billed as Executive Workstation

FORT WORTH, Texas — Radio Shack has unveiled a Japanese-made, four-pound portable computer that contains built-in software, built-in modem and a full-size typewriter keyboard with eight programmable function keys.

Made by Kyocera of Japan, the $799 Model 100 is being billed as a micro executive workstation that can serve as a word processor and general-purpose Ascii terminal. And with appointment calendar, phone directory, address book and autodialer functions, the unit doubles as a desk organizer, according to a spokesman for the company.

Programmable in Microsoft, Inc.'s Extended Basic, the Model 100 is based on Intel Corp.'s 8085 processor, has 8K bytes of random-access memory (RAM), 32K bytes of read-only-memory (ROM) containing five

The optional 8K-byte RAM add-ons, for up to 32K bytes of RAM, are available for $119.95 plus $15 for installation. Other accessories include a printer cable and a direct-connect modem cable that permits the machine's modem to connect to a telephone.

The five built-in programs contained in the notebook-size computer include Text, which allows users to create and edit text files; Schedl, which allows users to locate and display dates, times and appointments; Addrss, an address organizer; Telcom, a communications control program that permits automatic telephone dialing at speeds of 10 and 20 pulse/sec in either half- or full-duplex modes; an automatic logon feature that permits access to other computers and information services and Basic.

*Lent by Dallas Firm* "Automatic Telephone dialing system" uses a list of numbers

# Automated Phone Dialer Hunts Atlanta Slayer

**By Marguerite Zientara**
CW Staff

ATLANTA — A microprocessor-based automatic telephone dialing system is being used by police here in an effort to find clues to the child murders and disappearances that have plagued the city since July.

Lent free of charge to the city by Telephone Broadcasting Systems, Inc. (TBS) of Dallas, the Tele-Computer system is placing 1,500 to 2,000 calls per day in the neighborhoods in which a child lived, disappeared or was found murdered, according to Public Safety Commissioner Lee Brown.

Begun a month ago, the project came about through the efforts of an Atlanta attorney, Larry Ruff, who became interested in the concept behind TBS' "six to nine months ago," according to Martin Durbec, vice-president and general manager of TBS.

**Public Spirit**

The decision to donate the system to Atlanta was made because "our chairman, Bob Adler, is very public spirited," Durbec said. The system is expected to call between 30,000 and 50,000 numbers, all supplied by the police.

Each call that is dialed by the computerized system carries a recorded message from the public safety commissioner and a parent of one of the slain or missing children. Responses are taped, transcribed and reviewed by police.

The message is a plea for information. The first calls were placed within a two-mile radius of the shopping center where the latest victim, a nine-year-old boy, was last seen, Brown said.

Initial calls were also made in the area surrounding the spot where the boy's body was found, Brown noted. The mystery involves 16 children, five of whom are missing, and

11 known homicide victims.

When a call is answered by an Atlanta resident, a live operator sees the name of the person called displayed on the CRT screen of the Intel Corp. Z-80 microprocessor, Durbec explained. That is the signal for the operator to come on the line and ask, "Is this the head of the household?"

If the answer is the head of the household, the operator asks him or her to please hold on for the public safety commissioner and then the tape recorded message plays. The

operator can immediately go on to the next call without waiting for the first one to end.

The use of the system — which normally costs $150,000 for 90 days' use — follows a door-to-door canvassing effort by the police that covered every residence in Atlanta, Brown said.

While there will be some duplication of people contacted for possible clues, the police feel the telephone interview method may be more successful than in-person visits.

"There are some people who will just not feel comfortable talking if they've got a police car sitting out in front of their house or a person in uniform," Brown said.

"Here we're making it completely anonymous; they're in their living room; they can hear the voice of the public safety commissioner and the

voice of the mother asking for assistance."

The Z-80 has two Shugart Associates, Inc. 8-in. floppy disks, five 5-100 boards and a Motorola Corp. CRT screen, Durbec said. There is a master control program that allows up to eight telephone lines to be in use simultaneously, he added.

## System's Use Normally Strictly Commercial

DALLAS — The firm that has donated its microprocessor-based automatic telephone dialing system to the City of Atlanta in an effort to find clues to a number of murders there (see related story) normally uses its equipment for strictly commercial enterprises.

Seven-year-old Telephone Broadcasting Systems, Inc. (TBS) has five areas of interest, according to Martin Durbec, vice-president and general manager. Those areas are political calls, promotional calls, account management, message response systems such as bank-by-phone and fund-raising.

In the area of political calls, Durbec said, both President Jimmy Carter and President-elect Ronald Reagan were clients in their recent bids for the presidency.

"In this particular case, we were in the business offering a service to whoever bought it," Durbec said. "There's no bias at all."

The nature of the political effort is a get-out-the-vote campaign, done also at the state and local levels, he indicated.

Promotional calls target receptive audiences — "for example, selling golf balls to golfers" — with a success ratio that can be "extremely high, and I'm talking 60% to 80%," Durbec said.

When asked if the firm received complaints from consumers about getting advertising on their telephones, Durbec responded, "No, we haven't," citing collection agencies whose collectors make over 150 calls a day now.

In addition, department stores have people on the phone all day long advertising, as well, he claimed. "We're really professionally providing an automated phone bank service rather than having one person on the telephone line all day long.

"Our machine with one person can run eight lines, and the productivity on each line can be two or three times that of a normal person," he added. The system, based on Intel Corp.'s Z-80 microprocessor, features "automated dialing, higher line utility and higher productivity," he said.

**Account Management**

As for account management, which involves "anything from department store accounts to credit cards and bad checks," Durbec observed, "We've reached a stage in society where, frankly, the letter that is mailed to the consumer is typically not even opened.

"We've found a tremendously high success level with a call of this type where it's made to the individual consumer; it's properly directed; it's recorded and he or she is made aware it's recorded," Durbec said.

At the end of the call, he noted, the system plays back to the consumer the entire conversation and asks whether there are any further questions.



# TERMINALS TO GO!

**ALL NEW**

**LIMITED OFFER WHILE SUPPLY LASTS!**

| | Net 10* | Cash In Advance |
|---|---|---|
| Diablo Model 630 | $2445 | $2100 |
| Diablo Model 1640 RO | 2895 | 2445 |
| Diablo Model 1640 KSR | 3095 | 2650 |
| Diablo Model 1650 RO | 2895 | 2590 |
| Diablo Model 1650 KSR | 3095 | 2895 |
| DEC VT100 | 1850 | 1495 |
| DEC LA34 DA | 1295 | 985 |
| DEC LA120 | 2545 | 2095 |
| TeleVideo 912 | 825 | 650 |
| TeleVideo 920 | 895 | 695 |
| Anderson Jacobson AJ242A (with Terminal only) | 295 | 199 |
| Anderson Jacobson AJ1234 (with Terminal only) | 895 | 695 |

*On approval of Credit    Freight Collect

## The Discount King

P.O. Box 278, Union City, CA 94587

**CALL (415) 638-3372 or 638-3536**

# NO PRESSURE SELLING, SCOUTS HONOR.

You're among friends at DSM. And, as in all good businesses, friends tell friends. There's no pressure. Ever.

Because we don't have to push anyone's line we can provide either complete systems or individual components. And every piece of hardware is fully covered by the manufacturer's guarantee.

## DATA SYSTEMS MARKETING
Your Hardware/Software Distribution Centers

San Diego 714/560-9222, Orange County 714/540-2312, Los Angeles 213/941-2050, East Bay Area 415/797-4257, Mountain View 415/941-0240, Portland 503/640-4643, Bend (Oregon) 503/388-3612, Spokane 509/747-4246, Seattle 206/487-3571, Salt Lake City 801/487-8281, Phoenix 602/833-0061, Albuquerque 505/292-2911, Englewood (Colorado) 303/770-1972, Denver 303/573-5133, Colorado Springs 303/471-1543, Norman (Oklahoma) 405/364-9900, Dallas 214/243-0612, Detroit 313/652-9222, Pittsburgh 412/486-2676, Main DSM Warehouse 800/532-3717 (California only) or 800/854-2684.



**DEC**

**PDT 1-Day Ship!**

# 11/150

**New Low Price!**

**IN STOCK** 11/60, 11/55, 11/45, 11/40, 11/34, 11/20, 11/15, 11/10, 11/05

**CALL (617) 437-1100**

## AMERICAN USED COMPUTER
P.O. BOX 68, KENMORE STATION, BOSTON, MASSACHUSETTS 02215

COMPUTERWORLD

**NEWS**

# Film provided model for Nasa security breach, teen says

By John Gallant
CW Staff

HUNTSVILLE, Ala. — A recent breach of computer security at the National Aeronautics and Space Administration's (Nasa) Marshall Space Flight Center here appears to have been an alarming example of life mirroring art.

In a flurry of publicity surrounding the late-June computer system intrusions [CW, July 23], at least one of the four local teenagers suspected in the break-ins at Marshall reportedly boasted that the group used illegal access methods learned from the movie *War Games*. The youth told reporters that he and his companions used an automatic telephone dialing system and password bypass techniques depicted in that film.

A Federal Bureau of Investigation spokesman said the automatic dialing system was among the home computer equipment seized by the agency from four Huntsville residences on July 16. The spokesman said the FBI also confiscated an IBM Personal Computer, a Commodore Business Machines, Inc. Commodore 64 and an Apple Computer, Inc. microcomputer and related peripherals, which the agency believes were need to tap into two Digital Equipment Corp. PDP-11/34 computers at the Nasa center in June.

Thomas Moore, special agent with the FBI's Birmingham, Ala., office, said that no arrests have been made to date in the continuing Marshall Center intrusion investigation. He said the FBI was nearing completion of its investigative report on the matter and will turn the report over to the U.S. Attorney's office in Birmingham. Moore said the U.S. Attorney may seek indictments against the youths, whose ages range from 13 to 15 years, when the state's grand jury reconvenes during the first week of September.

According to Moore, the teenagers — whose names the agency has not released — left notes for Marshall Center security officials on the computer systems they illegally accessed. "They left a message saying they were the 'top hackers' in the area and that officials would not be able to catch them."

Moore declined to comment on how the FBI traced the break-ins back to the Huntsville homes. He confirmed that at least two of the intrusions originated from the Randolph School, a private school in Huntsville, which three of the youths attend. The fourth teenager is a student at an unnamed Huntsville public high school. Moore said the intruders erased password access records maintained in the Marshall systems in an effort to discourage investigators.

According to one security analyst interviewed by *Computerworld*, the Marshall case is not the first incident of hackers adopting *War Games* techniques. "One of the so-called '414' group testified before Congress that the gang had been helped in its break-in attempts by that film. After seeing the movie, it is clear to me that it would be enough to give someone with a minimum of computer experience the knowledge needed to illegally access a computer," Anthony Caputo said.

Caputo is president and chief executive officer of Philadelphia-based Tact Technology, Inc., which manufactures computer access control devices. His mention of the "414" hackers is in reference to a group of Milwaukee — area code 414 — youths who penetrated a number of computer systems, including those at the Los Alamos (N.M.) National Laboratory nuclear weapons research center [CW, Aug. 22, 1983].

Caputo said a scene from *War Games* explicitly outlines the steps involved in programming a micro, equipped with an automatic dialing system and a modem, to dial systematically all telephone numbers within a given area code. He said the program involves writing all telephone numbers that are answered with a modem carrier tone to a micro file. Those stored numbers are then dialed by the intruder, who can utilize a variety of techniques to circumvent any password systems in place.



# WE HAVE TROUBLE LETTING GO.



The first ROLM® CBXs left home nine years ago, but we still call them. And, although there are now more than 14,000 ROLM business telephone systems, we call most of them every single day. We want to know if they're happy or if they're having any problems.

"Remote diagnostics" is our early warning system. If our technicians don't like what they hear from that system, they scramble. So, more often than not, the problem is tended to before our customers come to work, before they know they have a problem.

So, you're not going to have a ROLM technician around your place day in, day out. Unless, of course, you need a trainer or a network analyst or a whole think-tank



NO PC'S DYNAPLAN INSTEAD!

**DYNAPLAN** - the best alternative to PC's for the mainframe end user
**DYNAPLAN** - spreadsheet, database support, color graphics
**DYNAPLAN** - mainframe power with micro simplicity
**DYNAPLAN** - for VM/CMS, MVS/TSO systems

For a free 30-day trial call
**(312) 525-6400**

*ChicagoSoft*

738 N. LaSalle   Chicago, IL 60610

PA - 00494

# New Telemarketing Rules Will Require IT Changes

**Too much 'dead air' may cost a company big fines**

BY PATRICK THIBODEAU
WASHINGTON

WHEN a telemarketer calls, there's usually a few seconds of silence from the time you say hello to the beginning of the pitch. That "dead air" isn't just irritating — it may now be illegal, under new telemarketing rules that were announced last week by the U.S. Federal Trade Commission.

