JOSEPH EHRLICH - #84359
MARK R. MEYER - #238231
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:   (415) 956-8400
Facsimile:   (415) 956-2150
Email:       je@losch-ehrlich.com
             mm@losch-ehrlich.com

Attorneys for Defendants
Resort Vacations, Inc.;
Global Exchange Marketing Corp.;
Global Exchange Development Corp.; and
Global Exchange Vacation Club.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRCT OF CALIFORNIA
SOUTHERN DISTRICT

| | |
|---|---|
| MICHELE DEL VALLE,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE VACATION CLUB; RESORT VACATIONS, INC.; GLOBAL VACATIONS MARKETING CORP.; GLOBAL EXCHANGE DEVELOPMENT CORP.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br>8:16-cv-02149-DOC (JCGx)<br><br>**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION;**<br><br>**DECLARATION IN SUPPORT OF OPPOSITION RE: IVT**<br><br>Date:      January 9, 2017<br>Time:      8:30 a.m.<br>Courtroom: 9C<br>Judge:     David O. Carter |

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

1

# DECLARATION

I, Mary Joy De Arroz, declare:

1. Except for matters asserted on information and belief, which I am informed and believe to be true, I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. I am the Managing Director of InterVoice Technologies ("IVT"). In my position, I am involved in the review and supervision of the operations of the company and, specifically, the clients of the business, the equipment used, and its capabilities to track phone calls. I have personal knowledge of the facts below.

3. IVT is involved in marketing.

4. In the past 4 years, IVT has had contracts with many companies in numerous industries.

5. The industries involved include Solar, Vacation Ownership, and Medical.

6. Clients include Senior Diabetic Network, Durable Medical, Direct TV, Go Solar, Suntana Energy, Wyndham Vacation Ownership, Resort Vacations Inc., Global Vacation Network.

7. "Global Vacation Network" is a distinct client from Resort Vacations Inc. headquartered in Florida, and is not involved in the "Global Exchange Vacation Club."

8. IVT is an independent company from its clients. IVT does not share ownership, management, or board members with any of its clients.

9. IVT has a contract with Resort Vacations, Inc. ("RVI") in which IVT is paid if IVT is able to schedule qualified prospective clients for a presentation at one of RVI's sales centers to market membership in Global Exchange Vacation Club.

10. IVT and RVI have no ownership connection.

11. Through IVT's contacts with many companies, I am familiar with RVI's business and industry.

12. Wyndham Vacation Ownership and Global Vacation Network are involved in the same industry.

13. Timeshare is about half of IVT's business.

14. Of the calls related to timeshare, RVI makes up about half of the calls.

//

Case No. 8:16-cv-02149-DOC (JCGx)  
*Del Valle v. Global Exchange Vacation Club, et al.*  
Opp. to Mtn. for Class Certification – Dec. re IVT

2

15. RVI does not provides leads to IVT, RVI does not control or dictate how IVT contacts prospective leads, RVI does not decide what equipment IVT uses or how calls are made.

16. In connection with making marketing calls, IVT sets up separates daily campaigns for each account.

17. IVT does not separately track the phone calls related to campaigns. IVT only tracks when the phone number is called to determine when it can be called again.

18. IVT obtains data for contact information from data companies, such as Listshop, Market Approach, USA leads, and others.

19. IVT checks the federal do-not call (DNC) registry before dialing any of the numbers.

20. I understand that Michelle Del Valle has filed a suit against RVI based upon calls made by IVT.

21. RVI requested that IVT search for the following phone numbers to see if IVT had called them:
    a. 949-439-8867
    b. 714-325-7358
    c. ▇▇▇▇▇▇▇▇
    d. 949-287-2405
    e. ▇▇▇▇▇▇▇▇
    f. ▇▇▇▇▇▇▇▇

22. After researching IVT phone records, we found that IVT called:
    a. (949) 287-2405 on 12/04/14 at 7:22pm PST.

23. IVT is not able to determine whether this call was related to RVI or another client. Phone numbers are rotated among the various campaigns. At the time of the call, IVT was calling in connection with three timeshare companies, 2 medical plans, and others.

24. IVT has no way to determine if the call would have been related to RVI unless the person called remembers what was said on the phone call. IVT is unable to obtain any report or printout that provides this information. IVT's phone records would not provide this information.

//
//
//
//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

3

25. For calls related to RVI, operators have been told to identify themselves as calling from Sunset Getaways. Once a person agrees to attend a timeshare presentation and are scheduled, they are told the name of the timeshare.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 18, 2016

By: Mary Joy De Arroz

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

4

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) and not a party to the within cause. My business address is 425 California Street, Suite 2025, San Francisco, California, 94104.

On December 19, 2016, I served the attached document(s):

**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION; DECLARATION IN SUPPORT OF OPPOSITION RE: IVT**

On the party(s) to this action by sending a true copy thereof, addressed as follows:

/ X /   (BY ELECTRONIC SERVICE) The documents were served electronically by filing via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| R. Rex Parris, Esq.<br>John Bickford, Esq.<br>Kitty Szeto, Esq.<br>Eric Wilson, Esq.<br>PARRIS LAW FIRM<br>43364 10th Street West<br>Lancaster, CA 93534 | R. Rex Parris, Esq.<br>rrparris@parrislawyers.com<br><br>John Bickford, Esq.<br>jbickford@parrislawyers.com<br><br>Kitty Szeto, Esq.<br>kszeto@parrislawyers.com<br><br>Eric Wilson, Esq.<br>ewilson@parrislawyers.com |

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on December 19, 2016, at San Francisco, California.

_/s/ Chia-Hui Sze_
Chia-Hui Sze

---

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

5