JOSEPH EHRLICH - #84359
MARK R. MEYER - #238231
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:   (415) 956-8400
Facsimile:   (415) 956-2150
Email:       je@losch-ehrlich.com
             mm@losch-ehrlich.com

Attorneys for Defendants
Resort Vacations, Inc.;
Global Exchange Marketing Corp.;
Global Exchange Development Corp.; and
Global Exchange Vacation Club.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRCT OF CALIFORNIA
SOUTHERN DISTRICT

| | |
|---|---|
| MICHELE DEL VALLE,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE VACATION CLUB; RESORT VACATIONS, INC.; GLOBAL VACATIONS MARKETING CORP.; GLOBAL EXCHANGE DEVELOPMENT CORP.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br>8:16-cv-02149-DOC (JCGx)<br><br>**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION;**<br><br>**DECLARATION IN SUPPORT OF OPPOSITION RE: MSI**<br><br>Date:      January 9, 2017<br>Time:      8:30 a.m.<br>Courtroom: 9C<br>Judge:     David O. Carter |

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

1

**DECLARATION**

I, Mark W. Daigle, declare:

1. Except for matters asserted on information and belief, which I am informed and believe to be true, I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. I was the Chief Operating Officer of Marketing Solutions, International ("MSI"). MSI is no longer in business. In my previous position, I was involved in the review and supervision of the operations of the company and, specifically, the clients of the business, the equipment used, and its capabilities to track phone calls. I have personal knowledge of the facts below.

3. MSI was involved in marketing.

4. MSI had contracts with many companies. Most of the contracts have confidentiality clauses, which prevent me from stating the names of the companies.

5. MSI's clients are involved in many industries including, Solar, Timeshare, Medical, and Travel Clubs.

6. MSI was an independent company from its clients. MSI does not share ownership, management, or board members with any of its clients.

7. MSI had a contract with Resort Vacations, Inc. ("RVI") in which MSI was paid if MSI was able to schedule qualified prospective clients for a presentation at one of RVI's sales centers to market membership in the Global Exchange Vacation Club.

8. MSI and RVI have no ownership connection.

9. Through MSI's involvement with many companies, I am familiar with RVI's business and industry. It is sometimes known as "Timeshare" or "Vacation Ownership."

10. Without breaking any non-disclosure agreements, MSI also had contracts with Wyndham, a much larger company in the same "Timeshare" or "Vacation Ownership" industry.

11. Timeshare was only 20% of MSI's business. MSI had contracts with Wyndham, Delta Travel, RVI, Great Destinations, Five Star Resorts, and others. The others have non-disclosure agreements in place.

//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

2

12. Of the calls related to timeshare, RVI made up about 20% of calls.

13. RVI did not provides leads to MSI, RVI did not control or dictate how MSI contacts prospective leads, RVI did not decide what equipment MSI used or how calls were made.

14. In connection with making marketing calls, MSI set up separate daily campaigns for each account.

15. MSI cannot track phone numbers by campaign.

16. Phone numbers were only tracked to determine when it can be called again.

17. MSI purchased phone numbers from "Lead companies."

18. MSI cannot determine a cell phone number from a landline.

19. MSI had a blocking system that does not allow a call to be connected if it is on the federal do-not call (DNC) registry.

20. I understand that someone has filed a suit against RVI based upon calls made by MSI.

21. RVI requested that MSI search for the following phone numbers to see if MSI had called them:
    a. 949-439-8867
    b. 714-325-7358
    c. ▇▇▇▇▇▇▇▇
    d. 949-287-2405
    e. ▇▇▇▇▇▇▇▇
    f. ▇▇▇▇▇▇▇▇

22. After researching MSI phone records, we have found that 2 of the numbers were called by MSI.
    a. (949) 439-8867 was called on 9-30-14
    b. (949) 287-2405 was called on 12-14-14

23. MSI has no way of determining which campaign these calls were made for, including the calls set forth above.

//
//
//
//
//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

3

24. MSI did not use Predictive or auto dialing system we were using Manual dial. We manually dial numbers.

25. I have been told that someone claims our phone system is capable of retrieving this information. But, MSI's phone equipment is not set up to tracked or stores this information. It cannot be retrieved. MSI only tracks the phone number for the purpose of determining when it can be called again.

26. For calls related to RVI, operators have been told to identify themselves as calling from Celebration Vacations. Once a person agrees to attend a timeshare presentation and are scheduled, they are told the name of the timeshare.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/19/2016

By: _____
MARK WILLIAM DAIGLE

Case No. 8:16-cv-02149
Del Valle v. Global Exchange Vacation Club, et al.
Opp. to Mtn. for Class Certification – Dec. re MSI

4

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) and not a party to the within cause. My business address is 425 California Street, Suite 2025, San Francisco, California, 94104.

On December 19, 2016, I served the attached document(s):

**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION; DECLARATION IN SUPPORT OF OPPOSITION RE: MSI**

On the party(s) to this action by sending a true copy thereof, addressed as follows:

/ X /   (BY ELECTRONIC SERVICE) The documents were served electronically by filing via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| R. Rex Parris, Esq.<br>John Bickford, Esq.<br>Kitty Szeto, Esq.<br>Eric Wilson, Esq.<br>PARRIS LAW FIRM<br>43364 10th Street West<br>Lancaster, CA 93534 | R. Rex Parris, Esq.<br>rrparris@parrislawyers.com<br><br>John Bickford, Esq.<br>jbickford@parrislawyers.com<br><br>Kitty Szeto, Esq.<br>kszeto@parrislawyers.com<br><br>Eric Wilson, Esq.<br>ewilson@parrislawyers.com |

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on December 19, 2016, at San Francisco, California.

_/s/ Chia-Hui Sze_
Chia-Hui Sze

---

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

5