R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
    kszeto@ parrislawyers.com
John M. Bickford (SBN 280929)
    jbickford@parrislawyers.com
Eric N. Wilson (SBN 291815)
    ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:(661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCHANGE VACATION CLUB, a California corporation; RESORT VACATIONS, INC., a Nevada corporation; GLOBAL VACATIONS MARKETING CORP., a Nevada corporation, GLOBAL EXCHANGE DEVELOPMENT, CORP., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:16-cv-02149<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S SUPPLEMENTAL APPENDIX OF EVIDENCE**<br><br>Date:        January 9, 2017<br>Time:        8:30 a.m.<br>Courtroom: 9C<br>Judge:       David O. Carter |

# PLAINTIFF'S SUPPLEMENTAL APPENDIX OF EVIDENCE

| 6. | | **Supplemental Declaration of John M. Bickford (Depositions)** | PSA – 01295 |
|---|---|---|---|
| | A. | Deposition Transcript of Richard D. Sargent | PSA – 01299 |
| | B. | Deposition Transcript of Myles Bryson | PSA – 01308 |
| | C. | Deposition Transcript of Michele Del Valle | PSA – 01318 |
| 7. | | **Supplemental Declaration of John M. Bickford (Documents)** | PSA – 01338 |
| | A. | Great Destinations Inc. Declaration | PSA – 01341 |
| | B. | Yelp! Complaints | PSA – 01344 |
| 8. | | **Declaration of Jeffrey A. Hansen in Support of Motion for Class Certification** | PSA – 01349 |
| | A. | Declaration of Mary J. Arroz | PSA – 01352 |
| | B. | Declaration of Mark W. Daigle | PSA – 01358 |

EXHIBIT "6"

R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
    kszeto@ parrislawyers.com
John M. Bickford (SBN 280929)
    jbickford@parrislawyers.com
Eric N. Wilson (SBN 291815)
    ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:(661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EXCHANGE VACATION CLUB, a California corporation; RESORT VACATIONS, INC., a Nevada corporation; GLOBAL VACATIONS MARKETING CORP., a Nevada corporation, GLOBAL EXCHANGE DEVELOPMENT, CORP., a Nevada corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:  8:16-cv-02149 <br><br> **CLASS ACTION** <br><br> **SUPPLEMENTAL DECLARATION OF JOHN M. BICKFORD (DEPOSITIONS)** <br><br> Date:       January 9, 2017 <br> Time:       8:30 a.m. <br> Courtroom: 9C <br> Judge:      David O. Carter |

PA - 01295

### SUPPLEMENTAL DECLARATION OF JOHN M. BICKFORD

I, John M. Bickford, declare as follows:

1.      I am an attorney duly licensed to practice before all courts of the State of California and an associate at the Parris Law Firm, attorneys of record for Plaintiff Michele Del Valle ("Plaintiff") and the putative class.   The facts set forth in this declaration are within my personal knowledge and, if called as a witness, I could and would competently testify as follows:

2.      On April 12, 2016, Plaintiff began the Person(s) Most Knowledge Deposition of GEVC and RVI.  Richard D. Sargent testified on behalf of GEVC and RVI.  Attached hereto as **Exhibit "A"** are true and correct copies of excerpts of Mr. Sargent's deposition.

3.      On April 13, 2016, Plaintiff continued the Person(s) Most Knowledge Deposition of GEVC and RVI.  Myles Bryson testified on behalf of GEVC and RVI. Attached hereto as **Exhibit "B"** are true and correct copies of excerpts of Mr. Bryson's deposition.

4.      On April 14, 2016, Defendant GEVC took the deposition of Plaintiff. Attached hereto as **Exhibit "C"** are true and correct copies of excerpts of Plaintiff's deposition.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

PA - 01296

1    I declare under penalty of perjury under the laws of the United States of America
2    that the foregoing is true and correct.
3    Executed on this 23rd day of December 2016 at Lancaster, California.

John M. Bickford

SUPPLEMENTAL DECLARATION OF JOHN M. BICKFORD (DEPOSITIONS)

PA - 01297

Exhibit "A"

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE


MICHELE DEL VALLE, ON BEHALF      )
OF HERSELF AND ALL OTHERS         )
SIMILARLY SITUATED,               )
                                  )
          PLAINTIFFS,             )
                                  )
     VS.                          ) NO.
                                  ) 30-2014-00745279-CU-MC-CXC
GLOBAL EXCHANGE VACATION CLUB,    )
A CALIFORNIA CORPORATION; AND     )
DOES 1 THROUGH 100, INCLUSIVE,    )
                                  )
          DEFENDANTS.             )
_____)


VIDEOTAPED DEPOSITION OF RICHARD D. SARGENT

TUESDAY, APRIL 12, 2016

9:59 A.M.


REPORTED BY:

VICTORIA K. DAVIS

C.S.R. NO. 4192

1    WHOLE INDUSTRY WENT THROUGH A LITIGATION SPREE WITH THESE

2    INDIVIDUALS, THESE REAL ESTATE AGENTS.

3        A    CORRECT.

4        Q    SO WAS THERE ANY OTHER ENTITY SUING FOR -- NOT

5    SUING.  SELLING TIME MEMBERSHIPS IN GEVC OR WAS IT JUST

6    GLOBAL VACATIONS MARKETING CORP.?  AND I'M LIMITING IT TO

7    JUST TO THAT TIME FRAME WE'RE TALKING ABOUT.

8        A    JUST GLOBAL VACATIONS MARKETING CORP.

9        Q    WHAT WAS YOUR POSITION IN GLOBAL VACATIONS

10   MARKETING CORP.?

11       A    PRESIDENT.

12       Q    WHERE WAS IT LOCATED, HEADQUARTERS?

13       A    IN MISSION VIEJO, CALIFORNIA.

14       Q    WERE THERE OTHER OFF-SITE LOCATIONS?

15       A    YES.

16       Q    WHERE WERE THEY?

17       A    WELL, LOCATIONS COME AND GO.  WE HAD MANY

18   LOCATIONS SO IT DEPENDS ON HOW LONG, IF WE'RE DOING WELL.

19   WE'VE BEEN IN CHICAGO, NAPA, SAN JOSE, ORANGE.  WE'VE

20   BEEN IN SAN DIMAS, WE'VE BEEN IN ONTARIO, WE'VE BEEN IN

21   OKLAHOMA CITY, WE WERE IN CANCUN -- EXCUSE ME, CABO SAN

22   LUCAS, MEXICO.  IT JUST DEPENDS ON, SOMETIMES THEY LAST

23   SIX MONTHS.

24            WE USED TO DO SUBLEASES WHEN WE WERE VERY, VERY

25   SMALL.  WE COULDN'T DO A FIVE-YEAR LEASE.  NOT ONLY DID

15

PA - 01300

1    WE NOT QUALIFY BUT WE DIDN'T WANT TO TAKE THAT RISK.

2        Q    SO THE CENTRAL OFFICE OF GLOBAL VACATIONS

3    MARKETING CORP. WAS IN MISSION VIEJO?

4        A    CORRECT.

5        Q    BUT IT WOULD LEASE FOR A VARYING AMOUNT OF TIME

6    OTHER OFF-SITE LOCATIONS TO PROVIDE THE TOURS?

7        A    NO, TO PROVIDE THE SALES LOCATION TO GENERATE

8    THE TOURS TO.

9        Q    SO I THINK I DON'T UNDERSTAND THE DIFFERENCE

10   BETWEEN THE SALES LOCATION AND THE TOURS.  IF YOU COULD

11   DESCRIBE THE DIFFERENCE FOR ME.

12       A    WELL, A TOUR IS A CUSTOMER.  SO THE CUSTOMER HAS

13   TO HAVE SOMEWHERE TO GO.  SO THE SALES CENTERS OR SALES

14   GALLERIES ARE WHERE SALES TOOK PLACE.  THE TOUR WOULD

15   COME THERE FOR SCHEDULED TOUR TIMES.  WE NORMALLY OPERATE

16   THURSDAY THROUGH SUNDAY EVERY TWO HOURS, YOU KNOW, 4:00,

17   6:00 AND 8:00 ON A WEEKDAY, 2:00, 4:00, 6:00 OR 10:00,

18   12:00, 2:00 AND 4:00 ON A WEEKEND AND WE'D SCHEDULE

19   CLIENTS TO COME IN AT THOSE TIMES.

20       Q    SO WHEN YOU USE THE WORD TOUR, WE'RE REFERRING

21   TO INDIVIDUALS COMING TO HEAR THE SALES.

22       A    A CONSUMER, YES, A CLIENT.

23       Q    NOT A TOUR OF PHYSICAL PROPERTY, IT'S A LITTLE

24   DIFFERENT.

25       A    NO, JUST THE CLIENT WHO COMES IN.

                                                        16

PA - 01301

DEPOSITION OF RICHARD D. SARGENT

1   BREAK.  IF NOT, WE'LL OPEN ANOTHER SUBJECT THAT WILL TAKE

2   ANOTHER HOUR.

3           MR. EHRLICH:  THAT'S FINE.

4           THE VIDEOGRAPHER:  WE ARE NOW GOING OFF THE

5   RECORD, THE TIME IS 11:57 A.M.

6           (LUNCH RECESS.)