The commission detailed plans to create a national do-not-call list that will let people opt out of receiving telemarketing calls, as well as reduce the problem caused by dead air and abandoned calls that ring but aren't completed by the telemarketer.

The silent pause is caused by a type of software, called predictive dialers, used to automate call centers. IT managers are going to have to ensure that this software follows the new FTC rules or risk big fines for their companies.

But the rules will also simplify one aspect of management. With a national list, telemarketers will have one source of do-not-call information instead of having to collect such lists from each of the 28 states that have them. "There will be less potential for mistakes," said Elizabeth Ussher, an analyst at Meta Group Inc.

And mistakes can be costly. The FTC can impose fines of $11,000 per violation if someone on the do-not-call list is called. Moreover, the FTC can penalize companies if more than 3% of calls are abandoned per day, a rule that also imposes a record-keeping requirement on telemarketers.

And if the dead air lasts longer than two seconds, a recorded message must begin stating the seller's name and telephone number.

Predictive dialers improve efficiency by ensuring that agents aren't routed to busy lines or answering machine recordings. Calls are dropped or abandoned when an agent isn't available to take them, according to officials at two predictive dialer makers, Stratasoft Inc. in Houston, and Concerto Software Inc. in Westford, Mass.

Reducing the number of dropped calls means adjusting the predictive dialing software so that it abandons fewer calls, said Fred Cote, an official at Stratasoft. The FTC rule will also force firms that "haphazardly" dial phone numbers to pay attention to the rate of abandoned calls, he said. ▶

---

*Continued from page 1*

## InfiniBand

server architecture and technology at Dell, said InfiniBand will help zip data between the systems in large server farms and computing clusters. That should translate into faster performance on enterprise resource planning systems and other applications that need to tap into large corporate databases, according to Pike.

### Wait and See

But some users and analysts said they're taking a wait-and-see approach for now.

"InfiniBand is a technology that needs to be watched," said Chris Schuttger, an infrastructure architect at TXU Corp. The Dallas-based utility runs about 2,000 servers, ranging from low-end Windows boxes to mainframes. But Schuttger added that he wants to see InfiniBand mature before he will even consider using it. "We don't want to do beta-testing for the vendors," he said.

Gordon Haff, an analyst at Illuminata Inc. in Nashua, N.H., said the jury is still out on InfiniBand. Ethernet remains "a magic word" for data center clustering interconnects, Haff said, adding that InfiniBand has the best chance of catching on in large IT facilities, where high I/O speeds are essential.

### Many Choices

Hewlett-Packard Co., one of the founders of the Portland, Ore.-based InfiniBand Trade Association along with Dell, IBM, Intel, Sun and Microsoft, didn't take part in last week's briefings. HP is still interested in the technology but views it as one of many choices for connecting systems in data centers, said John Gromola, director of technology strategy for the company's industry-standard server group.

Dell is testing InfiniBand host-channel adapters and switches now and plans to deploy the technology on its next generation of PowerEdge blade servers, Pike said.

Tom Bradicich, chief technology officer for IBM's Windows-based servers, said his company intends to deploy InfiniBand across all its hardware lines. It will also incorporate InfiniBand into host-channel adapters and switches and develop management software that supports the I/O technology, Bradicich said.

Sun plans to develop an InfiniBand-based architecture from the ground up, said Subodh Bapat, chief technologist for Sun's volume systems product division. That will include new system backplanes and changes to the kernel in Sun's Solaris operating system so it can support the higher I/O speeds, Bapat said.

Since Intel has dropped plans to make InfiniBand controller chips and IBM's microelectronics unit will concentrate on developing custom chips for high-end systems, the three server vendors will have to rely on other semiconductor makers, said IBM spokeswoman Lisa Lanspery. They include companies such as Mellanox Technologies Inc. in Santa Clara, Calif., and Fujitsu Siemens Computers in Cologne, Germany. ▶

> ❝❝ **InfiniBand is a technology that needs to be watched. [But] we don't want to do beta-testing for the vendors.**
>
> **CHRIS SCHUTTGER,** INFRASTRUCTURE ARCHITECT, TXU CORP.

---

## IBM Adds 16-CPU Support to Server

Although the joint show of support for InfiniBand proved that vendors in the highly competitive server market can work together, cooperation goes only so far. For example, IBM's shipment of a 16-processor server that runs Windows or Linux met with sharp responses from Hewlett-Packard and Unisys Corp.

The 16-CPU model of IBM's x440 server is based on Intel's Xeon MP microprocessor and starts at $81,332 for a configuration with 8GB of memory and two 18GB disk drives. However, that doesn't include the cost of an operating system for the machine.

IBM introduced the x440 as a four-processor system in March but said it would be scaled up to let users connect four of the boxes [QuickLink 28014]. Timothy Dallman, an IBM spokesman, said the resulting 16-CPU machine requires only one-fifth the space of a similar model of Unisys' ES7000 server.

Mark Feverston, vice president of enterprise server marketing at Blue Bell, Pa.-based Unisys, fired back that the ES7000 supports up to 32 processors and uses faster Xeon chips than the x440 does.

Deepak Advani, vice president of xSeries servers at IBM, noted that HP has yet to deliver an eight-way system based on the Xeon chips, let alone a 16-processor machine.

But James Mouton, a vice president at HP, said the company is looking beyond the 32-bit Xeon technology to Intel's 64-bit Itanium 2 processors for use in all future large servers. HP this month demonstrated a prerelease version of its high-end Superdome server equipped with 28 Itanium 2 chips. It said shipments are due to start in the first half of next year [QuickLink 35084].

Chris Schuttger, an infrastructure architect at Dallas-based TXU Corp., said a 16-CPU server with partitioning capabilities could help ease a planned data center consolidation at the utility. Schuttger said he's evaluating the x440, after deciding to pass on the Unisys ES7000.

*– Bob Brewin*

Periodical postage paid at Framingham, Mass., and other mailing offices. Posted under Canadian International Publication agreement #40063800. CANADIAN POSTMASTER: Please return undeliverable copy to PO Box 1632, Windsor, Ontario N9A 7C9. Computerworld (ISSN 0010-4841) is published weekly; except a copy combined issue for the last two weeks in December by Computerworld, Inc., 500 Old Connecticut Path, Box 9171, Framingham, Mass. 01701-9171. Copyright 2002 by Computerworld Inc. All rights reserved. Computerworld can be purchased on microfilm and microfiche through University Microfilms Inc., 300 N. Zeeb Road, Ann Arbor, Mich. 48106. Computerworld is indexed. Back issues, if available, may be purchased from the circulation department. Photocopy rights: permission to photocopy for internal or personal use is granted by Computerworld Inc. for libraries and other users registered with the Copyright Clearance Center (CCC), provided that the base fee of $3 per copy of the article, plus 50 cents per page, is paid directly to Copyright Clearance Center, 27 Congress St., Salem, Mass. 01970. Reprints (minimum 100 copies) and permission to reprint may be purchased from Ray Tryovich, Computerworld Reprints, c/o Reprint Management Services, Greenfield Corporate Center, 1811 Olde Homestead Lane, Lancaster, Pa., 17601, (717) 399-1900. Ext. 124. Fax: (717) 399-8900. Web site: www.rmsreprints.com. E-mail: rtry@rmsreprints.com. Requests for missing issues will be honored only if received within 60 days of issue date. Subscription rates: $5 per copy; U.S. – $160 per year; Canada – $220 per year; Central & So. America, $250 per year; Europe – $295 per year; all other countries – $295 per year. Subscriptions call toll-free (888) 559-7327. POSTMASTER: Send Form 3579 (Change of Address) to Computerworld, PO Box 3500, Northbrook, Ill. 60065-3500.

BPA ABM

Copyrighted material

## MICROCOMPUTERS

# Outline processor includes More presentation graphics

**By Peggy Watt**

MOUNTAIN VIEW, Calif. — Users of Living Videotext, Inc.'s outline processor Thinktank are going for More, a product that adds presentation graphics capabilities to the firm's popular outline processor.

Several Thinktank users said they like the product not only for its outline processing capability but also for its added graphics features. Users can now convert outlined data into tables, graphs and charts of presentation graphics.

More's detailed outline functions were a plus for Bill Ryan, a distributor for Beatrice Foods Co. products in Belmont, Calif., who used the original Thinktank that ran on the 128K-byte Apple Computer, Inc. Macintosh. Ryan uses Thinktank as a multilayered data base that can print out by level as needed.

"It's like a massive file drawer that I can throw everything in" and dig through in an orderly manner, he said. He even uses it for automatic telephone dialing, since More can recognize an entry's numerical characters. Ryan has converted many of his files to More's format to expand his outline data base and take advantage of the automatic time stamp, cross-referencing and search commands.

**No copy protection**

More runs only on a Macintosh with 512K bytes of random-access memory or a Macintosh Plus with an external disk drive or hard disk. The product is not copy protected, according to Living Videotext. Its retail price is $295. Network versions are available for a $900 unlimited license.

Volume purchase prices are also available, with corporate sales available directly from the developer under negotiable volume order agreements, according to Deborah Todd-Curry, director of major markets for Living Videotext. With a minimum purchase of 17 copies, the purchase price is cut in half to $2,500, Todd-Curry said.

One of the first volume purchasers was Robert Soudant, strategic planning director for Nynex Corp. in New York. He ordered 17 copies after beta testing More; the company already has 200 copies of Thinktank.

"I like it because I do a lot of dictation, and More will do the same thing. The graphics just add onto that," Soudant said.

The outline processing portion of More expands Thinktank's features to include more detailed breakdowns of outlines, cloning capabilities to link cross-references throughout the document and more sophisticated search-and-gather commands for faster reorganization, according to Living Videotext's Todd-Curry. More also allows text and graphics windows within outlines, concurrent display of as many as six different outlines and additional header and footer options.

The new program includes 32 installable outline templates for standard formats. The user can also create individual templates and save the formats for future use, she said.

The program uses the Macintosh interface but offers an option of tiled or overlapping windows and supports both a mouse and keyboard. Outlines can be exported to Apple's Macwrite and Macdraw, Lotus Development Corp.'s Excel and Jazz, Microsoft Corp.'s Microsoft Word and standard ASCII files. It also supports color output on the Imagewriter II.

Through Sept. 30, registered owners of Thinktank can receive a $50 rebate with the purchase of More by sending Living Videotext the proof of purchase described in each package. Prospective buyers can obtain a $10 rebate coupon until Dec. 31 by contacting the company.

# MS-DOS training tool out

**By Maura McEnaney**

REDMOND, Wash. — Hoping to leverage support for its existing applications and work off the sales of its MS-DOS operating system, Microsoft Corp. recently introduced a computer-based training (CBT) program for MS-DOS.

Called Learning DOS, the $49.95 interactive program is aimed at users of both floppy- and hard-disk storage systems on IBM Personal Computers and compatible machines. The product is Microsoft's third major CBT product, following training programs for its Microsoft Word and Project software.

Learning DOS consists of 24 lessons for users with hard disk drives and 17 lessons for floppy disk users. The lessons are aimed at novice and intermediate users, according to Susan Boeschen, Microsoft's director of user education.

Users can tailor the Learning DOS lesson via menu selection. When users make a mistake in the program, Learning DOS tells them what they did wrong and suggests how they can correct the mistake, Microsoft claims.

The program also includes a Quick Reference disk, which can cross-reference the relevant CBT lesson and the associated entries available in the DOS quick reference. Learning DOS is available through software dealers or directly from Microsoft.



NOTHING SHOWS IT QUITE LIKE A QUIMAX.

Introducing the PX-22 EGA monitor. Graphic proof that quality doesn't have to be expensive.

At Quimax, we believe a computer monitor's performance and features should not be based on price alone. You see, we haven't forgotten the meaning of value.

Take our new PX-22 EGA color monitor, for instance. We give it an extra-large 13" diagonal screen for a bigger picture. A .31 mm dot pitch tube for sharper character definition. 60 Hz, non-interlaced scanning for flicker-free images. Crisp 720 x 350 resolution. And a price tag that's a lot less than you imagined.

Pleasing to the pallet.

But here's where the PX-22 shows its true colors. It works with both the IBM® Enhanced Graphics Adapter and Color Graphics Adapter. The monitor automatically adjusts to the correct scanning frequency. Giving you a rainbow of dazzling colors to choose from: 64 with EGA, 16 with CGA.

For text applications, there's a convenient front-panel button that lets you switch to a green or amber display.