7           THE VIDEOGRAPHER:  WE ARE NOW BACK ON THE

8   RECORD, THE TIME IS 12:47 P.M.

9       Q   BY MR. BICKFORD:  WHERE ARE THE SALES CENTERS

10  FOR RVI?  PHYSICAL LOCATION.

11      A   CURRENTLY?

12      Q   CURRENTLY.

13      A   ENCINO, NEWPORT BEACH AND ONTARIO.

14      Q   DO YOU HAVE THE ADDRESSES?

15      A   NO.

16      Q   ARE THERE ADDITIONAL SALES CENTERS OPERATING

17  UNDER THE NAME TRAVEL MEDIA?

18      A   NO.

19      Q   ANY ADDITIONAL SALES CENTERS OPERATING UNDER THE

20  NAME SUNSET GETAWAYS?

21      A   NO.

22      Q   WHERE IS THE LOCATION OF RVI'S TELEMARKETING

23  CENTERS?

24      A   WE HAVE A TELEMARKETING CENTER IN SANTA ANA,

25  IRVINE AND ARIZONA.  PHOENIX, I BELIEVE.

80

PA - 01302

1    EXHIBIT 18 WHICH IS BATES STAMPED DEL VALLE 712 THROUGH

2    726.  IT IS THE PHONE RECORDS OF THE PLAINTIFF, MICHELE

3    DEL VALLE, FROM THE DATE OF SEPTEMBER 21ST, 2014 TO

4    OCTOBER 20TH, 2014.

5             THE WITNESS:  OKAY.

6        Q    BY MR. BICKFORD:  EARLIER YOU TESTIFIED THAT RVI

7    DOES NOT PROVIDE ITS LEADS TO MARKETING SOLUTIONS

8    INTERNATIONAL; IS THAT CORRECT?

9        A    ABSOLUTELY.

10       Q    YOU ALSO TESTIFIED THAT RVI DOES NOT PROVIDE ITS

11   LEADS TO INTERVOICE TECHNOLOGIES; IS THAT CORRECT?

12       A    THAT IS CORRECT.

13       Q    ON PAGE 718.

14       A    OKAY.

15       Q    YOU'LL SEE I'VE HIGHLIGHTED IT TO MAKE IT CLEAR.

16       A    RIGHT.

17       Q    7:02, A CALL CAME IN, ACTUALLY ON CALL WAITING,

18   APPEARS TO BE, IF I'M READING THIS CORRECTLY, FROM A

19   NUMBER 949-200-5342.

20       A    OKAY.

21       Q    DOES THAT NUMBER APPEAR ON THE NUMBERS LISTED IN

22   DISCOVERY RESPONSE NINE FOR THOSE ASSOCIATED WITH

23   MARKETING SOLUTIONS INTERNATIONAL?

24       A    THAT'S THESE SIX NUMBERS, YES, LINE 27.

25       Q    THAT WOULD INDICATE THAT MARKETING SOLUTIONS

                                                          164

DEPOSITION OF RICHARD D. SARGENT

1    INTERNATIONAL CALLED HER NUMBER; IS THAT CORRECT?

2        A    THAT WOULD BE CORRECT.

3        Q    AND I'LL ALSO NOTE THAT BASED UPON THIS NUMBER,

4    THIS IS THE 949-439-8867 NUMBER.

5        A    OKAY.

6        Q    DO YOU AGREE THAT I'M READING THIS CORRECTLY TO

7    YOUR KNOWLEDGE OF READING PHONE RECORDS?

8        A    YES, IT APPEARS THAT THAT'S THE PHONE NUMBER.

9        Q    SO MARKETING SOLUTIONS, BASED ON YOUR

10   UNDERSTANDING READING THIS, MARKETING SOLUTIONS

11   INTERNATIONAL DID CALL HER; IS THAT CORRECT?

12       A    YES.

13       Q    DO YOU HAVE ANY IDEA HOW MARKETING SOLUTIONS

14   INTERNATIONAL OBTAINED THAT PHONE NUMBER?

15       A    I HAVE NO IDEA.

16            MR. EHRLICH:  I JUST WANT TO OBJECT, I BELIEVE

17   THAT'S ANOTHER TOPIC THAT MILES IS PROBABLY BETTER AT

18   ANSWERING.

19            MR. BICKFORD:  I KNOW, AND PROBABLY REPEAT THE

20   SAME QUESTIONS WITH HIM TOMORROW.

21       Q    BY MR. BICKFORD:  TO YOUR KNOWLEDGE, DO YOU HAVE

22   ANY IDEA IF MARKETING SOLUTIONS INTERNATIONAL GOT PRIOR

23   EXPRESS CONSENT TO CALL THAT NUMBER?

24       A    I HAVE NO IDEA.  I DON'T KNOW.

25       Q    WHAT IS IT YOU'RE LOOKING FOR?

                                                    165

DALENE COURT REPORTING  661.341.3929

PA - 01304

0190

1   STATE OF CALIFORNIA.              )

2                                    )   SS.

3   COUNTY OF LOS ANGELES            )

4

5

6

7

8

9           I, THE UNDERSIGNED, CONFIRM THAT I HAVE READ THE

10  FOREGOING DEPOSITION, AND I DECLARE, UNDER PENALTY OF

11  PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT

12  TRANSCRIPT OF MY TESTIMONY CONTAINED THEREIN.

13

14          EXECUTED THIS *27th* DAY OF *May*, 2016, AT

15  *San Juan Capistrano*, CALIFORNIA.

16

17

18

19

20          RICHARD D. SARGENT

21

22

23

24

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA   )
                      ) SS.
COUNTY OF LOS ANGELES )

      I, VICTORIA K. DAVIS, CERTIFIED SHORTHAND REPORTER

NO. 4192, AUTHORIZED TO ADMINISTER OATHS PURSUANT TO THE

CALIFORNIA CODE OF CIVIL PROCEDURE, DO HEREBY CERTIFY:

      THAT, PRIOR TO BEING EXAMINED, THE WITNESS NAMED IN

THE FOREGOING DEPOSITION, TO WIT, RICHARD D. SARGENT, WAS

BY ME DULY SWORN TO TESTIFY THE TRUTH, THE WHOLE TRUTH,

AND NOTHING BUT THE TRUTH;

      THAT THE DEPOSITION OF THE WITNESS IN THIS PROCEEDING

WAS TAKEN DOWN BY ME IN STENOTYPE AT THE TIME AND PLACE

THEREIN NAMED AND THEREAFTER TRANSCRIBED BY

COMPUTER-AIDED TRANSCRIPTION UNDER MY DIRECTION.

      THE DISMANTLING OF THIS ORIGINAL TRANSCRIPT WILL VOID

THE REPORTER'S CERTIFICATE.

      I FURTHER CERTIFY THAT I AM NOT INTERESTED IN THE

EVENT OF THE ACTION.

      WITNESS MY HAND THIS 18th DAY OF

_____ , 2016.


                              VICTORIA K. DAVIS
                              STATE OF CALIFORNIA
                              C.S.R. NO. 4192

191

PA - 01306

EXHIBIT "B"

PA - 01307

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE


| | |
|---|---|
| MICHELE DEL VALLE, an individual, for herself and all members of the putative class, | ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.30-2014- ) 00745279-CU-MC-CXC |
| GLOBAL EXCHANGE VACATION CLUB, a California Corporation, and DOES 1 THROUGH 100, inclusive, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |


DEPOSITION OF MYLES BRYSON

Wednesday, April 13, 2016

Los Angeles, California


REPORTED BY:

JULIA A. DOUVILLE
CSR 9446 (Pages 1-133)

-and-

LEESA DURRANT
CSR 11899 (Pages 134-252)

1

PA - 01308

DEPOSITION OF MYLES BRYSON

```
 1       Q      So in this case, what would that stand for?

 2       A      October.

 3       Q      October.  Okay.  Because ten is October?

 4       A      I believe so.

 5       Q      Then what's the six and the three?

 6       A      I don't know.  It may be nothing.  There's a

 7  source code as well that's inside here that would just

 8  identify the venue.

 9       Q      Okay.  Then next to that is -- what else do

10  you know?

11       A      Twenty-seven, I believe, is the date that the

12  event took place on, either the 27th or the 24th.

13       Q      Okay.

14       A      Then from there, the other letter down to the

15  NB is where we would say that the data is to the closest

16  showroom.  That would be Newport Beach, NB would be

17  Newport Beach.

18       Q      Oh, so the closest sales center, Newport

19  Beach?

20       A      Correct.

21       Q      Okay.  What's RVI's current sales locations?

22       A      Newport Beach, Encino and Ontario.

23       Q      How long has the Newport Beach sales center

24  been open?  You can do month and year, year, whatever

25  you've got.
```

                                                            141

PA - 01309

DEPOSITION OF MYLES BRYSON

1    A    I think it's close to a year, I think.

2    Q    What about the Encino location?

3    A    A little bit longer than a year.

4    Q    Ontario?

5    A    A very new -- probably somewhere right around

6    July.

7    Q    So this lead was generated -- well, let's

8    claim this.  I believe that in one of your discovery

9    responses you said Del Valle signed up sometime in 2014.

10   It also says "Newport Beach" here.

11         Was there another Newport Beach location?

12   A    No.  I may have the date wrong when Newport

13   opened.  I apologize.  I don't have the dates.

14   Q    Since September 2010, have there been other

15   sales locations?

16   A    Since September -- well, Ontario was new.  So

17   San Dimas was there before that and Long Beach was prior

18   to that.

19   Q    Any others?

20   A    I don't believe so.

21   Q    How long was San Dimas opened for?

22   A    A long time.  I don't know the exact dates.

23   Before I arrived.

24   Q    But while you were there as well?

25   A    Correct.

                                                      142

DEPOSITION OF MYLES BRYSON

1       Q    Okay.  Do you know why they moved or closed

2  down?

3       A    Just the showroom -- I think the lease was

4  expiring and it was time to get to a new location.  They

5  had been there a long time.

6       Q    What about Long Beach, do you know

7  approximately when?

8       A    It was a temporary location.  It had bad

9  internet service and things.  We just couldn't function

10  properly.

11      Q    Let's go back to talking about the

12  telemarketers under the old Polycom phones.

13      A    Okay.

14      Q    So they would take these lead lists, Exhibit

15  7, and they would call them; right?

16      A    Correct.

17      Q    When they were done, what would they do?  Go

18  back for more?

19      A    Correct.

20      Q    Okay.  Exhibit 8 which is Bates stamped RVI 14

21  through 16.

22           (Whereupon Plaintiffs' Exhibit 8 was marked

23      for identification by the Court Reporter.)

24  BY MR. BICKFORD:

25      Q    What are we looking at here?

143

PA - 01311

DEPOSITION OF MYLES BRYSON

1      Q     All right.  Okay.  This is Exhibit 41.

2            (Whereupon Plaintiffs' Exhibit 41 was marked

3      for identification by the Court Reporter.)

4   BY MR. BICKFORD:

5      Q     Keep 40 in front of you.

6      A     Okay.

7      Q     And Exhibit 41 is Bates stamped Del Valle 712

8   through 726.  It is the plaintiff's AT&T phone records

9   for the period of September 21st, 2014 through October

10  20th, 2014.

11           If you will flip to Del Valle 000718.

12     A     Okay.

13     Q     Do you see I have highlighted it to make it

14  easy?

15     A     Uh-huh.

16     Q     You'll see that on Tuesday, September 30th,

17  2014, plaintiff, Michelle Del Valle at 7:02 p.m.

18  received a call and it went to her call waiting from a

19  number (949) 200-5342?  Do you see that?

20     A     Yes.

21     Q     And is that one of the numbers listed that MSI

22  uses?

23     A     Yes.

24     Q     And where is that?

25     A     No. 27.

                                                        227

DEPOSITION OF MYLES BRYSON

1      Q      Line 27.  So based on this, it appears that

2   MSI made a call to plaintiff, Michelle Del Valle on

3   September 30th at 7:02 p.m.?

4      A      It would appear.

5      Q      And I will also note that the plaintiff had

6   multiple cell phones during this time period and this

7   was to her (949) 439-8867 number.  Do you see that?

8      A      Yes.

9      Q      If you'll go into Exhibit 41 that's the same

10  number that Michelle Del Valle purportedly provided to

11  RVI at one of the touch screen -- at the Gordon

12  Lightfoot concert?

13     A      Correct.

14     Q      Yet RVI did not provide that number to

15  Marketing Solutions International?

16     A      Correct.

17     Q      Does RVI know why Marketing Solutions

18  International called Michelle Del Valle on September

19  30th at 7:02?