IBM, PC AT and PC XT are registered trademarks of International Business Machines Corporation.

And speaking of convenience, the PX-22 even comes with a detachable tilt and swivel base. At no extra charge.

A keyboard that's easy to play.

Is your present keyboard suffering from "creative" key placement? Then wait 'till you get your hands on a Quimax KM-5170.

84 sculptured keys, positive tactile feedback, and a built-in microprocessor make data entry a snap. A special plug-in feature also makes the keyboard compatible with the IBM PC XT® and PC AT® ... eliminating the need for tedious manual switching. The KM-5170 is available in DVORAK and foreign language layouts.

The new Quimax PX-22 EGA monitor and KM-5170 keyboard. High performance without the high price. See them in action at your nearby Quimax dealer today.

**Quimax**

*Quality and value, with a twist.*

Quimax Systems, Incorporated
844 Del Rey Avenue
Sunnyvale, CA 94086
Tel: (408) 773-8282
INSIDE CALIFORNIA: (800) 252-8282
OUTSIDE CALIFORNIA: (800) 228-0530

Quimax family of products...

PX-32    DM-1400    PX-IV    PX-II    DM-14

MICROCOMPUTING

## Moose

FROM PAGE 31

"There are little pockets of bears that stay in the same general area. We want to get a better idea of those areas so we can manage those populations as best we can scientifically," said Gordon Stenhouse, a wildlife biologist with the Government of the Northwest Territories' Department of Renewable Resources.

The biologists tag bears, moose, caribou and Dall's sheep with special collars called platform terminal transmitters that emit radio waves. The transmitters, originally designed to mark buoys in shipping lanes, send up signals to a polar-orbiting satellite, which passes the information to a receiving station in Toulouse, France.

From France, the information is sent to a ground receiving station in Alaska and one in Washington, D.C. "We dial up the computer in France, key in our password and entry parameters, and it tells us where the animals are located in latitude and longitude and gives us an idea of the temperature of the air around the animal," Stenhouse said.

He noted that it is difficult to keep tabs on many polar bears even with automated methods because of the physical makeup of the adult males. These bears have cone-shaped heads and are unable to wear the collars. Fortunately, biologists are able to put collars on the adult females.

The collars are powerful enough to emit waves even when the bear is in a den several feet below the snow or ice. The ability to locate bear dens also allows biologists to protect those areas.

Using computer tracking, the biologists are able to more concisely create zones in which the bear and other populations can be found, Stenhouse said.

The tracking takes place on IBM compatibles, mostly Hewlett-Packard Co. Vectra systems. The biologists are using Cary, N.C.-based SAS Institute, Inc.'s SAS software to crunch the data and manage the data base and SAS Graph to graph the movements. "Sometimes we get five locations for the same animal in one day. The computer can handle that," he said.

At the end of the hunting season, the government group sends out letters to inform the hunters on how their kill related to the average for the season. By monitoring the harvesting, the biologists can be sure that quotas for animals taken from any zone are not being abused.

## On-line yellow pages let keys do the walking

*Disk-based system holds toll-free, local numbers*

BY ALAN J. RYAN
CW STAFF

NORCROSS, Ga. — If Digital Publications, Inc. has its way, users will let their fingers do the walking on the keyboard and their computers do the dialing. And most of the calls will not cost a thing.

The small company has introduced the PC Yellow Pages, a data base of 10,000 businesses with toll-free telephone numbers. The data base also lists 5,000 local business numbers for each area code in the U.S.

The disk-based product for Microsoft Corp. MS-DOS-based personal computers is not an electronic version of the Nynex Yellow Pages, cautioned John M. Rapp, the company's marketing director.

Instead, Rapp said, it incorporates Digital Publications' own main data base of 5,000 entries in categories like hotels, insurance companies, conglomerates and banks. Additionally, Digital Publications has arrangements with other information providers to include various other company names and numbers, according to Rapp.

The program features pop-up

> **B**USINESS travelers can make hotel arrangements in distant cities without having to call directory assistance for hotel listings.

windowing, color and graphics and keeps all category indexes in memory, Rapp said. It features automatic telephone dialing from Hayes Microcomputer Products, Inc. and compatible modems to either individual businesses or to all listings in a given category. Because of the dialing feature, the program could be used as a telemarketing tool, Rapp noted.

The company said it sees little use for PC Yellow Pages in the home market, Rapp said, adding that it is targeted mainly at businesses. For example, he said, business travelers can make hotel arrangements without having to call directory assistance for hotel listings.

**Easier than dialing**

To access the data base, the user selects either the local or the 800-number listing. An alphabetical topic index will appear, allowing the user to search for a selected topic. Once in the topic, the file can be paged through or searched for a particular name or city.

Furthermore, the program produces mailing labels and Rolodex-type cards and can export data to the customer's word processing program and to data management programs.

The package, which can be stored in less than 1M byte on a hard disk, costs $99.99 for listings under one area code plus the 10,000 800-number listings.

Also included is a catalog of more than 50 vertical market Information Paks under categories like architectural firms or computer magazine publishers. The Information Paks will sell for $39.



# ARBITER. BECAUSE SUPPORTING A PC/

Picture your PC/host network. Now imagine it ten, fifty, a hundred times larger, with thousands of users tying up the network and burdening the CPU with their demands. Imagine a network strangled by its own size and connections.

Imagine the biggest ulcer in MIS/DP history.

Fortunately, you don't have to imagine the solution. It exists. And it's called Arbiter.*

Arbiter is the IBM* SNA-compatible VTAM subsystem that puts the emphasis on PC/host cooperation, not mere connection. With Arbiter, literally

thousands of PCs can gracefully use the resources of a VM or MVS mainframe because Arbiter enables the PC and the host to **share** processing duties according to their own abilities. And Arbiter permits this regardless of the PC/host connection.

#### A NETWORK TIED TOGETHER, NOT TIED UP

Through a single, flexible communication interface, Arbiter creates a centrally administered and controlled environment where the fast, powerful PC is treated as a peer, not a slave. Tasks are allocated

according to the strengths of the host and PC by a link that uses little host overhead while achieving transfer rates unmatched by TSO, CICS and CMS-based links.

Through virtual disks or direct access to the host's files, Arbiter delivers fast, responsive PC/host data transfer as required, either by the megabyte-sized file or by the exact subsetted transaction.

Arbiter empowers PC users with peer-to-peer communication between their PC and APPC (LU 6.2) environments like CICS, S/3x, and token-ring LANs.

© 1988 Tangram Systems Corp. Arbiter is a registered trademark of Tangram. IBM is a registered trademark of IBM Corporation. Epson is a registered trademark of Epson America, Inc. CA/ACF2 and CA/TOP SECRET are trademarks of Computer Associates International.

*Nov 21 1977* *Computerworld* Page 55

## Micro Bytes

# Hobby Fest Set for NCC . . .

MONTVALE, N.J. — A Personal Computing Festival will be featured June 6-8 at the 1978 National Computer Conference, scheduled for the Disneyland hotel complex in Anaheim, Calif.

Hobbyists, consumers, students and computer professionals are invited to participate in the festival, which will include exhibits of personal computing products and services, a program of papers and presentations and a display of individually designed personal computing systems and applications.

Approximately 30 sessions are planned as part of the festival. They will cover such topics as graphics, music systems, speech synthesis, computer games, computers for the physically handicapped, software design, optical scanning and floppy disk systems.

The Festival Program Committee will review and select papers from those submitted for consideration. These papers and presentations will be gathered in a soft-bound volume, *Festival Digest '78*, which will be available during the festival.

Prizes will be awarded for the most innovative hardware and software systems and applications. These will also be on display throughout the festival.

A portion of NCC's professional program and the professional development series will concentrate on subjects closely related to personal computing. The primary intent of these presentations will be to bring those in the computing field up-to-date on personal computing and its future direction, organizers said.

Both one-day and three-day registrations are available for the conference. Additional information is available from the NCC sponsor, the American Federation of Information Processing Societies, Inc., at 210 Summit Ave., Montvale, N.J. 07645.

# . . . Papers Sought

MONTVALE, N.J. — A call for papers — and session chairmen — has been issued for the Personal Computing Festival to be held in conjunction with the 1978 National Computer Conference June 5-8 in Anaheim, Calif.

Included as part of the three-day program that will begin one day after NCC opens will be presentations of invited papers, contributed papers and tutorials, as well as panel discussions relevant to personal computing.

Approximately 30 sessions are planned for the festival, acording to Jim C. Warren, chairman of the program.

Emphasis will be on tutorials for computer novices, speech synthesis and recognition, computer-driven and assisted music systems, computer graphics and art, personal computers for the physically disabled, computers for education, business systems using "home" computers, hardware and software design and computer implementation.

Papers and session proposals on other topics are also encouraged, Warren noted.

Potential authors should send a "letter of intent" including an abstract of their proposed topics to Warren as soon as possible. They will then be mailed the Festival Author Kit, which contains instructions and materials for preparing camera-ready copy.

People interested in chairing sessions should submit by Feb. 1 two copies of a 250-word abstract describing the scope of their proposed sessions and a tentative title of presentations to Warren at Star Route, Box 111, (Continued on Page 58)

## LSI-11 Types Gain Wire-Wrap Boards

SAN CARLOS, Calif. — Artec Electronics, Inc. has introduced two wire-wrap printed circuit (PC) boards for users who want to build their own Digital Equipment Corp. LSI-11-type I/O and memory systems, according to a spokesman.

The full-size board, totally uncommitted and designed for the insertion of wire-wrap pins, can accommodate approximately 130 standard 14-pin and 16-pin dual-in-line packages (DIP) plus passive components.

Artec's half-size version, 5.225 in. wide by 8.4 in. high, sells for $35. The full-size version, 10.45 in. wide by 8.4 in. high, costs $75 from the firm at 605 Old County Road, San Carlos, Calif. 94070.

### Cassettes Protected

WALLINGFORD, Conn. — Certified digital cassettes that are designed for use on home computers have been announced by Good Image, Inc.

Each cassette contains 290 ft of tape that is certified at 800 bit/in. and is labeled, boxed and sealed for environmental protection, according to a spokesman.

The cassettes sell for $4.79 each from Good Image, 412 South Cherry St., Wallingford, Conn. 06492.

### Micro, Phones Linked

LAFAYETTE, Ind. — A module that permits bidirectional communications between a microprocessor and the telephone system was announced by the Wintek Corp.

The Wince Touch-Tone Transmit/Receive Module can be used in such applications as automatic telephone dialing/receiving, automatic credit card verification, point-of-sale terminals and mobile radio telephone systems.

It is available on a 44-pin printed circuit board for $1,499 from Wintek at 902 N. 9th St., Lafayette, Ind. 47904.

### Prom Matrix In Kit

MAMARONECK, N.Y. — A programmable read-only memory (Prom) matrix kit has been introduced by the Sealectro Corp.

The board comes with 10 diode pins to provide "simple" byte programming with visual read-outs by means of a pin display, according to the vendor.

The Prom matrix kit sells for $37.50. Sealectro is in Mamaroneck, N.Y. 10543.

### Correction

One- through four-year lease rates on the Texas Instruments, Inc. Model 810 microprocessor controlled printer [CW, Nov. 7] were reduced $15/mo.

---

## TDL Makes Four Offerings

PRINCETON, N.J. — Four products — a data base management system (DBMS) a text-editing language, a video interface board for S-100 micros and a wiring accessory for its own System Monitor Board (SMB) — have been introduced by Technical Design Labs, Inc. (TDL).

Micro-Seed, DBMS designed to operate on TDL's Xitan Z80 microcomputer, will support both hierarchical and network data structures, providing both schema and subschema views, TDL said.

The package consists of a data definition language processor that checks and compiles the data definition into a schema table; data manipulation language subroutines that can be invoked from Fortran or Assembly language programs to retrieve and update the data base; and a data base initialization program that prepares a disk area for the loading of a data base, according to a spokesman.

Micro-Seed is applicable to any situation that involves working with data in the hobby, scientific or commercial fields, TDL said. The price of the package, which requires the TDL Z80 disk system configuration and an additional 48K of memory, is $1,250.

The Z80 Text-Editing Language (Z-Tel) software is a utility program that provides a set of techniques for manipulating and editing text files, TDL said. It was designed for the user who requires absolute control over his text environment, the spokesman noted.

Some features of Z-Tel include the ability to move large blocks of text around inside the buffer; the ability to write macro expressions which become actual text-editing programs; an expression evaluation capability; and branching and conditional branching commands within the text-editing structure, TDL said.

A read-only memory program that requires less than 7K Z-Tel is available for $50 on paper tape and for $40 on cassette.