20     A      No.  Done with 41?

21     Q      Leave the numbers in front of you.

22     A      Forty-one?

23     Q      You can put that aside.  Okay.  This is

24  Exhibit 42 which is Del Valle 762 through 779, the

25  plaintiff, Michelle Del Valle's AT&T phone records for

228

PA - 01313

251

1     STATE OF CALIFORNIA          )

2                                  )   SS.

3     COUNTY OF LOS ANGELES        )

4

5          I, the undersigned, hereby certify under

6     Penalty of perjury under the laws of the State of

7     California that the foregoing testimony is true and

8     correct.

9          Executed this ___26___ day of

10    __May___, 20_16_ at __Irvine__,

11    California.

12    _____

13                    MYLES BRYSON

14

15

16

17

18

19

20

21

22

23

24

25

PA - 01314

```
 1     STATE OF CALIFORNIA        )

 2                                 )  SS:

 3     COUNTY OF LOS ANGELES       )

 4

 5          I, JULIA A. DOUVILLE, CSR No. 9446, do hereby

 6     certify:

 7          That the foregoing deposition was taken before me

 8     at the time and place herein set forth, at which time

 9     the witness was placed under oath by me;

10          That the testimony of the witness and all

11     objections made at the time of the examination were

12     recorded stenographically by me and were thereafter

13     transcribed under my direction and supervision and that

14     the foregoing is a true record of same.

15          I further certify that I am neither counsel for

16     nor related to any party to said action, nor in anywise

17     interested in the outcome thereof.

18          IN WITNESS WHEREOF, I have subscribed my name this

19     25th day of April, 2016.

20

21

22          _____

23          JULIA A. DOUVILLE, CSR NO. 9446

24

25
```

1    STATE OF CALIFORNIA         )
                                  )  SS.
2    COUNTY OF LOS ANGELES        )

3

4         I, LEESA DURRANT, C.S.R. NO. 11899, RPR, in and

5    for the State of California, do hereby certify:

6         That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify to the truth, the whole truth, and nothing but

9    the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter transcribed under my direction, and the same

13   is a true, correct, and complete transcript of said

14   proceedings;

15        That if the foregoing pertains to the original

16   transcript of a deposition in a Federal Case, before

17   completion of the proceedings, review of the transcript

18   (  ) was (  ) was not required.

19        I further certify that I am not interested in the

20   event of the action.

21        Witness my hand this 27 day of April, 2016.

22

23   _____

24   LEESA DURRANT, C.S.R. NO. 11899, RPR

25

EXHIBIT "C"

PA - 01317

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE


```
                              )
MICHELE DEL VALLE, ON BEHALF OF )
HERSELF AND ALL OTHERS SIMILARLY)
SITUATED,                      )
                              )
              PLAINTIFFS,     )   CASE NO.
                              )   30-2014-00745279-
    VS.                       )   CU-MC-CXC
                              )
GLOBAL EXCHANGE VACATION CLUB, A)
CALIFORNIA CORPORATION; AND DOES)
1 THROUGH 100, INCLUSIVE,      )
                              )
              DEFENDANTS.     )
_____)
```

DEPOSITION OF MICHELE DEL VALLE

THURSDAY, APRIL 14, 2016


REPORTED BY:
CLAUDIA BADANO, CSR 8974

1

PA - 01318

DEPOSITION OF MICHELE DEL VALLE

1      A.   HE KNEW IT.

2      Q.   DO YOU HAVE THE SAME ZIP CODE?

3      A.   YES.

4      Q.   THE NEXT PAGE, RVI 13, ASKS FOR YOUR TICKET

5   NUMBER AND YOUR E-MAIL ADDRESS.  DO YOU RECALL WHETHER

6   OR NOT -- DO YOU RECALL THAT BEING FILLED OUT?

7      A.   I DON'T REMEMBER.  I -- YEAH.  I DON'T

8   REMEMBER.

9      Q.   DID YOUR BROTHER KNOW YOUR E-MAIL ADDRESS?

10      A.   NO.  HE WOULDN'T KNOW IT.

11      Q.   SO YOU HAD TO GIVE HIM THAT INFORMATION?

12      A.   RIGHT.

13      Q.   OKAY.  OTHER THAN AT THE GROVE -- I MAY HAVE

14   ASKED THIS EARLIER TODAY.  I APOLOGIZE.

15          OTHER THAN AT THE GROVE, DO YOU EVER RECALL

16   EVER FILLING OUT A SIMILAR TYPE OF SCREEN SHOT ENTRY

17   OR -- TO ENTER OR TO GIVE SOMEONE PERMISSION TO CALL

18   YOU, ANYTHING LIKE THAT BEFORE?

19      A.   I DON'T --

20          MR. BICKFORD:  VAGUE AS TO TIME.

21          MR. EHRLICH:  I THOUGHT I SAID EVER.

22          THE WITNESS:  OH, I DON'T REMEMBER EVER.

23   BY MR. EHRLICH:

24      Q.   WHEN YOU SAY YOU DON'T REMEMBER, YOU MAY HAVE

25   DONE IT OR YOU DON'T REMEMBER DOING IT OR DO YOU MEAN I

                                                        28

PA - 01319

1    NEVER REALLY DID THAT BEFORE?

2        A.   YOU KNOW, I WOULD REMEMBER THIS, AND I THINK

3    THAT'S THE ONLY ONE I REMEMBER BECAUSE OF THE

4    TECHNOLOGY OF IT.

5        Q.   THE OTHER CASE THAT YOU HAD THAT YOU RESOLVED,

6    TO THE BEST OF YOUR KNOWLEDGE, YOU WERE NOT CALLED

7    BECAUSE YOU FILLED OUT A SCREEN SHOT SUCH AS THIS?

8        A.   NO.

9            MR. EHRLICH:  LET'S MARK THIS NUMBER 2.  I

10   HAVE ONLY ONE MORE COPY BUT IT WAS SIX FROM YESTERDAY.

11           MR. BICKFORD:  I KNOW WHAT IT IS.

12           (DEFENDANTS' EXHIBIT 2 WAS MARKED FOR

13           IDENTIFICATION AND ATTACHED TO AND

14           MADE A PART OF THIS DEPOSITION.)

15   BY MR. EHRLICH:

16       Q.   SHOWING YOU WHAT'S BEEN MARKED --

17           MR. BICKFORD:  LOOK AT IT REAL QUICK.

18   BY MR. EHRLICH:

19       Q.   -- NUMBER 2, I WILL ASK YOU TO TAKE A SECOND

20   TO LOOK AT IT.  I WILL DIRECT YOUR ATTENTION, THOUGH,

21   TO THE FOURTH PAGE AT THE VERY BOTTOM, IT SAYS RVI 4,

22   THE WORDS "REDACTED" ARE ON IT.  IF YOU LOOK DOWN,

23   YOU'LL SEE YOUR LAST NAME, "DEL VALLE."

24       A.   OH, YES.

25       Q.   ON THIS IT HAS YOUR NAME.

                                                        29

```
1   HAVE MADE CALLS TO THE COMPANY.

2       Q.   OKAY.  AND THAT'S WHAT I'M GOING TO GET INTO

3   IN A SECOND.

4       A.   OKAY.

5       Q.   AND, AGAIN, YOU WERE NOT CHARGED FOR THAT

6   CALL?

7       A.   NO.

8       Q.   WHEN I SAY "CHARGED," I MEAN ANYTHING EXTRA.

9       A.   RIGHT.

10      Q.   SO THE CALLS THAT ARE THE BASIS FOR YOUR

11  COMPLAINT -- YOUR CLAIM IN THIS CASE -- IN YOUR MIND

12  WHATEVER YOU CAN RECOLLECT, CAN YOU GIVE ME THE

13  SEQUENCE OF WHAT OCCURRED?  IN OTHER WORDS, DID SOMEONE

14  CALL AND LEAVE A MESSAGE?  DID SOMEONE TRY TO CALL YOU?

15  DID YOU GET A CALL?  DID YOU CALL SOMEONE BACK?  THAT'S

16  WHAT I'M TRYING TO ASCERTAIN.

17      A.   OKAY.  SO YOU WANT ME TO DESCRIBE WHAT -- WITH

18  THIS COMPANY.

19      Q.   AS BEST YOU CAN RECALL WHAT HAPPENED.

20      A.   OKAY.  I DID GET A CALL.  I SPOKE WITH

21  SOMEBODY.  THEN AFTER THE -- I DID GO SEE THE

22  PRESENTATION.  AND THEN AFTER THE PRESENTATION WAS

23  FINISHED, WITHIN I THINK A DAY OR TWO DAYS I WAS

24  GETTING CALLS AGAIN.  THEY ASKED ME TO GIVE THEM

25  NUMBERS OF FRIENDS OR FAMILY.  I SAID NO.  THEY KEPT
```