The Video Display Board (VDB) S-100 bus microcomputers consists of two boards joined "piggyback" style; only one acts as a connector on the bus, the spokesman said.

The VDB contains its own display buffer memory and provides two pages of display, each with 25 rows of 80 characters, he added.

It also features 96 upper/lower case Ascii characters with descenders and 64 unique symbols, permitting a graphic resolution of 160 horizontal elements by 75 vertical elements. The display can accept data at 400,000 char./sec, TDL said.

The VDB does not require a high-resolution monitor but can work with a modified television set or available video monitor. It is priced at $349 in kit form and $499 assembled.

#### Interface One

The final product introduced, Interface One, is a "plug-in" connection that eliminates the necessity of hand-wiring the 26 wires of the SMB ribbon cable to its I/O devices, TDL said.

Interface One consists of a PC board into which are soldered three female DB25 connectors and one male flat ribbon connector. The module is also accompanied by a ribbon cable with female connectors on both ends.

The module includes an 18-in. length of ribbon cable with molded connectors on each end to connect the Interface One to the SMB. Both serial I/O ports (teletypewriter and video) of the SMB as well as the parallel port lines are each brought to a separate connector.

The board can be mounted to the inside back of the Xitan computer system or any other cabinet that will accept three DB25 connectors on 1-in. centers, the spokesman noted.

The price of the interface, with all necessary mounting hardware, is $27 in kit form and $40 assembled and tested. TDL is located at Building H, Research Park, 1101 State Road, Princeton, N.J. 08540.



**Sunterra**
Resorts
Own Your World

We're seeking talented, focused, results oriented, experienced managers for the information Technology Division as well as other highly skilled engineers.

**Technical Field Services & Computer Operations Manager:**
The successful candidate will have at least ten years experience from a large organization in supporting technology and computer operations. Major initiatives include the development and employment of change control, and the best operating practices, as well as defining and maintaining physical data centers. The overseeing of new technology deployment at remote locations is also required.

**Manager of Systems Services:**
The ideal candidate will have ten years or more of management experience directing seasoned engineers, providing leadership and management in the integration and support of applications, hardware and operating systems. The candidate will instill best engineering practices, define performance and measurement criteria, select hardware and OS platforms, and set technology standards for the company. Architect and design state of the art systems for Sunterra with full life cycle from design, development, implementation, operation, and maintenance. The successful candidate will work with cutting-edge technology, advise clients, provide real business solutions and develop new technical processes. Must have strong analytical ability, flexibility to prioritize and reprioritize work often, without losing focus of the overall project.

**Network Engineer/Analyst:**
This candidate will be responsible for implementation and maintenance of corporate wide Network Management, also network analysis and maintenance using Sniffer and other related equipment. Experience with the following products are a plus - Cisco Works, Transcend, HP Openview, Cisco, 3COM, BAY Networks, NT, Novell, HP UX, Oracle, and SUN Solaris.

Requires a BS in CS/CIS/MIS or equivalent and 3+ years IS experience. Requires a minimum of 2-4 years experience in networking, systems, and network management.

**System/Network Security Analyst:**
This candidate will be responsible for setting, implementing, and auditing of all aspects of data & network security. Experience with the following products are a plus - Cisco, 3COM, BAY Networks, NT, Novell, HP UX, Oracle, and SUN Solaris.

Requires a BS in CS/CIS/MIS or equivalent and 3+ years IS experience. Requires a minimum of 2-4 years experience in networking, systems, and databases.

The computing environment is HPUX on HP9000s, NT, Novell, and Oracle, operating over a frame relay network with Cisco routers.

**Voice Engineer:**
The candidate will provide high-end technical expertise and show leadership in building and maintaining all voice related equipment and services such as PBX and voice-mail design, call accounting interfaces, predictive dialers, ACDs and voice network interfaces. Experience with ISDN circuits and Lucent products are helpful. Engineer will be required to provide detailed analysis on trunking capacities for more than 100 locations worldwide. Must have the ability to troubleshoot complex telecommunications problems. Electrical or computer engineering degree required.

These demanding positions are not for the faint of heart; however, Sunterra offers you a well timed and unique opportunity to make an immediate impact. A bachelor's degree in Computer Science or Business is required, a Masters degree a plus. Project and people management skills are essential, as well as excellent communication capabilities. These opportunities are based in Orlando, FL. Reporting to the Director of Technology. Interested candidates please forward your resume & salary history to:
**HR@Sunterra.com or fax (407)841-8777.**

**Sunterra**
Resorts
Own Your World

**PROGRAMMER/ANALYST**
The Breakers Resort in Palm Beach, Florida, one of only 16 properties in the country to receive the Mobile Five Star & AAA Five Diamond Awards, is looking for a results oriented AS/400 RPG Programmer/Analyst with 2+ years experience to fill our F/T position.

Experience with LMS, Infinium & Software Plus preferred. Candidate must possess excellent communication skills & BS degree or industry equivalent.

Send resume to:
**The Breakers Employment & Recruiting Office**
40 Cocoanut Row
Palm Beach, FL 33480
Fax: 561-659-8401
Phone: 561-653-6649

**THE BREAKERS**
PALM BEACH

computerworldcareers.com

**COMPUTERWORLD**
c@reers

computerworldcareers.com



Find I.T.
Consulting
Careers
Here



computerworldcareers.com

# When was the last time a great job *found you?*

## That's what we thought.

You already know *Computerworld* as a great resource for career opportunities. Now we're bringing you **Computerworld Career Central**, the service where *the jobs find you.*

If you're a software development professional, visit **www.computerworldcareers.com**, fill out a Member Profile and submit it. We'll find jobs matched to your skills, experience and preferences and send them to you, *confidentially*, via e-mail. *Computerworld Career Central* is the hassle-free, cost-free, we-do-the-work-so-you-don't-have-to job matching service that *works.*

You work hard enough. Go to **www.computerworldcareers.com** and let *us* do the rest.



**COMPUTERWORLD**
Career Central
www.computerworldcareers.com

EXHIBIT "I"

PA - 00500

## 'Con'vey' Offers Interface to Ease Vsam Complexity

NEW YORK — Condor Technology, Inc. has announced Con'vey, a transparent central interface between Cobol, Fortran, PL/I and Basic assembler language and all possible IBM Vsam accesses.

Con'vey, which operates in batch and on-line under any large-scale IBM operating system, eliminates the complexities of Vsam source code syntax by providing a standard call to a centralized subprogram, the company claimed. It reportedly enables programmers without Vsam knowledge to use Vsam programming techniques. Supported Vsam functions include skip sequential processing, spanned records, forced buffer writes, reading files backward and asynchronous processing.

At runtime, Con'vey operates over 60% faster than Cobol Vsam, the company said. A perpetual license costs $12,000 from Condor Technology at 200 Madison Ave., New York, N.Y. 10016.

## 'Cuffs-88' Fits IBM 370 Series, DEC VAX-11s

NEW YORK — Cuffs Planning & Models, Ltd. has announced Cuffs-88, a decision support package for users of IBM 370 series mainframes and Digital Equipment Corp. VAX-11 series and Decsystem-20 processors.

The package incorporates a specialized language that can be used to define modes in the package. The language incorporates features that allow analysts to set up relationships that require complex decision rules. Tax computations, bond portfolio manipulation and joint venture analysis are some applications for the package, the vendor said.

Cuffs-88 employs a nonprocedural, equasion-based approach that allows step-by-step creation of nonstandard functions, the vendor said. It reportedly includes an expanded modeling language and a tree-structured data base, which allows data processed by the model to be organized, consolidated and referenced naturally as normal reporting lines projects or locations.

Cuffs-88 costs $35,000, Cuffs Planning & Models said from 201 E. 87th St., New York, N.Y. 10028.

## 'Vcomp' Announced For HP 3000 Users

AUSTIN, Texas — Cole & Van Sickle Co. has announced Vcomp, a package for the Hewlett-Packard Co. HP 3000 minicomputer that is said to allow users to stream batch jobs to compile and list form files from HP's Vplus form file handler.

Performing the operations in batch avoids tying up terminals during compiles and listings, a spokesman said. The package shifts CPU-intensive compiles to the lower priority batch jobs.

The package costs $300 from Cole & Van Sickle at United Bank Tower, 400 W. 15th St., Austin, Texas 78701.

## 'Cogen' Operates on Prime Minis

BERKELEY, Calif. — Bytek, Inc. has announced that its Cogen Cobol program generator can now operate on minicomputers manufactured by Prime Computer, Inc.

Cogen replaces the coding process required to develop Cobol business applications involving files, screens and reports. Instead of coding, the Cogen package reportedly uses prompts and "painting" techniques.

The Cogen package can now operate under the Primos operating system. The package includes a descriptive terminal data base that is expandable with regard to the types and features of terminals it will support. This feature implements screen functions, such as cursor addressing and area erasures, in a terminal-independent fashion. The foundation for a complete screen-handler package that provides an optimized, multiple-frame screen management resource and a key-to-function mapping resource, the vendor said.

The Primos version of Cogen costs $7,500, and a maintenance agreement is available. More information is available from Bytek at 1730 Solano Ave., Berkeley, Calif. 94707.

## 'CICS-Aids' Targets CICS Uptime

MOUNT FREEDOM, N.J. — Macro 4, Inc. has introduced software said to provide IBM DOS/VSE users with the means to increase IBM CICS uptime, while improving response time for remote users.

CICS-Aids comprises three facilities:

● Storage Violation Protection reportedly allows user-specified transactions to be monitored.

● Dynamic On-Line Table Update is said to provide multiple, on-line extensions of the Processing Program and Program Control tables.

● Automatic Data Compression reportedly reduces line time and queueing time.

The package leases for $100/mo on a one- or two-year lease from Macro 4 at 1 W. Hanover Ave., Mount Freedom, N.J. 07970.

# Why Do MIS Directors and Users Love Their New Davox Terminals?



Coax-Eliminating Controller

IBM Personal Computer Attachment

Data and Telephone DeskSet™

## MIS Directors Love Us For Our Compatibility.

All Davox models combine true 3270 emulation (Bisync and SNA/SDLC) with ANSI-compatible Async and screen printing.

Simple software configuration quickly adapts each terminal to new computer systems, with no hardware changes.

And Davox's unique approach to eliminating coaxial cable is the most flexible and cost-effective in the business.

## Users Love Us For Our Ease of Operation.

New users find Davox terminals very friendly to use, reducing the time needed to learn new functions.

With the touch of a single Smart Button," users can instantly perform complete data or voice tasks—3270, ASCII, personal computing, or phone—tasks that normally require many manual steps.

The optional integrated featurephone system is both powerful and comfortable to use. Numbers can be dialed automatically from the terminal's Personal Directory, or from a large directory maintained on a host computer—ideal for telemarketing applications.

## And Everyone Loves Us For Our IBM* Personal Computer Attachability.

Davox terminals are the first designed to connect directly to any IBM Personal Computer, providing instant access to off-the-shelf PC programs.

The touch of a single Smart Button instantly adds the power of personal computing to the terminal, either as a dedicated PC or as one shared by other users.

Let us show you why everyone loves their new Davox terminals. For more details, call us at: **(603) 424-4500.**

Davox Communications Corp.
6 Continental Blvd.
Merrimack, NH 03054

### Integrated Data and Voice Systems



Davox Communications Corp.

*IBM is a registered trademark of International Business Machines Corp.

PA - 00501

In the overnight air express business, it's axiomatic: It's people, not planes that deliver. So improving worker efficiency is critical. That's why Burlington Northern Air Freight uses Davox integrated workstations. In customer service, for example, they found Davox systems help people work about "twice as fast" as the previous system

The reason: Davox voice/data integrated workstations feature 16 "Smart Buttons" that can access data or perform multiple commands with a single keystroke. In the case of Burlington Northern Air Freight, that meant almost double the productivity.

In addition, Davox is both 3270 (SNA/SDLC or BSC) and Async so it's totally flexible, able to work in any IBM or IBM-compatible mainframe environment.

DavoxNet—our networking design that transmits voice and data simultaneously over existing twisted pair telephone lines—eliminates expensive coaxial wiring, as well. And, as a Value-Added Dealer for the IBM PC, Davox offers PC resource sharing throughout a network.

Today Davox systems are at work in Fortune 1000 companies in a broad variety of applications, from securities trading to telemarketing to customer service. Chances are we can help you, too. Because we're the one company that has everything you need. Right now—not three years from now.

For complete information, call John Flint, Marketing Manager at (617) 667-4455 or toll-free at 1-800-343-1152. Or write him at Davox. 4 Federal Street, Billerica. MA 01821.