38

1   CALLING.

2        AND THEN I DON'T -- THERE CAME A TIME WHERE I

3   WAS SO FRUSTRATED THAT I DID SOME RESEARCH TO TRY AND

4   FIND A COMPANY -- WHAT I REMEMBER IS ASKING THE PEOPLE

5   WHERE ARE YOU CALLING FROM.

6        Q.   OKAY.

7        A.   AND THEN THEY WOULD -- I DON'T REMEMBER IF

8   THEY TOLD ME, BUT SINCE THEY ALL HAD A FILIPINO ACCENT,

9   I KNEW THEY WERE FROM THE PHILIPPINES, SO I FINALLY

10  DECIDED THAT I WAS GOING TO DO SOME RESEARCH AND TRY

11  AND FIND THE COMPANY IN THE UNITED STATES.

12       I BELIEVE I DID RESEARCH ON THE INTERNET,

13  FINALLY CAME WITH A NUMBER THAT WAS LOCATED IN IRVINE.

14  AND I CALLED.  I ASKED FOR A SUPERVISOR.  I SPOKE WITH

15  A SUPERVISOR AND I TOLD HIM HOW FRUSTRATED I WAS THAT

16  THEIR COMPANY KEPT CALLING ME.  I ASKED THEM TO STOP

17  CALLING ME, AND I WANT MY NUMBER TAKEN OFF OF THEIR

18  CALL LIST.

19       AND HE ACTUALLY SAID HE WAS VERY SORRY.  HE

20  WOULD -- THAT HE WOULD GET AHOLD OF WHOEVER IS CALLING

21  AND HAVE MY PHONE NUMBER TAKEN OFF.

22       Q.   DID THE CALLS STOP?

23       A.   NO.

24       Q.   APPROXIMATELY HOW MANY MORE CALLS DID YOU GET?

25       A.   I CAN'T TELL YOU HOW MANY MORE, BUT I --

39

1    Q.   APPROXIMATELY.

2    A.   I COULDN'T GIVE YOU A NUMBER.

3    Q.   OKAY.

4    A.   HONESTLY.   YEAH, I COULDN'T GIVE YOU A NUMBER.

5  IT JUST -- THE VOLUME OF IT DIDN'T STOP.

6    Q.   OKAY.

7    A.   AND THEN I CALLED THE COMPANY AGAIN.

8    Q.   OKAY.

9    A.   I CALLED THE IRVINE COMPANY AGAIN.   GOT A

10  DIFFERENT SUPERVISOR.   ADVISED HIM AGAIN, AND HE ALSO

11  GAVE ME THE SAME STORY.   AND THE CALLS DIDN'T STOP.

12    Q.   SO THE CALLS YOU WERE GETTING ARE MORE THAN

13  THE CALLS YOU'VE SEEN SO FAR RIGHT HERE?

14    A.   YEAH.   WHAT I REMEMBER, YEAH.   I DO REMEMBER

15  MORE.

16    Q.   APPROXIMATELY IN TOTAL, WERE THERE MORE THAN

17  TEN CALLS?

18    A.   OVER THE WHOLE COURSE OF TIME?

19    Q.   YES.

20    A.   OH, GOSH, YES.

21    Q.   MORE THAN 20?

22    A.   I COULDN'T GIVE YOU -- OVER TEN I COULD SAY

23  YES.   BUT OVER ANOTHER NUMBER I CAN'T TELL YOU.

24    Q.   ALL ON THE SAME PHONE NUMBER?

25    A.   YOU KNOW, THAT I COULDN'T REMEMBER.   I

                                                          40

1    HONESTLY COULDN'T REMEMBER.

2        Q.    DO YOU KNOW THE NAME OF THE COMPANY THAT YOU

3    WENT TO WHEN YOU ATTENDED THE PRESENTATION?

4        A.    ISN'T IT GLOBAL -- GLOBAL, SOMETHING,

5    EXCHANGE.  I KNOW IT WAS A TIMESHARE.

6        Q.    OKAY.

7        A.    VACATION TIMESHARE.

8        Q.    AND WHERE WAS IT?

9        A.    I WENT TO ONTARIO.

10       Q.    DO YOU REMEMBER THE DATE YOU WENT?

11       A.    NO.

12       Q.    APPROXIMATELY MONTH?

13       A.    NO.

14       Q.    DID YOU GET A GIFT FOR ATTENDING?

15       A.    I DID.

16       Q.    DO YOU RECALL WHAT YOU RECEIVED?

17       A.    I RECEIVED A GIFT CERTIFICATE FOR

18   RESTAURANT.COM AND A VOUCHER FOR A FREE TRAVEL

19   SOMEWHERE.

20       Q.    DID YOU USE THE RESTAURANT.COM CERTIFICATE?

21       A.    I USED SOME OF IT.

22       Q.    OKAY.  DO YOU RECALL WHAT IT ENTAILED?

23       A.    I BELIEVE IT WAS GOING ON THE WEBSITE, I

24   THINK, AND CHOOSING A RESTAURANT AND THAT WAS IT.  AND

25   THEN JUST GETTING A COUPON TO GO INTO THAT RESTAURANT.

41

PA - 01324

1      Q.   TO GET EITHER A FREE MEAL OR A DISCOUNT OR

2   SOMETHING LIKE THAT?

3      A.   RIGHT, YES.

4      Q.   AND HOW ABOUT THE TRAVEL CERTIFICATE, DO YOU

5   RECALL WHAT THAT ENTITLED YOU TO?

6      A.   I THINK IT WAS TO VEGAS OR SAN FRANCISCO.  I

7   DON'T KNOW WHAT THE WHOLE THING ENTITLED -- IT ALL

8   INCLUDED OR ANYTHING BECAUSE I NEVER USED IT.

9      Q.   WHEN YOU CALLED TWICE TO THE COMPANY TO STOP

10  THE CALLS, DO YOU RECALL ANY NAMES OF ANYONE YOU SPOKE

11  TO?

12     A.   I WISH I DID, BUT I DON'T.

13     Q.   LET'S JUST GO BACK TO EXHIBIT 4 FOR A SECOND.

14  THERE ARE A COUPLE MORE NUMBERS ON HERE OR ANOTHER

15  NUMBER THAT I ALSO WANT TO CHECK.  SO ON 10:54 -- LET'S

16  GO TO 766, I'M SORRY.  LET'S GO TO PAGE 766.

17     A.   OKAY.

18     Q.   ON DECEMBER 17 AT 10:54, THERE'S A CALL TO

19  ORANGE COUNTY, (714) 912-6964.  IT LOOKS LIKE ONE

20  MINUTE.  WHEN YOU CALLED -- YOU DON'T RECOLLECT WHAT

21  THAT CALL WAS ALL ABOUT?

22     A.   I DON'T.

23     Q.   OKAY.  WHEN YOU CALLED TO -- STRIKE THAT.

24          PRIOR TO GOING TO THE PRESENTATION, DO YOU

25  RECALL WHETHER OR NOT YOU EVER CALLED ANYONE TO CONFIRM

42

PA - 01325

DEPOSITION OF MICHELE DEL VALLE

1    Q.   OKAY.  PRIOR TO ATTENDING THE TIMESHARE

2  PRESENTATION, DID THE TIMESHARE COMPANY MAIL YOU

3  ANYTHING?

4    A.   I DON'T THINK SO.

5    Q.   PRIOR TO ATTENDING THE PRESENTATION, DID THE

6  TIMESHARE COMPANY E-MAIL YOU ANY INFORMATION?

7    A.   I DON'T REMEMBER ON THAT.

8    Q.   IF THEY DID, WOULD YOU STILL HAVE IT?

9    A.   PROBABLY NOT.

10   Q.   YOU PROBABLY WOULD HAVE COMPLETED IT?

11   A.   PROBABLY.  I THINK MY E-MAILS ONLY STAY FOR SO

12  LONG.

13   Q.   OKAY.  IF YOU CAN RECALL, PRIOR TO ATTENDING

14  THE PRESENTATION -- AND, AGAIN, I ASKED THIS BEFORE BUT

15  THIS IS A LITTLE MORE DETAIL -- DID ANYONE CALL YOU TO

16  CONFIRM YOUR AGE, YOUR INCOME, ANYTHING OF THAT NATURE?

17   A.   I DON'T.

18   Q.   YOUR ADDRESS?

19   A.   I DON'T REMEMBER THAT EVER HAPPENING.  FROM

20  WHAT I CAN REMEMBER, CALLING -- THE PERSON WHO CALLED

21  ME AND I SET UP THE TIME I BELIEVE WAS A VERY SHORT

22  TIME SPAN FROM ME GOING TO IT, SO THAT'S ALL I CAN

23  REMEMBER.

24   Q.   ON THAT CALL WHEN IT WAS SET UP, THAT WAS ONE

25  OF THESE -- WAS THAT PERSON FILIPINO THAT CALLED YOU?

45

PA - 01326

1      A.   YES.

2      Q.   AND THEY HAD TO TELL YOU WHERE TO GO AND WHAT

3  TIME TO GO; CORRECT?

4      A.   RIGHT.

5      Q.   AND AS YOU SIT HERE TODAY, YOU DON'T RECALL

6  WHETHER THEY E-MAILED YOU OR THEY MAILED YOU ANY

7  INFORMATION PRIOR TO YOU ATTENDING?

8      A.   I DON'T RECALL, NO.

9      Q.   OKAY.  WHEN YOU SAY YOU DON'T RECALL, YOU

10  DON'T REMEMBER THAT HAPPENING OR YOU DON'T REMEMBER IF

11  IT DID ONE WAY OR THE OTHER?

12     A.   YEAH, I DON'T REMEMBER IF IT DID ONE WAY OR

13  THE OTHER.

14     Q.   AT THAT TIME, DID YOU WRITE SOMETHING DOWN TO

15  REMIND YOU OR IN YOUR APPOINTMENT BOOK OR YOUR CALENDAR

16  OR ANYTHING LIKE THAT TO TELL YOU WHERE TO GO WHEN?

17     A.   I'M SURE I WROTE SOMETHING DOWN, BUT IT

18  PROBABLY WAS ON A PIECE OF PAPER THAT I TOOK WITH ME

19  WITH DIRECTIONS.

20     Q.   OKAY.

21     A.   THAT'S THE ONLY THING I CAN THINK OF.

22     Q.   WHEN YOU ATTENDED THE TIMESHARE PRESENTATION,

23  DO YOU RECALL WHAT COMPANY THEY WERE SELLING THE

24  TIMESHARE FOR OR THE NAME OF THE TIMESHARE, ANYTHING

25  LIKE THAT?

                                                          46

DEPOSITION OF MICHELE DEL VALLE

1      A.   I KNOW IT HAD GLOBAL IN IT, THE GLOBAL -- ALL

2  I CAN REMEMBER IS THE TWO WORDS GLOBAL AND EXCHANGE.

3      Q.   OKAY.  GLOBAL EXCHANGE?

4      A.   SOMETHING LIKE THAT.  I ONLY REMEMBER THE TWO

5  WORDS.

6      Q.   YOU EARLIER TESTIFIED THAT YOU ATTENDED A

7  PRESENTATION AND THEN A DAY OR TWO LATER YOU STARTED

8  GETTING CALLS AGAIN.

9      A.   YES.

10     Q.   PRIOR TO ATTENDING THE PRESENTATION, WERE YOU

11  GETTING REGULAR CALLS?

12     A.   FROM --

13     Q.   FROM SOMEONE WITH A FILIPINO ACCENT?

14     A.   NO.

15     Q.   PRIOR TO ATTENDING THE PRESENTATION,

16  APPROXIMATELY HOW MANY CALLS THAT YOU ANSWERED AND

17  SPOKE TO?  WAS IT ONLY THAT ONE CALL WITH THE GENTLEMAN

18  WITH THE FILIPINO ACCENT?

19     A.   NO.

20     Q.   APPROXIMATELY HOW MANY CALLS?

21     A.   I DON'T REMEMBER HOW MANY CALLS, BUT WHAT I DO

22  REMEMBER IS I GAVE IN TO GOING TO THE PRESENTATION SO

23  HE WOULD STOP CALLING.

24     Q.   OKAY.  SO HE HAD CALLED YOU -- SOMEONE HAD

25  CALLED YOU A NUMBER OF TIMES?

                                                        47

PA - 01328

1      A.   YES.

2      Q.   AND THEN I HAVE HERE A DAY OR TWO LATER GOT

3   CALLS AGAIN.

4      A.   YES.

5      Q.   AND HOW OFTEN WERE THESE CALLS?

6      A.   I COULDN'T -- I COULDN'T GIVE YOU --

7      Q.   MORE THAN ONE A DAY?

8      A.   YES.  AND FROM WHAT I REMEMBER, THERE WERE

9   DIFFERENT NUMBERS THAT THEY WERE USING.  SOMETIMES THEY

10  WERE 949 NUMBERS, AND OF COURSE I WOULD PICK THOSE UP

11  BECAUSE IT WAS LOCAL.  THAT WAS MY AREA CODE.

12     Q.   RIGHT.

13     A.   SOMETIMES THERE WERE PRIVATE NUMBERS AND THEN

14  THE WEIRD NUMBERS.  BUT I THINK -- I THINK I STOPPED

15  TRYING TO ANSWER THOSE WEIRD NUMBERS, AND THEN THAT'S

16  WHEN I STARTED GETTING THE 949 NUMBERS.

17     Q.   WHEN YOU SAY "WEIRD NUMBERS," DOES THAT MEAN