# DAVOX™

We *are* data and voice systems.
We do it all. And we do it all now..

*JAN 21, 1985 Computerworld p.59*

# In a single delivery, we helped Burlington Northern Air Freight double their productivity.



PA-00502

## *As Man–Machine Interface*
# Personal Computers Competing With Terminals

*(Continued from SR/6)*
This latter benefit raised issues of security: Where will the corporate data reside? What if floppy disks with sensitive information get into the wrong hands?

Along with this "bolted-on" approach came the "built-in" approach. This concept — personal computing capability built into a 3274 look-alike controller — is an approach that considers the inherent economies of scale of centralization and the multiuser capability available to each 3270 user on the cluster.

The built-in approach takes the view that personal functions — not a multitude of personal hardware — are what users want. The built-in solution to the personal computer requirement solves the need for true 3270 host access while still giving users the flexibility of local, low-cost personal processing.

In the near future, users will see personal computer capability integrated as a service function into large-scale, 3270 local-area networks.

This trend will continue through generations of more preprocessing

*'In the near future, users will see personal computer capability integrated as a service function into large-scale, 3270 local-area networks.'*

on an increasingly local level. Functions once performed by the mainframe are now being done by network controllers, and much of what is now being done at the controller level will eventually be transferred

to the terminal level.

This will include both private local data base work and local manipulation of subsets of the mainframe's data base.

Personal computing power is stepping out through the network's three tiers. It was first at the mainframe only and is now at the controller, where it is replacing the need for individually assigned minicomputers.

It will be available next at the local terminal level, compatible with both the mainframe and central controller.

An illustration of this is the slowing of the growth rate of intelligence on mainframe computers as the limits of present technology are approached, while the intelligence available on personal and small business computers has been growing almost exponentially in recent years.

This will lead to growing availability — and growing use — of true intelligent workstations, capable of performing local processing and calculation while continuing to offer complete mainframe access as authorized.

These workstations will be individually tailored to the job of each employee, with different capabilities and different entry mechanisms for different users.

As this becomes more universal, standardized communications between terminals and mainframes, and from terminal to terminal, will also emerge.

In time, as communications schemes achieve this standardization, and possibly gateway devices make the interface between computers truly universal, the real differentiation between one system and another will be the number of terminals and peripheral devices that can be included in a given network scheme.

Eventually, in most business environments, data entry terminals will no longer compete with personal computers, but instead replace them as part of integrated networks of data communications, personal communications and local data processing.

*Brear is director of marketing for The Braegen Corp. of Milpitas, Calif., a manufacturer of network controllers and terminals.*

# Why Do MIS Directors and Users Love Their New Davox Terminals?



Coax-Eliminating Controller

IBM Personal Computer Attachment

Data and Telephone DeskSet™

### MIS Directors Love Us For Our Compatibility.

All Davox models combine true 3270 emulation (Bisync and SNA/SDLC) with ANSI-compatible Async and screen printing.

Simple software configuration quickly adapts each terminal to new computer systems, with no hardware changes.

And Davox's unique approach to eliminating coaxial cable is the most flexible and cost-effective in the business.

### Users Love Us For Our Ease of Operation.

New users find Davox terminals very friendly to use, reducing the time

needed to learn new functions.

With the touch of a single Smart Button,™ users can instantly perform complete data or voice tasks—3270, ASCII, terminal emulation, or phone—tasks that normally require many manual steps.

The optional integrated featurephone system is both powerful and comfortable to use. Numbers can be dialed automatically from the terminal's Personal Directory, or from a large directory maintained on a host computer—ideal for telemarketing applications.

### And Everyone Loves Us For Our IBM* Personal Computer Attachability.

Davox terminals are the first designed to connect directly to any IBM Personal Computer, providing instant access to off-the-shelf PC programs.

The touch of a single Smart Button instantly adds the power of personal computing to the terminal, either as a dedicated PC or as one shared by other users.

Let us show you why everyone loves their new Davox terminals. For more details, call us at: **(603) 424-4500.**
Davox Communications Corp.
6 Continental Blvd.
Merrimack, NH 03054

*Integrated Data and Voice Systems*

# davox™

Davox Communications Corp.

*IBM is a registered trademark of International Business Machines Corp.



'I'd Like You to Do a Memory Upgrade on This One.'



## AVOID DOWNTIME!
## ◊ WATER *ALERT*®
### . . . FOR COMPUTER AREAS

Warns you of water leakage in sub-floor wiring areas.

● Produces a loud, intermittent alarm when activated by presence of water.
● Completely self-contained . . . no wiring, no connections.
● Early water detection (1/64" water film activates alarm) provides maximum time for corrective action.
● 24 hour per day monitoring.
● Options include remote indicator, remote flashing light, and automatic telephone dialer.

8 Models from $59 - $110
Call or write for complete information.

**Dorlen Products**
Division of Electro-Consultants, Inc.
7424 W. Layton Ave. · Milwaukee, WI 53220
Phone 414-282-4840

## *For 3270 Networks*
# Davox Unveils Terminals

MERRIMACK, N.H. — Davox Communications Corp. (formerly Datavox Communications Corp.) has introduced three series of data terminals said to feature IBM 3270 networking, personal computing with an IBM Personal Computer, asynchronous terminal operations and voice communications in a single desktop device.

The Series 811 Multi-Mode intelligent terminal is said to offer Ascii/TTY communications and Digital Equipment Corp. VT52 terminal emulation. It also offers 3270 compatibility for use with IBM mainframes. The 811 will be available in August for $12,855 for a five-display cluster.

The Series 911 Maxi-Mode intelligent terminal adds IBM Personal Computer attachability and DEC VT100 emulation to the 3270 and synchronous ability of the 811. With the 911, an IBM Personal Computer can be attached either to a specific terminal for dedicated use or to a cluster controller for selected users in the cluster to share the Personal Computer.

As an authorized value-added dealer of IBM Personal Computers, Davox has designed the terminal to use off-the-shelf software for the Personal Computer, a vendor spokesman said. Available in August, the 911 will cost $13,355 for a five-display cluster.

The Series 921 Professional PC Deskset combines integrated voice and Multi-Mode data communications with IBM Personal Computer attachability. Users can attach a Personal Computer either directly to an individual Deskset, creating a dedicated personal computer for that workstation, or to the cluster controller, which allows multiple designated users within the cluster to access and share an IBM micro.

The 921 built-in telephone offers such telephone capabilities as automatic dialing from a personal directory or from the host data base. This feature is said to be particularly useful in telemarketing applications, a vendor spokesman said. The 921 is available immediately at $17,569 for a typical five-station cluster, including a shared IBM Personal Computer.

Features included on all the terminals are a 12-in. display monitor in green or amber phosphor with a 1,920-char. screen. Also featured are Davox's Super Buttons, which allow users to perform multifunction tasks with one keystroke, according to a vendor spokesman.

More information on these products can be obtained by contacting Davox at 6 Continental Blvd., P.O. Box 328, Merrimack, N.H. 03054.

# Are You Reaching the International Computer Market?



We can put you in touch with the right people in the major computer markets throughout the world. The people who make the buying decisions — in countries importing a total of well over $3 billion a year in computer hardware, software and supplies.

As the world's largest publisher of computer-related newspapers and magazines, we own and operate the leading local computer publications in the world's major computer markets — markets that account for the vast majority of all computers in use today (measured by value).

Our International Marketing Services will give you one-stop advertising service for any or all of these publications — including translation and production services. We'll even bill you in dollars, so it's as easy as advertising in your local publications.

In addition, we can help you with market facts, and, in the case of The People's Republic of China, we offer special seminars. For further information send in the coupon indicating your area of interest, or call Diana La Muraglia at (617) 879-0700.

We publish or co-publish in:

| | |
|---|---|
| Australasia | Mexico |
| W. Germany | France |
| People's Republic of China | Spain |
| United Kingdom | Denmark |
| Japan | Brazil |

We provide U.S. advertising representation and editorial services to publications in the following countries:

| | |
|---|---|
| Greece | Kuwait |
| The Netherlands | Sweden |
| Argentina | South Africa |
| Chile | Italy |
| Southeast Asia | |

Diana La Muraglia
Manager, International Marketing Services
CW Communications, Inc.
375 Cochituate Road, Framingham, MA 01701 U.S.A.
(617) 879-0700

Please send me rate cards and information on publications in the following countries:

( ) I am interested in more details on your seminars on The People's Republic of China.

Name _____
Title _____
Company _____
Address _____
City _____ State ___ Zip ___

**⊕ CW COMMUNICATIONS/INC.**

# Tab Announces Smart Terminal

PALO ALTO, Calif. — Tab Products Co. has announced a smart terminal for use in an environment of Honeywell, Inc. computers. The terminal features a 15-in. screen that can reportedly format 80 or 132 columns wide, has three operational modes and is said to provide asynchronous and synchronous communications.

The Model 132/15H terminal can be keyboard-selected at speeds from 110 to 19.2K bit/sec. It has an internal clock and up to 14 keys devoted to user-programmable functions, the vendor said.

The terminal features standard 95 Ascii keys, a 14-key numeric pad and 26 control keys, as well as the ability for users to program up to 14 control keys, according to a vendor spokesman.

The terminal is priced at $2,200. More information is available from the vendor at 1451 California Ave., Palo Alto, Calif. 94304.

Polaroid uses IBM and DEC equipment and was looking for a workstation that would boost productivity and lower costs by operating interchangeably with both. Right now. That's why they chose Davox.

Davox provides integrated data and voice systems that perform simultaneous voice and data transmission that's both 3270 (SNA/SDLC or BSC) *and,* Async (TTY). They're totally flexible—able to work in any IBM or IBM-compatible mainframe environment. That's why they were the perfect solution for Polaroid.

Davox workstations feature 16 "Smart Buttons" that can be custom programmed so keyboard instruction is reduced to a single keystroke and productivity is increased—as much as 50% in some cases.

DavoxNet—our networking design that transmits voice and data simultaneously over existing twisted pair telephone lines—eliminates expensive coaxial wiring, as well.

And, as a Value-Added Dealer for the IBM PC, Davox offers PC resource sharing throughout a network. Now multiple users can access any IBM PC in a system from any Davox workstation for significant savings in hardware and software costs.

Today Davox systems are at work in Fortune 1000 companies in a broad variety of applications, from securities trading to telemarketing to customer service. Chances are we can help you, too.

We're the one company that has everything you need. Right now—not three years from now.

For complete information, call John Flint, Marketing Manager at (617) 667-4455. Or write him at Davox, 4 Federal Street, Billerica, MA 01821.

# DAVOX™

We *are* data and voice systems. We do it all. And we do it all now.

## In 15 minutes, we helped Polaroid develop a whole new communications picture.



© 1984 Polaroid Corp. "Polaroid." ® SLR 680™

EXHIBIT "J"

Jan. 11, 1966          J. KILBURG                3,229,042

AUTOMATIC TELEPHONE DIALER OF THE MAGNETIC STORAGE TYPE

Filed April 30. 1962                      5 Sheets-Sheet 1



ABBOTT CHARLES

ACME CLEANERS

ADAM C. ROBERT

Fig. 1.

INVENTOR.
JAMES KILBURG
BY
Fryer + Gunewald
ATTORNEYS

PA - 00507

Jan. 11, 1966 J. KILBURG 3,229,042

AUTOMATIC TELEPHONE DIALER OF THE MAGNETIC STORAGE TYPE

Filed April 30, 1962 5 Sheets—Sheet 2



INVENTOR.
JAMES KILBURG
BY
Fryer + Tjensvold
ATTORNEYS

PA - 00508

Jan. 11, 1966      J. KILBURG      3,229,042

AUTOMATIC TELEPHONE DIALER OF THE MAGNETIC STORAGE TYPE

Filed April 30, 1962            5 Sheets-Sheet 3



INVENTOR.
JAMES KILBURG
BY
Fryer & Tjensvold
ATTORNEYS

PA - 00509



INVENTOR.
JAMES KILBURG
BY
Fryer & Tjensvold
ATTORNEYS

PA - 00510

Jan. 11, 1966          J. KILBURG          3,229,042

AUTOMATIC TELEPHONE DIALER OF THE MAGNETIC STORAGE TYPE

Filed April 30, 1962                    5 Sheets-Sheet 5



INVENTOR.
JAMES KILBURG

BY

*Fryer & Gemwald*

ATTORNEYS

# United States Patent Office

3,229,042

Patented Jan. 11, 1966

1

**3,229,042**

**AUTOMATIC TELEPHONE DIALER OF THE MAGNETIC STORAGE TYPE**

James Kilburg, San Carlos, Calif., assignor to Dasa Corporation, a corporation of California

Filed Apr. 30, 1962, Ser. No. 191,050

11 Claims.   (Cl. 179—90)

The present invention relates to automatic telephone dialers of the magnetic storage type and particularly to a telephone dialer designed to satisfy all dialing requirements of a subscriber with a minimum possibility of failure of the machine through its own mechanical elements or through careless or negligent operating techniques on the part of the subscriber.