18  AREA CODES YOU DIDN'T RECOGNIZE?

19     A.   YES.  YEAH.

20     Q.   AFTER YOU ATTENDED THE PRESENTATION AND YOU

21  STARTED GETTING CALLS AGAIN, WERE THEY TRYING TO GET

22  YOU TO ATTEND THE PRESENTATION OR WERE THEY ONLY ASKING

23  FOR NUMBERS OF FAMILY AND FRIENDS?

24     A.   I DO REMEMBER THAT THEY DID TRY TO GET ME TO

25  ATTEND A PRESENTATION BECAUSE THEN I WOULD HAVE TO TELL

                                                        51

PA - 01329

1   THEM, "LOOK, I DID GO."  AND I'M REMEMBERING THAT I

2   THINK THAT'S WHERE LIKE FRUSTRATION STARTED SETTING IN

3   EVEN MORE SO BECAUSE I DID GO AND THEN THESE PEOPLE

4   WERE CALLING ME AGAIN.

5       Q.   OKAY.  IF YOU RECALL, DID THE FILIPINO MEN OR

6   THE LADY, WERE THEY TRYING TO GET YOU TO GO TO THE SAME

7   PLACE?

8       A.   YES.

9       Q.   TO THIS GLOBAL EXCHANGE PLACE?

10      A.   YES.

11      Q.   AND WHEN YOU SAY YOU DID RESEARCH ON THE

12  COMPANY, DO YOU RECALL WHAT YOU LOOKED UP?  EXCUSE ME.

13  LET ME ASK YOU ANOTHER QUESTION.

14          WHEN YOU SAY YOU DID RESEARCH, YOU WENT ONLINE

15  TO DO THE RESEARCH?

16      A.   RIGHT.

17      Q.   AND DO YOU RECALL WHAT YOU LOOKED UP?

18      A.   WELL, I LOOKED UP, I'M SURE, THE NAME OF THAT

19  COMPANY.  AND THEN I DON'T KNOW -- I KNOW THAT BACK

20  THEN I STILL WASN'T THAT COMPUTER SAVVY, SO IN THE WAY

21  OF RESEARCH I WOULD START TYPING IN DIFFERENT THINGS TO

22  BE ABLE -- YOU KNOW, LIKE THE AREA, ORANGE COUNTY,

23  THINGS LIKE THAT TO BE ABLE TO GET THE PHONE NUMBER.

24      Q.   AND DID YOU MAKE COPIES OR SAVE ANYTHING OF

25  WHAT YOU RESEARCHED?

52

DEPOSITION OF MICHELE DEL VALLE

1       A.   I DID NOT.

2       Q.   AND YOU FOUND A NUMBER IN IRVINE THAT YOU

3   CALLED AND SPOKE TO THE SUPERVISOR; RIGHT?

4       A.   RIGHT.

5       Q.   YOU DON'T RECALL HIS NAME?

6       A.   NO.

7       Q.   WAS THERE ANYTHING IN THE PHONE CALL THAT YOU

8   HAD WITH THE SUPERVISOR THAT STOOD OUT OTHER THAN WHAT

9   YOU'VE TESTIFIED TO ALREADY?

10      A.   SHORT AND SWEET.

11      Q.   SO MY NOTES -- THESE ARE MY NOTES, BUT JUST

12  SUMMARIZING WHAT YOU SAID:   YOU TOLD HIM HOW FRUSTRATED

13  YOU WERE.  HE SAID HE WAS SORRY AND HE SAID HE WOULD

14  HAVE YOU TAKEN OFF THE CALL LIST.  YOU RECALL THAT?

15      A.   THAT'S CORRECT.

16      Q.   BUT THE CALLS DIDN'T STOP?

17      A.   NO.

18      Q.   WHAT I'M LOOKING FOR RIGHT NOW IS JUST YOUR

19  BEST RECOLLECTION.  FROM THE TIME YOU ATTENDED THE

20  PRESENTATION TO WHEN YOU CALLED THE SUPERVISOR, ABOUT

21  HOW MUCH TIME HAD ELAPSED?  AND I KNOW, AGAIN, WE'RE

22  GOING BACK.  JUST YOUR BEST ESTIMATE.

23      A.   MY BEST ESTIMATE, TWO TO THREE MONTHS.

24      Q.   YOU WERE GETTING CALLS FOR THAT LONG?

25      A.   OH, YEAH, YEAH.

                                                    53

PA - 01331

```
 1   AS TO WHAT CALL WENT ON WHAT PHONE IS KIND OF

 2   DIFFICULT.

 3        Q.   DO YOU STILL HAVE YOUR RESTAURANT.COM

 4   CERTIFICATE?

 5        A.   NO.

 6        Q.   DO YOU STILL HAVE ANYTHING THAT WOULD ALLOW

 7   YOU TO USE THE REST OF IT?  I THINK YOU SAID YOU USED

 8   PART OF IT.

 9        A.   NO.

10        Q.   YOU HAVE NOTHING RELATED TO THAT?

11        A.   NO.

12        Q.   AND ONLINE, YOU DON'T HAVE ANYTHING?

13        A.   NO.

14        Q.   AND THE CERTIFICATE THAT ENTITLED YOU TO GO TO

15   EITHER LAS VEGAS OR SAN FRANCISCO, DO YOU STILL HAVE

16   THAT CERTIFICATE?

17        A.   NO.  I THREW IT OUT.  IT HAD AN EXPIRATION

18   DATE.

19        Q.   OKAY.  DO YOU HAVE ANYTHING ONLINE ANYWHERE

20   THAT REFERS TO IT THAT WOULD -- PERHAPS SOMETHING THAT

21   REFERS TO IT OR RELATED TO IT?

22        A.   NOT THAT I CAN RECALL.

23        Q.   OKAY.  LET'S MOVE ON TO -- OH, LET ME ASK YOU:

24   DID THERE COME A TIME WHEN THE PHONE CALLS FINALLY

25   STOPPED?
```

PA - 01332

DEPOSITION OF MICHELE DEL VALLE

```
1    APPROXIMATELY WHAT MONTH IT WAS AND YEAR?

2         A.   I'M SORRY, NO.

3         Q.   OKAY.   YOU TESTIFIED EARLIER THAT YOU

4    CONTACTED MR. BICKFORD AFTER YOU ATTENDED THE TIMESHARE

5    PRESENTATION; CORRECT?

6         A.   YES.

7         Q.   YOU STARTED GETTING CALLS AGAIN?

8         A.   RIGHT.

9         Q.   YOU SPOKE TO A SUPERVISOR --

10        A.   YES.

11        Q.   --AT GLOBAL EXCHANGE?

12        A.   YES.

13        Q.   GOT CALLS AGAIN?

14        A.   YES.

15        Q.   SPOKE TO A SUPERVISOR AGAIN?

16        A.   CORRECT.

17        Q.   AND FINALLY WENT TO SEE MR. BICKFORD?

18        A.   YES.

19        Q.   AND THEN AFTER YOU SAW MR. BICKFORD, THE CALLS

20   STOPPED?  NOT COMPLETELY?

21        A.   NO.

22        Q.   DID YOU GET LESS CALLS WITH THE FILIPINO --

23        A.   YES.

24        Q.   CAN YOU RECALL WHETHER OR NOT THEY ALWAYS

25   SAID -- I'M TALKING ABOUT AFTER YOU SAW MR. BICKFORD.
```

66

PA - 01333

1    DID THEY STILL REFERENCE GLOBAL EXCHANGE, IF YOU CAN

2    RECALL?

3        A.   NO.   BECAUSE IN MY MIND WHEN I HEARD A

4    FILIPINO, IT WAS LIKE I WAS PISSED.

5        Q.   RIGHT.

6        A.   SO I DON'T RECALL.  I STARTED YELLING AND

7    SCREAMING IN THE PHONE, SO SORRY.  I DON'T RECALL WHAT

8    THEY SAID.

9        Q.   SO YOU ATTENDED THE PRESENTATION FOR THE

10   TIMESHARE?

11       A.   RIGHT.

12       Q.   BEFORE YOU SAW MR. BICKFORD?

13       A.   YES.

14       Q.   APPROXIMATELY HOW MUCH TIME PASSED FROM THE

15   PRESENTATION, AGAIN, WHETHER IT'S THREE MONTHS, SIX

16   MONTHS, EIGHT MONTHS?

17       A.   YOU KNOW, IT WOULD BE A GUESS.

18       Q.   TOTAL GUESS?

19       A.   SO YOU ARE OKAY WITH A GUESS?

20       Q.   NO, I DON'T WANT A GUESS.  IF YOU CAN SAY IT

21   WAS PROBABLY MORE THAN THREE MONTHS BUT LESS THAN SIX

22   MONTHS OR SOMETHING LIKE THAT.  IT DOESN'T HAVE TO BE

23   EXACT OR EVEN CLOSE TO EXACT.  BUT IF YOU HAVE NO

24   RECOLLECTION --

25       A.   BUT THAT'S STILL A GUESS.

                                                        67

PA - 01334

```
 1    STATE OF CALIFORNIA     )

 2    COUNTY OF LOS ANGELES   ) SS.

 3

 4

 5         I, MICHELE DEL VALLE, HEREBY CERTIFY UNDER

 6    PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF

 7    CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

 8         EXECUTED THIS    4th  DAY OF  May

 9                      , 2016 AT  Costa Mesa

10    CALIFORNIA.

11

12

13

14              MICHELE DEL VALLE

15

16

17

18

19

20

21

22

23

24

25

                                                     74
```

```
 1   STATE OF CALIFORNIA      )
 2   COUNTY OF LOS ANGELES    )  SS.

 3

 4        I, CLAUDIA BADANO, C.S.R. NO. 8974, IN AND FOR
 5   THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:
 6        THAT, PRIOR TO BEING EXAMINED, THE WITNESS
 7   NAMED IN THE FOREGOING DEPOSITION WAS BY ME DULY SWORN
 8   TO TESTIFY THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT
 9   THE TRUTH;
10        THAT SAID DEPOSITION WAS TAKEN DOWN BY ME IN
11   SHORTHAND AT THE TIME AND PLACE THEREIN NAMED, AND
12   THEREAFTER REDUCED TO TYPEWRITING UNDER MY DIRECTION,
13   AND THE SAME IS A TRUE, CORRECT AND COMPLETE TRANSCRIPT
14   OF SAID PROCEEDINGS;
15        I FURTHER CERTIFY THAT I AM NOT INTERESTED IN
16   THE EVENT OF THE ACTION.
17        WITNESS MY HAND THIS 26th DAY OF April,
18   2016.
19
20
21        CERTIFIED SHORTHAND
22        REPORTER FOR THE
23        STATE OF CALIFORNIA
24
25
```

75

PA - 01336

**EXHIBIT "7"**

R. Rex Parris (SBN 96567)
 rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
 kszeto@ parrislawyers.com
John M. Bickford (SBN 280929)
 jbickford@parrislawyers.com
Eric N. Wilson (SBN 291815)
 ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:(661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class,<br><br>          Plaintiff,<br><br>     v.<br><br>GLOBAL EXCHANGE VACATION CLUB, a California corporation; RESORT VACATIONS, INC., a Nevada corporation; GLOBAL VACATIONS MARKETING CORP., a Nevada corporation, GLOBAL EXCHANGE DEVELOPMENT, CORP., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 8:16-cv-02149<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF JOHN M. BICKFORD (DOCUMENTS)**<br><br>Date:       January 9, 2017<br>Time:      8:30 a.m.<br>Courtroom: 9C<br>Judge:     David O. Carter |

## SUPPLEMENTAL DECLARATION OF JOHN M. BICKFORD

I, John M. Bickford, declare as follows:

1.     I am an attorney duly licensed to practice before all courts of the State of California and an associate at the Parris Law Firm, attorneys of record for Plaintiff Michele Del Valle ("Plaintiff") and the putative class.   The facts set forth in this declaration are within my personal knowledge and, if called as a witness, I could and would competently testify as follows.