The term "dialer" is now accepted in the art of telephony as mechanism capable of producing impulses in a telephone circuit for the purpose of completing connections between the telephones of two subscribers irrespective of whether a finger actuated dial familiar to conventional telephone sets is employed.

The objects of the present invention may best be understood by recitation of the several functions the dialer must accomplish to give full, satisfactory and accurate service even to unskilled operators who must be expected to use equipment of this type.

An automatic telephone dialer for universal use must have some repertory mechanism capable of containing a large number of telephone numbers in code as well as space for displaying the names of subscribers. It must be capable of dialing any simple or local telephone number and also of dialing any telephone number having one or more dial tone wait periods. For example, some inter-office telephone systems afford connection with the outside or general telephone system upon dialing a single number such as the number nine and these systems are commonly referred to as "nine level dialing systems." When a single number has been dialed, the caller must await the reception of a dial tone from the general system before placing his local or other number to be called. Thus in calling from a nine level system, as well as in calling through some types of direct distance dialing systems, an automatic dialer must be capable of transmitting or decoding a portion of a number and then of stopping for a more or less indefinite period until a dial tone is heard so that dialing of the remainder of the number may be initiated. This gives rise to difficulties which might result from a person starting to dial a number and then abandoning his intention when only a portion of the dialing cycle has been completed. This would result in the machine being unfit for completing a new dialing cycle and, in the magnetic storage type dialer, might result in the erasing of many numbers through adjustment of the repertory mechanism while the magnetic transducer or head which reads numbers, and is equally capable of erasing numbers, is in its reading position. A dialer must also be capable of decoding or dialing in a single cycle as many as fourteen digits which might be required for example in dialing through a nine level system followed by a direct distance dialing process. It is also desirable that the adjustment of the repertory mechanism from one subscriber position to another be capable of rapid as well as accurate operation and it is most desirable that a minimum of push buttons or other operating mechanisms be presented to avoid confusion of persons operating the dialer. Means should also be provided to interrupt a dialing cycle of the machine manually in certain events and automatically in other events for the protection of the machine itself and to prevent erasure of coded numbers in the repertory mechanism.

Since electrical circuitry is employed for encoding

2

telephone numbers in an automatic dialer as well as for decoding such numbers, means must be provided for simple selection of various circuits for performing different necessary functions. Furthermore since the circuits of an automatic dialer must be connected with the telephone circuit, shunting means must be provided for protection of the telephone circuit in the event of failure of any of the electrical or electronic components in the circuit of the dialer itself.

The object of the present invention is therefore to produce an automatic telephone dialer having all of the above and further advantages and capabilities. Further and more specific objects and advantages and the manner in which the invention is carried into practice are set forth in the following specification wherein reference is made to the accompanying drawings.

In the drawings:

FIG. 1 is a plan view of the frame work and operating mechanism of an automatic telephone dialer embodying the present invention eliminating the electronic components, external housing and base plate and other members not essential to an understanding of the present invention;

FIG. 2 is a view taken on the line II—II of FIG. 1 and illustrating parts of the repertory adjusting mechanism;

FIG. 3 is a view taken on the line III—III of FIG. 1 illustrating certain control components;

FIG. 4 is a view taken on the line IV—IV of FIG. 1 illustrating the motor which powers the machine and certain drive components;

FIG. 5 is a fragmentary view taken on the line V—V of FIG. 1 showing a transducer in contact with a magnetic tape upon which telephone numbers are encoded;

FIG. 6 is an enlarged fragmentary view taken on the line VI—VI of FIG. 1 illustrating switching means used in connection with the transducer;

FIG. 7 is an enlarged fragmentary view taken on the line VII—VII of FIG. 4;

FIG. 8 is an enlarged fragmentary view taken on the line VIII—VIII of FIG. 4;

FIG. 9 is a fragmentary section with portions broken away taken on the line IX—IX of FIG. 8 and illustrating the operation of a double acting ratchet mechanism;

FIG. 10 is an enlarged view with portions broken away taken on the line X—X of FIG. 8;

FIG. 11 is an enlarged fragmentary view with parts broken away taken on the line XI—XI of FIG. 12;

FIG. 12 is an enlarged view of a clutch and timing mechanism with portions in section and looking downwardly on the mechanism illustrated in FIG. 11;

FIG. 13 is a sectional view taken on the line XIII—XIII of FIG. 11;

FIG. 14 is a sectional view with parts broken away taken on the line XIV—VIV of FIG. 13;

FIG. 15 is a fragmentary detail showing a gear train from a motor toward a tape advancing mechanism;

FIG. 16 is a fragmentary elevation of the transducer shown in FIG. 1 and mechanism associated therewith;

FIG. 17 is a schematic diagram of electrical control and shunting circuit; and

FIG. 18 is an enlarged fragmentary plan of a piece of magnetized tape illustrating an example of the positions assumed by magnetized areas representing a telephone number encoded thereon.

Referring first to FIG. 1 of the drawings, the machine of the present invention is shown as having a tape cartridge generally indicated at 10 which presents one side of a tape at 11 and the opposite side of the same tape at 12. This tape cartridge is described in detail in a copending application of James Kilburg entitled "Tape Magazine for Automatic Telephone Dialer," filed April

3,229,042

3

27, 1962, Serial No. 190,586 now Patent No. 3,207,453. It will be sufficient for the purposes of the present application to understand that this tape magazine contains an elongated tape preferably of mylar or other stable and durable plastic film. The tape is coded on one side with magnetizable material capable of having spaced magnetized bits imposed thereon to be read by a transducer and translated into electrical impulses in a telephone circuit. The opposite side of the tape is coated to produce a light color upon which typed or written information can readily be seen. Thus the names of subscribers are placed on the light colored side of the tape in the area shown at 11 in FIG. 1 and the tape is inverted by passing over rollers as disclosed in the above mentioned pending application so that the magnetizable side of the tape is exposed in the area 12 directly beneath a transducer or head 14 capable of being driven transversely of the tape from its position at the left side thereof, as shown in FIG. 1 toward the opposite edge of the tape by a feed screw 15. To operate the machine for dialing a telephone number, the name of the subscriber to be called is positioned by advancing or moving the tape longitudinally until the name appears in a frame arranged on a housing window (not shown), the position of which is indicated in dotted lines at 16. With the name in this position, the corresponding code for the subscriber's telephone number is arranged on the tape in a transverse line directly beneath the head 14. The head which is disposed slightly above the tape in its home position is then brought into contact with the tape and driven across the tape for the purpose of decoding the number which has been encoded thereon.

Advancing of the tape in either direction for the purpose of bringing a certain subscriber's name and the corresponding coded number into operating positions may be accomplished slowly step by step with manual power or may be accomplished rapidly with a motor drive. Manual advancing of the tape is accomplished by mechanism supported principally on a main frame plate of the machine shown at 20 and the mechanism is illustrated in FIG. 2. A knurled segment 21 is finger actuated to rock it about a pivot pin 22. A gear 23 movable with the segment meshes with one end of a rack bar 24 which has an opposite end extending rearwardly of the machine and toothed for engagement with a gear 25. Since movement of the segment 21 in opposite directions is intended to advance the tape in opposite directions at least one or two spaces, double ratchet mechanism is employed so that forward movement of the segment 21 advances the tape forwardly only and rearward movement thereof advances it rearwardly only. This ratchet mechanism is shown in FIGS. 8, 9 and 10 where the gear 25 is illustrated as having a plate 26 pressed to its hub for movement therewith. A pin 27 carried by this plate therefore swings through an arcuate path upon oscillation of the gear. This pin extends through the main frame plate 20 as can be seen in FIG. 8 and engages a notch as shown in FIG. 9 in a double pawl 30. This pawl is pivotally supported on a pin 31 (see also FIG. 8) carried by a pawl support and detent plate 32 which is rotatable with respect to a shaft 33. A ratchet wheel 35 designed to receive either of the two oppositely disposed teeth of the double pawl element also rotates relative to the shaft 33 and imparts rotation to a gear 36 pressed upon its hub as is the pawl support plate 32.

With the mechanism thus far described, movement of the rack bar 24 upon actuation of the segment 21 rotates the gear 25 and its associated pin 27 first to rock the double pawl 30 into engagement with the gear 35 and then to rotate said gear also imparting rotation to the larger gear 36. This rotation is accompanied by similar movement of the pawl support and detent plate 32 held in the home position shown in FIG. 9 by a spring pressed detent 38. This detent 38 is shown in FIG. 4 as mounted in a guide plate 39 and urged toward its engaging posi-

4

tion by a spring 40. The detent plate has cammed edges 42 (see FIG. 9) so that the resilient force exerted by the detent 38 returns it to its central or home position when the finger is removed from the actuating segment 21. The rotation of gear 36 imparts rotation to a gear 43 (see also FIG. 7), where the view is taken from the opposite side with respect to FIG. 8, and gear 43 imparts rotation through an overload slip clutch to a gear 45. This gear 45 meshes with a gear, not shown, which is carried on the side of the tape cartridge 10 and associated with the tape in a manner to affect its advancement as fully set forth in the application hereinabove referred to. This gear arrangement, of course, is to permit removal of the tape cartridge from the machine of the present invention. The overload slip clutch between gears 43 and 45 is to prevent tearing of the tape in the event that motion of the tape is prevented as for example by complete unwinding from one of the spools upon which it is supported. The clutch comprises a detent pin 48 slidably supported in the hub of gear 45 and engaging a suitable depression in the rub of gear 43. A collar-shaped leaf spring 49 surrounds the hub of gear 45 and bears inwardly on the detent 48 with just sufficient force to retain it in engaged position until excessive force is applied to the tape drive mechanism. To augment the action of the detent 38 shown in FIG. 9 and aid in returning the rack bar 24 and actuating segment 21 to their normal position, a centering spring mechanism is associated with the rack bar as best shown in FIG. 2. This mechanism comprises a pin 51 carried by the frame plate 20 and extending through a suitable slot in the rack bar. A pair of sliding spring anchors 52 are carried by the rack bar on shoulder pins 53 which extend through slots in the spring anchors. A spring 54 urges the spring anchors toward each other to the limit allowed by the pins 53 in their respective slots producing space between the two spring anchors which embraces the pin 51. Therefore upon movement of the rack bar in either direction, both spring anchors tend to move with it but one engages and is stopped by the pin 51 so that the spring 54 is tensioned and will return the rack bar to its central position. The rack bar is also preferably retained in its central position by a detent shown as a pin 57 engaging a suitable notch in the top edge of the rack bar and carried by a sliding plate 58 guided by shoulder pins, one of which is shown at 59, and urged downwardly by a leaf spring 60.