2.     On July 29, 2016, the state court ordered Great Destinations, Inc. to provide a declaration under oath stating it "has conducted a search, and has no records of any Great Destinations sales presentation meeting attendance, by Ms. Del Valle."   Attached as **Exhibit "A"** is a true and correct copy of this declaration.

3.     Attached hereto as **Exhibit "B"** is a collection of Yelp! complaints left by an individual with the username "Michele D."   I obtained them by performing the same search described in Declaration of Mark R. Meyer.   Highlights have been added to make it easier to identify the complaint relating to Global Exchange Vacation Club.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of December 2016 at Lancaster, California.

_____
John M. Bickford

1

PA - 01339

**EXHIBIT "A"**

PA - 01340

**RESPONSES TO DEPOSITION SUBPOENA**

**CATEGORY NO. 7:**

Each DOCUMENT REFLECTING phone calls made to MICHELE DEL VALLE or to a phone number affiliated with MICHELE DEL VALLE ("affiliated" includes any phone numbers that any PERSON stated belonged or were used by MICHELLE DEL VALLE) in your possession, custody or control.

**RESPONSE TO CATEGORY NO. 7:**

Although Great Destinations, Inc. has conducted a diligent search and a reasonable inquiry, Great Destinations, Inc. does not have any documents reflecting phone calls that Great Destinations, Inc. made to Michele Del Valle or to a phone number affiliated with Michele Del Valle. Great Destinations, Inc. believes that no such records have ever existed. As far as any documents reflected any phone calls made to Michele Del Valle or to a phone number affiliated with Michele Del Valle, Great Destinations, Inc. will produce all such documents in its possession, custody, or control pursuant to a diligent search and a reasonable inquiry, which search and inquiry did not include a review of Plaintiff's document production in its litigation against Great Destinations, Inc. (DEL VALLE 000001 through 001245), matters of public record, or records of its vendors that are not in its possession, custody, or control. This production includes Michele Del Valle's demand letter to Great Destinations, Inc., postings on "Yelp," and Plaintiff's responses to special interrogatories.

**CATEGORY NO. 8:**

Each DOCUMENT REFLECTING MICHELE DEL VALLE scheduling or attending any sales presentation with YOU (including any scheduling confirmation document, any document reflecting attendance, any document reflecting receipt of a prize or award for attending, and document reflecting use of such prize or award).

**RESPONSE TO CATEGORY NO. 7:**

Although Great Destinations, Inc. has conducted a diligent search and a reasonable inquiry, Great Destinations, Inc. does not have any documents in its possession, custody, or control that are

SMRH:478815375.1

DECLARATION OF RUBEN ESCALANTE

1  responsive to this demand.  Great Destinations, Inc. believes that no such records have ever

2  existed.

3

4  ### VERIFICATION AND DECLARATION

5         I, Andrew Gennuso, on behalf of Great Destinations, Inc. ("Great Destinations"),

6  declare as follows:

7         I have been employed by Great Destinations for approximately 4 years.  My current

8  job title is President.  I am authorized to make this verification on behalf of Great Destinations.

9         I have reviewed Great Destinations, Inc.'s foregoing RESPONSES TO

10  DEPOSITION SUBPOENA.  I am informed and believe, and declare under penalty of perjury

11  under the laws of California, that the facts stated therein are true and correct.

12         Executed on August ___, 2016, at Mission Viejo, California.

13

14

15                                              Andrew Gennuso

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

DECLARATION OF RUBEN PACA04842

EXHIBIT "B"

PA - 01343

**Find** tacos, cheap dinner, Max's          **Near** Los Angeles, CA                    Log In



Home     About Me     Write a Review     Find Friends     Messages     Talk     Events

# Michele D.

Costa Mesa, CA

🧑 9 Friends     ⭐ 35 Reviews     📷 0 Photos

👥 **Add friend**
🏆 **Compliment**
✉️ **Send message**
👤 **Follow Michele D.**
↔ **Similar Reviews**

### Michele's Profile

🎤 Profile Overview

👣 Friends

⭐ Reviews

🏆 Compliments

🚩 Report this profile

## Reviews

Sort by: **Date** ▾     **All Locations** ▾     **All Categories** ▾        ❶ Show First to Review



**Eat Chow**
$$ • American (New), Breakfast & Brunch
1802 Newport Blvd
Costa Mesa, CA 92627

 8/13/2014

I went there this morning to get a little to eat and coffee while waiting for my car to be finished maybe 45 min to an hour.  I brought my kindle to check my emails and surf the web while drinking my coffee.  They were quick to come to my table but then again there were only 2 other tables with people.  I ordered and asked the waiter for the wifi and he told me he did not have the password then I looked over and noticed another man with his laptop, ummm I wondered what wifi he was using?  My toast was cold, the coffee was great, delicious and very hot.  I was ready to leave after half hour and tried to get my waiters attention to get my bill but a young blond girl walked in and both of the waiters eyes were fixated on her as I am waving my hand to get their attention on took a b line towards what I thought was me but he had one thing in his view and it was the girl.  her table was behind mine so I kept trying to get his attention after he had finished with them but unfortunately I had to yell for my check.  Still with only 4 other tables occupied. When I finally received my check I asked the waiter for future do you give the password out for customers and then he first said that when the managers are here but we are a small place and I interrupted with "so you don't want people to linger"?  I also made mention about although I don't falt them for looking at a pretty girl and I am and older women and not blond with shorts up my but, You still need to pay attention to your other customers.
Needless to say I will not be back due to the fact service was sexist and I believe because I only ordered toast and coffee I was not allowed to have the wifi password.  Sadly they judged me and they did not even try to find out that I am a big tipper and I was only going to stay for half hour.  And if management reads this it is too bad you hold your password to select customers.  Oh and I grew up here and word of mouth is strong.  So sadly you guys only deserve a one star and the lose of a high tipping customer.

 



**Ruth's Chris Steak House**
$$$ • Steakhouses
2961 Michelson Drive
Irvine, CA 92612

 7/23/2014

I have to give a 5 rating, together with the food and excellent service by Gail our beautiful waitress they deserve it.  Look forward to returning again.

 



==Global Exchange Vacation Club - MOVED==
==Travel Services, Social Clubs==
==26691 Plaza Dr==
==Mission Viejo, CA 92691==

5/27/2014

PA - 01344

These are the same jerks that have been annoying me with calls for the past year and they are also with Great Destinations. They are a call center based in the Philippines and they get 25.00 us for each booking. I have not lost money with them but you that have really need to contact a lawyer to file a class action lawsuit. I am trying to find one that will so it for Great Destinations. I even called the corporate phone number and they said they would get them to stop and they can't even get them to stop.

 



### Cat Clinic Of Orange County - CLOSED
Veterinarians, Pet Boarding/Pet Sitting
1680 Tustin Ave
Costa Mesa, CA 92627

5/27/2014

I wish I had read these reviews before taking my poor cat here. If you want to spend a lot of money first before they even want to tell you anything then this is the place. Sadly enough they put on a great front. I brought my cat there for the first time 4/30, 5/12 & 5/14. I bought the care card for 100.00. The first Dr Kelly I saw could not look me straight in the eye and actually closed her eyes while talking to me. I asked her why my cat had a mass and she said "I don't know". No mention it could be this or that and then told me I need a blood test and xrays. When I took her for the blood test n went to pay they tried to charge 50.00 more. When then Dr. called about the test results. She said it could be an infection and maybe cancer but we need an ultra sound. They quoted me close too 500.00. I feaked because of may be cancer and asked do you know of any organization to help with vet bill? The said no, nothing more. No concern about the cats comfort just the most expensive procedure. I searched internet for organization and did find someone who called within an hour of my message. She paid for an xray from another vet in Tustin. I took her the next day and by this time it was too bad. She had stopped eating or drinking and I could not even force her too eat anymore. I was saddened by the fact she was in pain and The Cat clinic didn't care they just wanted me to pay a lot of money before any diagnosis or treatment. This all happened within 2 weeks.
I called the Cat clinic to ask about some type of refund for the Cat care card I bought for 100.00 and I was told no we can not give any kind of refund.
There was other conversation with the clinic management but she was of no help. She was willing to refund the card when I complained about the fact on my first visit I left with no information at all about my cat just a list of charges to diagnose something that should have been simple to do with an xray. But no that my cat was out of pain and at peace with no thanks to them they did not want to refund anything. The visit would have cost 60.00 and you get 10% of credit for services. So they would nt even give a refund for that.
This clinic just cares for the dollar and at high prices not your cats health or well being.
There are better vets out there. I did not care paying to keep my cat healthy but they only care if you give them the high cost of procedures maybe not need.
STOP RUN FORM THIS PLACE!!!!!!

 



### Great Destinations
Travel Services
765 The City Dr S
Orange, CA 92868

   5/23/2014 · ↻ Updated review

Once again I have been called by those annoying telemarketers for this company. I was assured by a manager that I would not have any more calls but once again this company has lied.