Since the machine of the present invention has a capacity for approximately 1200 subscribers' names and telephone numbers encoded on the tape, the tape is in the order of 30 feet long and adjustment of the tape from a name adjacent one end to another name adjacent the other end would constitute a tedious manual procedure. Consequently the machine includes power or motor driven adjusting means for the tape to advance it great distances rapidly while the manual adjusting means just described can thereafter be used to bring the tape to precise position for decoding the telephone number of a particular subscriber. Advancing of the tape by power means is controlled by a double ended lever 65 opposite ends of which are aligned with and disposed adjacent the manual actuating segment 21 as also shown in FIG. 1. The lever 65 is pivotally supported on the same axis as the actuator 21 and upon being rocked away from the operator as by depression of its end 66, the tape will advance away from the operator. Similarly depression of the end 67 of the lever will advance the tape toward the operator. Consequently depression of either end of the lever 65 and subsequent movement of the actuator 21 provides a convenient and natural method of adjusting the tape to any desired position. An electric motor shown at 69 in FIG. 1 is provided to drive the tape through a gear train and reversing mechanism presently to be described. A rocking motion of the lever 65 in either direction closes the switch to energize the motor through means shown in FIGS. 2 and 3. In FIG. 2, the lever 65 is shown as hav-

3,229,042

5

ing a toe 70 engaging a notch in the upper edge of a lever 71 which is pivotally supported by a pin 72. Upon depression of either end of the lever 65 the toe 70, in riding out of its notch, depresses the lever 71 to effect closing of a switch 74 (see FIG. 3) which energizes the motor 69. This is caused by an insulated bushing 75 carried on the end of the lever 71 and projecting through the frame plate 20. Closing of the switch 74 to energize the motor is accomplished first among several things which occur upon depression of the lever 65 to insure some time (a small fraction of a second) for the motor to come up to speed before it is subjected to a load and also to insure complete meshing of teeth in the gear train. Also actuated by depression of the lever 65 is a lever 76 pivotally supported as at 77 by a pin supported by the frame plate 20 and extending through a slot in lever 71 which slides behind the lever 76. The upper end of the lever 76 has a pin and slot connection 78 with the lever 65 so that rocking movement of lever 65 causes oscillation of the lever 76 about its pivot pin 77. The lower end of lever 76 is connected by a link 79 with the bifurcated end of a reverse gear lever 80 (see FIG. 4) by means of a pin 81. The gear train which includes the reverse gear is shown in FIG. 15. In this figure, the motor is shown as having a pinion 83 driving a large gear 84 and a second pinion 85 secured thereto. Pinion 85 drives a pair of meshing gears 86 and 87 of equal diameter which will of course rotate in opposite directions. The reversing gear lever 80 also shown in FIG. 7 carries a pinion 88 which, upon swinging of the lever 80, will mesh selectively with the gear 86 or the gear 87. Thus the pinion 88 may be driven in either direction and it meshes with a gear 90 concentric with a shaft 91 (FIG. 7) about which the lever 80 is pivotally supported. The gear 90 is fixed to and drives the shaft 91 which rotates in a bushing 92. The opposite end of the shaft 91 is that upon which the hub of gear 43 is mounted so that the tape is advanced through the slip clutch 48 in the manner previously described. Thus upon depression of the lever 65 of FIG. 2 and immediately after the circuit to the motor has been closed, the link 79 and reverse gear lever 80 effects selection of direction depending upon the end of the lever 65 which has been depressed. All of the power drive actuating linkage just described including the lever 65 is normally held in its neutral position by a pair of springs shown in FIG. 3 at 93 acting to urge a pair of sliding plates 94 toward engagement with the pin 81 on the end of link 79 so that upon depression of either end of the lever 65 and movement of link 79 either one or the other of springs 93 is tensioned to return the control mechanism to its neutral position.

In connection with adjustment of the tape either manually or by power, it is necessary that the tape come to rest with the information encoded thereon directly beneath the transducer head 14 and it is consequently desirable to provide a detent mechanism inducing the tape to stop with the line of coded information thereon precisely positioned. For this purpose, a detent wheel shown at 96 in FIG. 1 is carried by the tape driving mechanism on the cartridge 10 and when the cartridge is inserted in the machine the detent wheel occupies the position where it is shown in FIG. 2. A detent pin 97 is carried on a lever 98 for registry with the notches of the detent wheel and the lever is pivotally supported as by a pin 99. It is undesirable during rapid movement of the tape while it is motor driven to have the friction and noise created by the rotating detent wheel 96 against the detent pin 97. Consequently the pin is raised out of contact with the wheel during power driving of the tape. This is accomplished by swinging the lever 98 upwardly about its pivot point by a lever 100 (see FIG. 3) centrally pivoted to the frame. The upper end of the lever has a cam notch receiving a pin 101 carried as shown in FIG. 2 by the lever 98. A spring 102 urges the pin 101 and lever 98 downwardly. When the power drive control is manipulated to

6

move the link 79 in either direction, the same pin 81 on the lever 79 which actuates the reverse gear lever projects into a slot in the lower end of lever 100 swinging the lever about its central pivot and causing the cam notch in its upper end to raise the pin 101 and consequently raise the lever 98 until the detent pin thereon is out of engagement with the detent wheel 96. The centering mechanism actuated by springs 93 also serves to return the lever 100 to its central position immediately upon release of the power drive control lever 65.

Once the name of a subscriber to be called is properly positioned and the encoded information on the tape is disposed beneath the head 14, it is necessary to bring the head into contact with the tape and to move it across the tape by means of the drive screw 15. The head 14 shown in contact with the tape in FIG. 5 is supported by a carriage 105 which is slidable on rods 106 and 107, both of which extend transversely across the machine beneath the feed screw 15. The rod 106 acts as a pivotal support for the carriage 105 and the ends of the rods 106 and 107 both terminate in a plate 110 (see FIG. 3) which is secured to rock with the rod 106. Thus by rocking the plate 110, the rod 107 is moved arcuately to swing the carriage 105 so that the head 14 is moved in a clockwise direction as viewed in FIG. 5. To remove the head from contact with the tape, the opposite ends of the rods 106 and 107 are shown as fixed to a lever 108 (see FIG. 16) which is urged by a spring 109 to the position in which the head engages the tape. When the head is moved into contact with the tape, a pin 112 carried by the carriage 105 is brought into engagement with a camming ring 113 adjacent the end of the lead screw 15 and carrying a cam bar 114. The camming ring 113 has the same diameter of the root of the thread on the lead screw so that as the lead screw starts to rotate, the cam bar 114 engages the pin 112 bringing it into the thread of the screw and starting the drive of the transducer and head carried thereby across the tape. The carriage is returnable by a spring 115 which as shown in FIGS. 1 and 6 carries a sheave block 116 over which is trained a cable 117 anchored at one end to a frame plate 118 as shown at 119. The opposite end of the cable passes over sheaves 120 and 121 and is anchored to the carriage as at 122 (see FIG. 6). If the carriage is not released from the drive screw for return to its home position by the spring 115 before it has completely traversed the tape by other means presently to be described, it will be released when the pin 112 reaches the end of the thread of the drive screw. This is accomplished by a cam 124 at the end of the lead screw which has a small diameter registering with the root diameter of the lead screw and a large diameter exceeding the outside diameter thereof to lift the pin 112 out of the screw thread and permit the spring 115 to act. Upon removal of the carriage pin from the lead screw as just described, the carriage is locked in its raised position with the transducer head removed from the tape by a latch lever 126 (see FIG. 3) engaging a shoulder 127 on the plate 110 which, as previously described, rocks with the carriage. Thus the carriage will be retained in its retracted position which is its home or normal position before a decoding cycle of the machine is initiated. A spring 128 urges the lever 126 toward its latching position.

The mechanism just described is basic mechanism for driving the head across the tape and for returning the head to its home position. However in the normal functioning of the machine, the movement of the head will continue only so long as there is coded information on the tape to be read and translated. There are occasions, as will presently be described, when even with the motor which turns the drive screw operating it, it will not be clutched to the drive screw so that the head could remain indefinitely in a position intermediate the ends of the drive screw with the motor continuing to operate. To avoid this, it is necessary to provide timing mechanism

3,229,042

7

which upon the lapse of a predetermined time greater
than the time necessary for decoding the longest possible
number will effect return movement of the head and de-
energize the motor.

Referring again to FIG. 3, wherein it will be recalled
that the parts are shown in the position assumed when
the head is resting on the tape, the latch 126 will lie be-
hind the shoulder 127 when the transducer head is in
its home position and spaced from the tape.  To initiate
a decoding cycle the tail of the latch 126 is pulled down-
wardly as by a cable 129 leading toward the front of the
machine.  Any suitable means such as a starting button
on the case of the machine (not shown) may be employed
for this purpose.  Releasing the plate 110 permits the
head to descend onto the tape.  At the same time the
tail of the latch 126 will have engaged a pin 130 on a
latch lever 131 which engages and holds a lever 132 in
a position slightly counterclockwise from that shown
about the center of its supporting pin 133.  Simultane-
ously with releasing of the head, a spring 134 draws a
lever 135 pivoted on a center 136 downwardly.  The
free end of this lever has a slot embracing a pin 137 on
the lever 132 so that it was held against downward move-
ment by latching effect of the lever 131.  The lever 135
controls the timing mechanism which includes a finger
139 (see also FIG. 12) which cooperates with a timer
lead screw 140.  The lever 135 and finger 139 as best
shown in FIG. 12 are connected for simultaneous swing-
ing movement about the center of pin 136 by means of
a pin 142.  Consequently when the head is moved onto
the tape, the finger 139 is moved into registry with the
thread of the timer feed screw 140 which receives its
drive directly from the motor whereas the transducer
head is driven through a clutch.  Both of the pins 136
and 142 are slidable with respect to the frame and are
held, as shown in FIG. 1, in their home or retracted posi-
tion by a spring 144.  A plate 145 joining the inner ends
of the pins 136 and 142 rigidly retains them in proper
spacing.  The timing mechanism just described insures
return of the transducer head and deenergization of the
motor after a period of time which is longer than that
necessary for the reading of a coded telephone number.
This is accomplished by means of a pin 146 shown in
FIG. 12 fixed with relation to the timing screw so that it
rotates therewith and, when the finger 139 reaches the
end of the timing screw, the pin 146 engages beneath it
to raise it free of the thread and permits its return by the
spring 144 of FIG. 1.

Referring back to FIG. 3, when the finger 139 is raised,
it also effects raising of the lever 135 which, through the
pin 137, swings the lever 132 in a counterclockwise di-
rection.  A toe 148 on lever 132 now engages a pin 149
on plate 110 and by swinging plate 110 in a clockwise
direction, raises the transducer head permitting its return
to the home position by spring 115 of FIG. 1.  This, of
course, also permits reengagement of the latch 126 and
the latch lever 131 so that they assume their before start-
ing positions previously described.

At the same instant that the head is brought into read-
ing position against the tape, the motor which drives the
feed screw for the head and the feed screw for the
timer is energized.  This is accomplished by switch
mechanism shown in FIG. 2 actuated by the rod 142
previously described in conjunction with the timing screw
finger.  With the rod 142 in the position which it oc-
cupies when the head is in its home position and raised
from the tape, the rod holds an actuator plate 151 in
its uppermost position.  This plate is pivotable about the
center of rod 136 urged downwardly by a spring 152.
Therefore upon lowering of the head into engagement
with the tape which is also accompanied by downward
swinging movement of the timer screw finger 139, plate
151 swings downwardly engaging and closing a conven-
tional microswitch 153 through a projection 157 which
closes the circuit to the motor.  This switch is in parallel

8

with the switch 74 previously described for energizing
the motor for the purpose of driving the tape.  It will be
understood as the description proceeds that the same
motor 69 employed for driving the tape provides power
for driving the feed screw for the head and the feed screw
for the timer.  Actual turning of the feed screw for the
head, however, is accomplished by engagement of the
clutch.  This clutch is engaged by a solenoid and a low
voltage circuit to the solenoid is closed simultaneously
with closing of the motor switch 153 by means of a
switch 155, one element of which is engaged by a pro-
jection 156 on plate 151 at the same time that switch 153
is closed by the projection 157.

The power train from the motor to feed screws is par-
tially shown in FIG. 15 wherein, as will be recalled,
motor operation results in turning of both gears 86 and
87.  The shaft of gear 87 carries a pinion 159 meshing
with a gear 160 which is in turn connected through con-
ventional reduction gearing, not illustrated, with a gear
161 (see FIG. 12) on a shaft 162.  This is the driving
shaft of a clutch 163 capable of transmitting power
through gears 164 and 165 to a coupling disc 166 having
a pin 167 which registers with a notch 168 (see FIG. 3) in
a complementary coupling disc on the end of the shaft
upon which the feed screw 15 is mounted.

Since spring means are employed in the clutch 163
presently to be described which tend to impart reverse
torque through the clutch to the coupling disc and lead
screw, a one-way brake is provided to prevent such re-
verse rotation.  This brake comprises a bushing 170 fixed
against rotation on a shaft 171 to which the coupling disc
is fixed and a second bushing of the same diameter fixed
to the gear train supporting frame.  The shaft 171 is free
to rotate in one direction with respect to the bushing 172
but reverse rotation is prohibited by a coil spring 173
embracing both bushings in a well known manner.  Feed
screw 140 is also driven from the shaft 162 through gears
175 and 176.  No clutch is necessary in this drive be-
cause rotation of the timing screw performs no function
until the finger is brought into contact therewith.