 

   5/12/2014 · Previous review

I am looking for an attorney to file a class action law suit against this company. I have been… Read more

>  Comment from Jeff G. of Great Destinations
> Business Manager
>
> 5/13/2014 · Michelle, thank you for your feedback and I am frustrated with the amount of calls you are receiving… Read more

### AT&T
$$ · Mobile Phones


298 E 17th St
Costa Mesa, CA 92627

⭐⭐⭐☆☆    3/27/2014

Went there yesterday with a friend who bought a phone and I have 4 lines with them. Was told about the promotion of mini Ipad. I did not have my wallet with me cause we walked so I came back later after Matt held a mini ipad for me. He was busy so made an apt for 3:15, came back for that and Matt took a customer a few minutes before I came in. I waited 1/2 hour only to be handed off to someone who was not getting the commission so he was not happy. He asked my info then got up running around talking to other employees and said nothing to me. Finally he came back to me to inform me I would have to give a 500.00 deposit because they ran a credit check without telling me they were and without my permission. Now I am very angry that they did not inform me that it was going to be done and I now have a hit on my credit that brings my score down. Come to find out that it is because I have 4 lines. The guy was very unprofessional and just told me flat out that I could not have it since I said I will not give a 500.00 deposit cause it was not even worth that much.
These guys in this store don't want to help unless you are buying something and if they do help they are unhappy cause they are not making commission. They need an attitude adjustment or find another job.

 


**Irvine Urgent Care**
Urgent Care, Family Practice
2500 Alton Pkwy
Irvine, CA 92616

⭐⭐⭐⭐⭐    3/14/2014

I would NEVER, NEVER go to this place if my life depended on it. I would rather DIE. The manager and his staff are rude Condescending and they hang up on you for no reason. Accused me of being rude because she was calling the wrong number and as I was telling her so that is when she got rude and hung up. Called back to talk with manager and he just was sarcastic and laughing as the girls laughed in the back ground. If this is how they treat someone on the phone how do you think they treat people who come in there. Go there at your own risk is what it should say at the door.

 

 **Comment from Rachel F. of Irvine Urgent Care**
Business Manager

4/28/2014 · This individual's # was dialed by mistake after which, our staff was simply unable to console her... Read more


**18004mytaxi**
Taxis
Costa Mesa, CA 92626

⭐☆☆☆☆    3/3/2014 ·  Updated review

This company is the worst and am very surprised they are still in business. I used this morning only because I was given 2- 5.00 dollar vouchers because of the way the driver last time was speeding in a residential area and padded the meter and tried to give me some crazy story that when I called to complain to their complaint department she told me that his story was not true.
Today the 2 Hispanic operaters that answer the phone were rude to start off with because I told them I had a voucher then put me on hold for a long time and I had to hang up and call back. One threatened me that my call was being recorded which I told her I hope it was so they could hear how you speak and treat people. Then she hung up on me and after I called back she said she hung up on me cause I was being rude.
So the taxi finally came and of course the meter was already at 4.00 and he takes the freeway to Newport blvd then almost passes my street. Which he was probably trying to up the meter and go a round bout way. When we were a block from my house the meter was close to 15.00 I told him that is crazy for the meter to be more then 5.00 over what I paid a few weeks ago. He pulls over and says I am yelling at him and he is scared so when he stopped I told him to unlock the door and I got out gave him the vouchers and said that was all I was paying. During the driver he is telling me that the girls in the office are Bitches and I am thinking I can not believe this is happening. I walked a block home rather then experience that.
I called to complain and was given a number to complain and when I called it had a recording saying the mail box was full. Yeah full of complaints!
Never again with this company even if you gave me free rides. I rather pay money and have a good experience then go thru that again.
This company SUCKS!!!!!



2/6/2014 · Previous review

This is for the complaint department at 18004mytaxi.  I called with my complaint and Grace returned… Read more

2/3/2014 · Previous review

The driver arrived on time, I checked the meter that read 3.60 and they were just down the road.  I… Read more



**Orange County PC Services**
IT Services & Computer Repair
12552 Josephine St
Garden Grove, CA 92841

 12/23/2013

Daniel was the best.  He knows his stuff and was professional, fast and great pricing.  I will use him always and highly recommend him for all computer needs.
My computer runs better then ever now!



Comment from Daniel D. of Orange County PC Services
Business Owner

12/31/2013 · Anytime you or your friends need help again, phone call away, thanks for your business



**Wicked 'Wiches - CLOSED**
$$ · Sandwiches
3701 S Harbor Blvd
Santa Ana, CA 92704

 8/23/2013

I gave it 2 star for the cleanliness, rather the lack of.  The food was good but as I sat eating my sandwich and noticed that the table had old food stuck to the sides and all the table tops were filthy and we went at 11:30am. I wondered how clean could the kitchen be.   And as you step in it was clear that the floor was wiped down with a dirty mop and it may have been dark water cause I could see the pattern on the floor.  Before I left I went to the bathroom to wash my hands and there was a sign on the door that said out of order, which I didn't think twice about but when I went inside the bathroom was even more filthy then the entire seating area.  Wow I really don't think I will go back there due to the lack and disregard for cleaning of a food establishment.  Even the chalk board that had their menu written on was not clear and hard to read what was written on it.
I have too wonder did anyone else see this or was it just me?  Too bad that it shows that there is no care in their business.



Page 3 of 4                                                           ‹ Previous   1   2   3   4   Next ›

**About**
About Yelp
Order Food on Eat24
Careers
Press
Investor Relations
Content Guidelines
Terms of Service
Privacy Policy

**Discover**
The Local Yelp
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business Owners**
Claim your Business Page
Advertise on Yelp
Online Ordering from Eat24
Yelp Reservations
Business Success Stories
Business Support
Yelp Blog for Business Owners

**Languages**
English ▾

**Countries**
United States ▾

PA - 01347

EXHIBIT "8"

R. Rex Parris (SBN 96567)
  rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
  kszeto@ parrislawyers.com
John M. Bickford (SBN 280929)
  jbickford@parrislawyers.com
Eric N. Wilson (SBN 291815)
  ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:(661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class,<br><br>                    Plaintiff,<br><br>          v.<br><br>GLOBAL EXCHANGE VACATION CLUB, a California corporation; RESORT VACATIONS, INC., a Nevada corporation; GLOBAL VACATIONS MARKETING CORP., a Nevada corporation, GLOBAL EXCHANGE DEVELOPMENT, CORP., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.:  8:16-cv-02149<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF JEFFERY A. HANSEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:        January 9, 2017<br>Time:        8:30 a.m.<br>Courtroom: 9C<br>Judge:      David O. Carter |

## <u>DECLARATION OF JEFFREY A. HANSEN</u>

I, Jeffrey A. Hansen, declare:

1.      My name is Jeffrey A. Hansen.  I am an adult over the age of 18, a resident of the state of California, and I reside at 2625 Kings View Circle, Spring Valley, CA 91977.  Unless indicated otherwise, I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2.      I was asked to prepare this written expert report by Plaintiff's counsel in the above-captioned matter, R. Rex Parris Law Firm, in support of Plaintiff's Motion for Class Certification.

**Identification of Calls to Wireless Numbers from the ViciDial Predictive Dialer to include "campaign names."**

3.      I have reviewed declarations from Mary J Arroz and Mark W. Daigle (*See Exhibit A – Declaration of Mary J. Arroz; Exhibit B – Declaration of Mark W. Daigle*).  In their declarations Mary Arroz and Mark Daigle state that they are not able to identify calls assigned to particular campaigns.

4.      ViciDial is designed to automatically log calls to include "Campaign_ID" which is the "campaign name" as highlighted in paragraph 45 and paragraph 49 of my previous declaration.  My previous instructions for exporting the call detail records would include the "campaign_id" column.  My recommendation is to use MySQL monitor (the command line interface for MySQL) and issue the appropriate command as illustrated in paragraph 45 and paragraph 49 of my previous declaration rather than using the Graphical User Interface.  Again, I would highlight that the logging of the calls with the associated campaign name is automatic and the user has no control over ViciDial's ability to log campaign names with each of the calls contained in the vicidial  log table.

5.      I reserve the right to amend, modify or supplement the statements and opinions set forth herein as appropriate.

I declare that the foregoing is true and correct, subject to the laws of perjury of the United States.  Executed in Spring Valley, CA on this *21* day of December 2016.

_____

Jeffrey A. Hansen

1

PA - 01350

**EXHIBIT "A"**

Case 8:16-cv-02149-DOC-JCG Document 19-1 Filed 12/28/16 Page 61 of 72 Page ID
Case 8:16-cv-02149-DOC-JCG Document 17 Filed 12/13/16 Page 61 of 72 Page ID #:1602
#:1704

1   JOSEPH EHRLICH - #84359
    MARK R. MEYER - #238231
2   Losch & Ehrlich - Attorneys at Law
    425 California Street, Suite 2025
3   San Francisco CA 94104
    Telephone:    (415) 956-8400
4   Facsimile:    (415) 956-2150
    Email:        je@losch-ehrlich.com
5                 mm@losch-ehrlich.com

6   Attorneys for Defendants
    Resort Vacations, Inc.;
7   Global Exchange Marketing Corp.;
    Global Exchange Development Corp.; and
8   Global Exchange Vacation Club.

9                  UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRCT OF CALIFORNIA
10                        SOUTHERN DISTRICT

11

12   MICHELE DEL VALLE,                    CASE NO.
                                           8:16-cv-02149-DOC (JCGx)
13                 Plaintiff,

14          v.                             **DEFENDANTS' OPPOSITION TO
                                           MOTION FOR CLASS CERTIFICATION;**
15   GLOBAL EXCHANGE VACATION CLUB;
16   RESORT VACATIONS, INC.;               **DECLARATION IN SUPPORT OF
     GLOBAL VACATIONS MARKETING CORP.;     OPPOSITION RE: IVT**
17   GLOBAL EXCHANGE DEVELOPMENT
     CORP.;                                Date:       January 9, 2017
18   and DOES 1 through 100, inclusive,    Time:       8:30 a.m.
                                           Courtroom:  9C
19                 Defendants.             Judge:      David O. Carter

20

21

22

23

24

25

26

27

28

---

Case No. 8:16-cv-02149-DOC (JCGx)                                              1
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

PA - 01352

## DECLARATION

I, Mary Joy De Arroz, declare:

1.     Except for matters asserted on information and belief, which I am informed and believe to be true, I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2.     I am the Managing Director of InterVoice Technologies ("IVT"). In my position, I am involved in the review and supervision of the operations of the company and, specifically, the clients of the business, the equipment used, and its capabilities to track phone calls. I have personal knowledge of the facts below.

3.     IVT is involved in marketing.

4.     In the past 4 years, IVT has had contracts with many companies in numerous industries.

5.     The industries involved include Solar, Vacation Ownership, and Medical.

6.     Clients include Senior Diabetic Network, Durable Medical, Direct TV, Go Solar, Suntana Energy, Wyndham Vacation Ownership, Resort Vacations Inc., Global Vacation Network.

7.     "Global Vacation Network" is a distinct client from Resort Vacations Inc. headquartered in Florida, and is not involved in the "Global Exchange Vacation Club."

8.     IVT is an independent company from its clients. IVT does not share ownership, management, or board members with any of its clients.