As previously mentioned, the clutch which controls the
feed screw for the transducer head is actuated by a sole-
noid and it should be helpful in understanding the con-
struction of the clutch and the circuits which control the
solenoid to first understand the reason for using the sole-
noid as an actuating means.  An enlarged portion of the
tape employed in the machine is shown in FIG. 18 with a
telephone number encoded thereon with the several mag-
netic bits representing the number in the form of dots.
Since the magnetic bits are not visible, the dots are used
simply for the purpose of representing their positions.
This telephone number is one which would be used in the
operation of nine level dialing wherein it is necessary first
to dial the numeral nine, then await a dial tone before
dialing the subscriber's number, which in this case is
421–2674, these figures appearing in FIG. 18 would of
course not appear on the tape in the position shown.
There is, as can be seen in FIG. 18, interdigital spacing
between the numbers in the subscriber's telephone num-
ber which, with the transducer feed screw operating at
the proper speed, will represent time between the dialing
of individual digits required in standard telephone cir-
cuits to permit the switching equipment therein to func-
tion properly.  This time is in fact about 530 millisec-
onds.  According to the present invention, a somewhat
greater space is left between the digit nine and the first
digit of the telephone number.  In the present instance,
this space represents approximately 560 milliseconds and
because it is greater than 530 milliseconds, it will effect
disengagement of the clutch which drives the feed screw.
Furthermore since the number represented in FIG. 18
is made up largely of lower order digits, it occupies only
a portion of the width of the tape, it being understood
that some numbers which may contain principally nines
and zeros would extend nearly across the tape.  Also,

PA - 00515

3,229,042

9

considerably more space on the tape is required for fourteen digits which are required in some direct distant dialing operations. Since the number representnd on the tape is a short one, it is unnecessary and undesirable for the transducer head to traverse the entire width of the tape and since the unused space following the last digit in the number is obviously more than 530 milliseconds, the same mechanism which stops the head after dialing the first digit nine will become effective again to stop the head very shortly after dialing the last digit. Another occasion for stopping the transducer drive means occurs in certain direct distance dialing wherein an access number, usually three digits, is dialed and the operator must await a dial tone before dialing the area and local telephone number. In such a case, the greater interdigital spacing on the tape will again be employed after the access number.

The clutch to be described is one which upon being engaged by momentary actuation of a solenoid will remain engaged for a portion of a cycle and then automatically become disengaged. The portion of the cycle represents approximately 560 milliseconds in time and is, therefore, somewhat greater than interdigital time. Each time the transducer head reads or decodes one of the bits on the tape, an impulse is sent to an electronic pulse generating circuit, not disclosed in this application but fully disclosed in the application of Kilburg et al., Serial No. 104,689, filed April 21, 1961. Each pulse is amplified in the electronic pulse generating circuit and actuates a switch which creates a pulse in the telephone circuit. In the present application, a second such switch is employed in parallel with the switch used for sending impulses through the telephone circuit and the second switch closes a low voltage circuit to the solenoid which actuates the clutch. Consequently in dialing the number shown in FIG. 18, the transducer will read nine bits and close the switch to the clutch actuating solenoid nine times in rapid succession so that no 560 millisecond time elapses to permit disengagement of the clutch. However, since this greater than interdigital time exists between nine and the first digit of the telephone number, the clutch will be disengaged and will remain disengaged until a dial tone is heard and the clutch is again engaged by depression of a starter button.

Referring to FIGS. 11 to 14, inclusive, the clutch 163 is illustrated as rotatable about the driven shaft 162. Fixed to the shaft 162 is a ratchet wheel 180 engageable by a pawl 181 (FIG. 11) carried by a disc or pawl carrier 182 which is the driven member of the clutch formed on the same hub upon which the gear 164 is pressed. A drum shaped housing or cup 183 surrounds the pawl and has a notch 184 (FIG. 12) in its periphery which receives the tail of the pawl when it is engaged with the ratchet wheel 180. A spring 185 normally tends to move the pawl toward its engaged position but the inner surface of the cup 183 retains it in its disengaged position. Consequently with the pawl engaged and its tail projecting into the notch 184, it is simply necessary to stop rotation of the cup 183, which is traveling with the pawl, so that continued rotation of the pawl will move it to its disengaged position when its tail engages the edge of the notch. Stopping of the cup 183 is accomplished by stopping a ratchet wheel 186 (FIG. 14) with a pawl 187 actuated by a solenoid 188 (FIG. 11) and normally retained in its engaged position by a spring 189. The ratchet wheel 186 is not directly connected with a stop lug 190 (FIGS. 12 and 14) which stops rotation of the cup 183, but this stop lug is carried on a ring 191 and projects into a recess 192 in the edge of the cup. The length of this recess is such that it provides 560 milliseconds of clutch engagement before the lug 190 engages the end of the recess to stop cup 183 and disengage the clutch. The ratchet wheel 186 is free to rotate with respect to the hub of the pawl carrier 182 and is connected to the pawl carrier by a torsion spring 196 (FIGS. 13 and 14) normally tensioned

10

to hold the lug 190 at the end of the recess 192 which it will occupy during engagement of the clutch. Since the clutch is disengaged instantaneously when the edge of the cup rides onto the tail of the pawl 181, the area of the portions in engagement or overlap would be extremely small. To insure secure engagement with the tail end of the pawl a lost motion is provided between the ratchet wheel 186 and the ring 191 (see FIG. 14) where a pin 193 on the ring is shown as projecting through a slot 197 in a flange 194 which is a part of the ratchet wheel 186. This pin is held against one edge of the slot by a spring 195 encircling the pin at one end and extending through a hole in the ratchet wheel at the opposite end. Consequently when the projection 190 on the ring stops the cup 183 the pin 193 will move to the opposite end of its slot thereby tensioning spring 195 which will immediately return the pin 193 and consequently the ring 191 to provide additional movement causing firm engagement of the tail of the pawl. Therefore, since it takes 560 milliseconds to disengage the clutch, as long as the solenoid 188 is actuated to permit engagement of the clutch at intervals of time shorter than 560 milliseconds, the clutch will in effect remain in constant engagement.

Referring back to FIG. 18 it will be recalled that in nine level dialing the transducer head comes to a stop after the first nine bits on the tape have been decoded. The motor of the machine is, however, still in operation and driving the timer lead screw. Furthermore at the end of the entire number encoded on the tape, the transducer head also stops. The timer lead screw is driven at a rate to establish a time period sufficiently great for the dialing of the longest number that can be encoded on the tape including reasonable dial tone wait. Consequently should the operator abandon a call during the nine level wait period and also after a complete number has been dialed the motor will continue to operate for the overall time cycle, which is approximately thirty-two seconds, and the transducer will be returned to home position and the motor deenergized through means previously described. It is possible, however, that during this latter part of the time cycle, the operator may wish to place another call. Since the first act in placing any call is to adjust the tape to the number to be called, parts of the mechanism moved to adjust the tape are employed instantly to return the transducer head to home position and deenergize the motor. It will be recalled that adjustment of the tape by the mechanism shown in FIG. 2 either manually or with the power drive results in upward movement of the lever 98. The very end of the lever 98 is provided with a pin 200 which extends through a suitable opening in the frame plate 20 and, as shown in FIG. 3, is disposed against an inclined lower end of the tail on the lever 132. Thus raising the pin 200 which occurs upon adjustment of the tape urges the lever 132 to swing counterclockwise as viewed in FIG. 3 and as previously described affects deenergization of the motor and return of the timing mechanism and transducer head to their home positions. This feature of normalizing the machine instantly upon touching the tape adjusting means also provides a means to deliberately stop the machine in the process of dialing if it becomes necessary to answer an incoming call on a multiple line telephone. It is also useful if it suddenly becomes necessary to place a call manually on the conventional telephone dial.

Since the electronic circuit employed in the machine of the present invention must be connected with the telephone lines, any failure in the circuit could have the effect of rendering the telephone unuseable. It is, therefore, desirable that at all times except when the dialing machine is functioning the electronic circuit be shunted for the protection against disabling the telephone. This shunting is accomplished by switch means illustrated in FIG. 6 and shown in the wiring diagram of FIG. 17 and the same circuitry serves the purpose of energizing the clutch solenoid for initial engagement of the clutch

3,229,042

**11**

before the solenoid has been energized by pulses resulting from bits on the tape.

FIG. 17 illustrates the condition of the electrical circuit for introducing pulses to the telephone lines with the switches in the condition which they occupy when the transducer head is in its home position and raised from the tape. Thus a double throw switch 203 (see also FIG. 6) closes a shunt circuit in the telephone line rendering the pulse mechanism of the present machine ineffective. The blade of switch 203 moves upwardly into engagement with the opposite pole shortly after initiating a dialing cycle thus breaking the shunt circuit and closing a circuit controlled by a relay 204 which relay is energized by the electronic pulsating circuit to transmit pulses into the telephone lines. Meanwhile a second relay 205, the energizing circuit of which is in parallel with relay 204 is also energized to send pulses to the solenoid 188 which energizes the clutch. It will be recalled that upon movement of the head toward the tape at its home position, a switch 155 (see FIG. 2) is closed to complete a circuit to the solenoid 188. However since the relay 205 is normally in an open position, this circuit is actually not complete and the relay does not produce a first impulse essential to effect engagement of the clutch. The relay 205 is, therefore, shunted by a switch 207 also shown in FIG. 6 which is in its closed position when the head is home. The closing of the switch, as well as holding the blade of switch 203 in its lower position, is accomplished by a lever 208 which is depressed by a cam 209 carried by and movable with the transducer head 105. Thus with the head in its home position, as shown, the relay 205 is shunted and will remain shunted while current flows to the solenoid 188 for initiating operation of the clutch to impart motion to the transducer head drive screw. During the initial movement of the drive screw the cam 209 rides down an incline 210 on the lever 208 permitting the lever to swing upwardly and removing the pressure of pins 211 and 212 thereon from the switch plates. At this time, the solenoid is being actuated by impulses created by the code on the tape and through the relay 205.

I claim:

1. In a machine for dialing telephone numbers encoded on a magnetizable medium in the form of groups of magnetized bits representing digits separated by interdigital spaces, a transducer, means including a clutch for effecting relative movement of the transducer and a coded number on said medium to produce signals through the transducer, means responsive to said signals for engaging the clutch for a period of time required for said relative movement to just exceed said interdigital spaces, whereby a greater space between two coded digits will effect disengagement of the clutch and cause the transducer to pause.

2. The combination of claim 1 in which the means for effecting clutch engagement is electrically controlled, and signals produced by the encoded number through the transducer are employed for directing electrical energy to the clutch control.

3. The combination of claim 1 including means to momentarily close a circuit to engage the clutch to initiate transducer movement until decoding commences to produce signals for continuing such movement.

4. In an automatic telephone dialer of the kind described in which telephone numbers are encoded transversely of an elongate tape and the tape is adjustable longitudinally to selectively present the codes thereon to a decoding station, a source of power, means including

**12**

reversible gearing for connecting said source to the tape adjusting means for moving the tape rapidly in either direction, and means for manually moving the tape slowly in opposite directions, a control member for said reversible gearing comprising two spaced depressible buttons and a control member for manual movement of the tape comprising a lever presenting an arcuate finger engageable portion disposed between said buttons.

5. The combination of claim 4 including a two directional ratchet means between said lever and tape adjusting means whereby rocking of said lever in opposite directions from a central normal position will effect adjustment of the tape in opposite directions.

6. The combination of claim 5 with means for holding said ratchet means in a disengaged position during adjustment of the tape with power.

7. The combination of claim 4 including detent means for insuring proper registry between codes on the tape and the decoding station, and means for disabling the detent mechanism during adjustment of the tape with power.

8. The combination of claim 4 in which the decoding station includes a transducer movable toward and away from the tape, and means operable upon adjustment of the tape by either control member to move the transducer away from the tape.

9. In an automatic telephone dialer an elongate tape for the reception of coded data representing telephone numbers extending transversely of the tape, a transducer, means to adjust the tape to position a selected code adjacent the transducer, means to move the transducer across the tape in operable position for producing signals derived from said code, said means including a feed screw and a pin engageable therewith and means at the end of said screw for disengaging the pin from the thread thereof.

10. In an automatic telephone dialer an elongate tape for the reception of coded data representing telephone numbers extending transversely of the tape, a transducer, means to adjust the tape to position a selected code adjacent the transducer, means to move the transducer across the tape in operable position for producing signals derived from said code, said means including a source of power, a clutch controlling a drive from said source to move the transducer, and means controlled by spacing between portions of the data encoded on the tape for effecting disengagement of said clutch.

11. In a machine for dialing telephone numbers encoded on a magnetizable medium upon which codes representing individual digits are separated by interdigital spaces, a transducer, means to affect relative motion between the transducer and the medium to produce signals through the transducer, means responsive to said signals to render said motion continuous and responsive to greater than interdigital spacing to discontinue said motion, and manually actuated means to cause said motion to resume.

### References Cited by the Examiner
#### UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,999,133 | 9/1961 | Kilburg et al. | 179—90 |
| 3,040,133 | 6/1962 | Kobler et al. | 179—90 |

#### FOREIGN PATENTS

| | | | |
|---|---|---|---|
| 567,446 | 11/1958 | Belgium. | |
| 860,794 | 2/1961 | Great Britain. | |

ROBERT H. ROSE, *Primary Examiner.*

H. W. GARNER, S. J. BOR, *Assistant Examiners.*