9.     IVT has a contract with Resort Vacations, Inc. ("RVI") in which IVT is paid if IVT is able to schedule qualified prospective clients for a presentation at one of RVI's sales centers to market membership in Global Exchange Vacation Club.

10.     IVT and RVI have no ownership connection.

11.     Through IVT's contacts with many companies, I am familiar with RVI's business and industry.

12.     Wyndham Vacation Ownership and Global Vacation Network are involved in the same industry.

13.     Timeshare is about half of IVT's business.

14.     Of the calls related to timeshare, RVI makes up about half of the calls.

//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

2

PA - 01353

Case 8:16-cv-02149-DOC-JCG   Document 19-1   Filed 12/28/16   Page 63 of 72   Page ID
#:1706
Case 8:16-cv-02149-DOC-JCG   Document 17   Filed 12/19/16   Page 9 of 63   Page ID #:1604

15.   RVI does not provides leads to IVT, RVI does not control or dictate how IVT contacts prospective leads, RVI does not decide what equipment IVT uses or how calls are made.

16.   In connection with making marketing calls, IVT sets up separates daily campaigns for each account.

17.   IVT does not separately track the phone calls related to campaigns.  IVT only tracks when the phone number is called to determine when it can be called again.

18.   IVT obtains data for contact information from data companies, such as Listshop, Market Approach, USA leads, and others.

19.   IVT checks the federal do-not call (DNC) registry before dialing any of the numbers.

20.   I understand that Michelle Del Valle has filed a suit against RVI based upon calls made by IVT.

21.   RVI requested that IVT search for the following phone numbers to see if IVT had called them:

    a.   949-439-8867

    b.   714-325-7358

    c.   ██████████

    d.   949-287-2405

    e.   ██████████

    f.   ██████████

22.   After researching IVT phone records, we found that IVT  called:

    a.   (949) 287-2405 on 12/04/14 at 7:22pm PST.

23.   IVT is not able to determine whether this call was related to RVI or another client.  Phone numbers are rotated among the various campaigns.  At the time of the call, IVT was calling in connection with three timeshare companies, 2 medical plans, and others.

24.   IVT has no way to determine if the call would have been related to RVI unless the person called remembers what was said on the phone call.  IVT is unable to obtain any report or printout that provides this information.  IVT's phone records would not provide this information.

//
//
//
//

Case No. 8:16-cv-02149-DOC (JCGx)                                                              3
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

PA - 01354

25.    For calls related to RVI, operators have been told to identify themselves as calling from Sunset Getaways. Once a person agrees to attend a timeshare presentation and are scheduled, they are told the name of the timeshare.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 18, 2016

By: Mary Joy De Arroz

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

4

PA - 01355

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) and not a party to the within cause. My business address is 425 California Street, Suite 2025, San Francisco, California, 94104.

On December 19, 2016, I served the attached document(s):

**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION; DECLARATION IN SUPPORT OF OPPOSITION RE: IVT**

On the party(s) to this action by sending a true copy thereof, addressed as follows:

/ X /    (BY ELECTRONIC SERVICE) The documents were served electronically by filing via the Court's CM/ECF electronic filing system.

R. Rex Parris, Esq.  
John Bickford, Esq.  
Kitty Szeto, Esq.  
Eric Wilson, Esq.  
PARRIS LAW FIRM  
43364 10th Street West  
Lancaster, CA 93534

R. Rex Parris, Esq.  
rrparris@parrislawyers.com

John Bickford, Esq.  
jbickford@parrislawyers.com

Kitty Szeto, Esq.  
kszeto@parrislawyers.com

Eric Wilson, Esq.  
ewilson@parrislawyers.com

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on December 19, 2016, at San Francisco, California.

_____
Chia-Hui Sze

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re IVT

5

PA - 01356

EXHIBIT "B"

PA - 01357

1  JOSEPH EHRLICH - #84359
   MARK R. MEYER - #238231
2  Losch & Ehrlich - Attorneys at Law
   425 California Street, Suite 2025
3  San Francisco CA 94104
   Telephone:    (415) 956-8400
4  Facsimile:    (415) 956-2150
   Email:        je@losch-ehrlich.com
5                mm@losch-ehrlich.com

6  Attorneys for Defendants
   Resort Vacations, Inc.;
7  Global Exchange Marketing Corp.;
   Global Exchange Development Corp.; and
8  Global Exchange Vacation Club.

9              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRCT OF CALIFORNIA
10                 SOUTHERN DISTRICT

11

12  MICHELE DEL VALLE,                    CASE NO.
                                          8:16-cv-02149-DOC (JCGx)
13              Plaintiff,

14         v.                             **DEFENDANTS' OPPOSITION TO
                                          MOTION FOR CLASS CERTIFICATION;**
15  GLOBAL EXCHANGE VACATION CLUB;
16  RESORT VACATIONS, INC.;               **DECLARATION IN SUPPORT OF
    GLOBAL VACATIONS MARKETING CORP.;     OPPOSITION RE: MSI**
17  GLOBAL EXCHANGE DEVELOPMENT
    CORP.;                                Date:        January 9, 2017
18  and DOES 1 through 100, inclusive,    Time:        8:30 a.m.
                                          Courtroom:   9C
19              Defendants.               Judge:       David O. Carter

20

21

22

23

24

25

26

27

28

Case No. 8:16-cv-02149-DOC (JCGx)                                            1
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

PA - 01358

**DECLARATION**

I, Mark W. Daigle, declare:

1.     Except for matters asserted on information and belief, which I am informed and believe to be true, I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2.     I was the Chief Operating Officer of Marketing Solutions, International ("MSI"). MSI is no longer in business. In my previous position, I was involved in the review and supervision of the operations of the company and, specifically, the clients of the business, the equipment used, and its capabilities to track phone calls. I have personal knowledge of the facts below.

3.     MSI was involved in marketing.

4.     MSI had contracts with many companies. Most of the contracts have confidentiality clauses, which prevent me from stating the names of the companies.

5.     MSI's clients are involved in many industries including, Solar, Timeshare, Medical, and Travel Clubs.

6.     MSI was an independent company from its clients. MSI does not share ownership, management, or board members with any of its clients.

7.     MSI had a contract with Resort Vacations, Inc. ("RVI") in which MSI was paid if MSI was able to schedule qualified prospective clients for a presentation at one of RVI's sales centers to market membership in the Global Exchange Vacation Club.

8.     MSI and RVI have no ownership connection.

9.     Through MSI's involvement with many companies, I am familiar with RVI's business and industry. It is sometimes known as "Timeshare" or "Vacation Ownership."

10.     Without breaking any non-disclosure agreements, MSI also had contracts with Wyndham, a much larger company in the same "Timeshare" or "Vacation Ownership" industry.

11.     Timeshare was only 20% of MSI's business. MSI had contracts with Wyndham, Delta Travel, RVI, Great Destinations, Five Star Resorts, and others. The others have non-disclosure agreements in place.

//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

2

Case 8:16-cv-02149-DOC-JCG Document 49-1 Filed 12/28/16 Page 69 of 72 Page ID
Case 8:16-cv-02149-DOC-JCG Document 19 Filed 12/19/16 Page 9 of 9 Page ID #:1809
#:1712

12.     Of the calls related to timeshare, RVI made up about 20% of calls.

13.     RVI did not provides leads to MSI, RVI did not control or dictate how MSI contacts prospective leads, RVI did not decide what equipment MSI used or how calls were made.

14.     In connection with making marketing calls, MSI set up separate daily campaigns for each account.

15.     MSI cannot track phone numbers by campaign.

16.     Phone numbers were only tracked to determine when it can be called again.

17.     MSI purchased phone numbers from "Lead companies."

18.     MSI cannot determine a cell phone number from a landline.

19.     MSI had a blocking system that does not allow a call to be connected if it is on the federal do-not call (DNC) registry.

20.     I understand that someone has filed a suit against RVI based upon calls made by MSI.

21.     RVI requested that MSI search for the following phone numbers to see if MSI had called them:

      a.      949-439-8867

      b.      714-325-7358

      c.      ███████

      d.      949-287-2405

      e.      ███████

      f.      ███████

22.     After researching MSI phone records, we have found that 2 of the numbers were called by MSI.

      a.      (949) 439-8867 was called on 9-30-14

      b.      (949) 287-2405 was called on 12-14-14

23.     MSI has no way of determining which campaign these calls were made for, including the calls set forth above.

//

//

//

//

//

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI
3

PA - 01360

24.   MSI did not use Predictive or auto dialing system we were using Manual dial. We manually dial numbers.

25.   I have been told that someone claims our phone system is capable of retrieving this information. But, MSI's phone equipment is not set up to tracked or stores this information. It cannot be retrieved. MSI only tracks the phone number for the purpose of determining when it can be called again.

26.   For calls related to RVI, operators have been told to identify themselves as calling from Celebration Vacations. Once a person agrees to attend a timeshare presentation and are scheduled, they are told the name of the timeshare.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/19/2016

MARK WILLIAM DAIGLE

By:

Case No. 8:16-cv-02149
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

4

PA - 01361

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) and not a party to the within cause. My business address is 425 California Street, Suite 2025, San Francisco, California, 94104.

On December 19, 2016, I served the attached document(s):

**DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION; DECLARATION IN SUPPORT OF OPPOSITION RE: MSI**

On the party(s) to this action by sending a true copy thereof, addressed as follows:

/ X /  (BY ELECTRONIC SERVICE) The documents were served electronically by filing via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| R. Rex Parris, Esq.<br>John Bickford, Esq.<br>Kitty Szeto, Esq.<br>Eric Wilson, Esq.<br>PARRIS LAW FIRM<br>43364 10th Street West<br>Lancaster, CA 93534 | R. Rex Parris, Esq.<br>rrparris@parrislawyers.com<br><br>John Bickford, Esq.<br>jbickford@parrislawyers.com<br><br>Kitty Szeto, Esq.<br>kszeto@parrislawyers.com<br><br>Eric Wilson, Esq.<br>ewilson@parrislawyers.com |

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on December 19, 2016, at San Francisco, California.

_____
Chia-Hui Sze

Case No. 8:16-cv-02149-DOC (JCGx)
*Del Valle v. Global Exchange Vacation Club, et al.*
Opp. to Mtn. for Class Certification – Dec. re MSI

5

PA - 01362

## CERTIFICATE OF SERVICE

I, John M. Bickford, an attorney, certify that on December 23, 2016, I served the above and foregoing **PLAINTIFF'S SUPPLEMENTAL APPENDIX OF EVIDENCE**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 23rd day of December 2016.

Joseph Ehrlich, Esq.
Mark R. Meyer, Esq.
**LOSCH & EHRLICH**
425 California Street, Suite 2025
San Francisco, California 94104
Telephone:  (415) 956-8400
Facsimile:   (415) 956-2150
Email: je@losch-ehrlich.com
mm@losch-ehrlich.com

/s/   *John M. Bickford*

John M. Bickford