R. Rex Parris (SBN 96567)
   rrparris@parrislawyers.com
Kitty K. Szeto (SBN 258136)
   kszeto@ parrislawyers.com
John M. Bickford (SBN 280929)
   jbickford@parrislawyers.com
Eric N. Wilson (SBN 291815)
   ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:(661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE DEL VALLE; an individual, for herself and all members of the putative class,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL EXCHANGE VACATION CLUB, a California corporation; RESORT VACATIONS, INC., a Nevada corporation; GLOBAL VACATIONS MARKETING CORP., a Nevada corporation, GLOBAL EXCHANGE DEVELOPMENT, CORP., a Nevada corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 8:16-cv-02149-DOC-JCG<br><br>**CLASS ACTION**<br><br>**STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE** |

---

STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE

Pursuant to Federal rule of Civil Procedure 41(a), Plaintiff Michele Del Valle ("Plaintiff") and Defendants Global Exchange Vacation Club, Resort Vacations, Inc., Global Exchange Marketing Corp., and Global Exchange Development Corp. (collectively "Defendants"), stipulate and jointly move that the Court dismiss this action WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendants, and WITHOUT PREJUDICE as to any claims by the alleged, un-named, putative class members. Since the Court has not certified any class here, the notice and approval requirements of Federal Rule of Civil Procedure 23(e) do not apply. Each party shall bear his or its own fees and costs.

Date: April 6, 2017        **R. REX PARRIS LAW FIRM**

By:  /s/ *John M. Bickford*
John M. Bickford
Attorneys for Plaintiff
and the Putative Class

Date: April 6, 2017        **LOSCH & EHRLICH – Attorneys at Law**

By:  /s/ *Joseph Ehrlich*
Joseph Ehrlich
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, John M. Bickford, an attorney, certify that on April 6, 2017, I served the above and foregoing **STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 6th day of April 2017.

Joseph Ehrlich, Esq.
Mark R. Meyer, Esq.
**LOSCH & EHRLICH**
425 California Street, Suite 2025
San Francisco, California 94104
Telephone: (415) 956-8400
Facsimile: (415) 956-2150
Email: je@losch-ehrlich.com
mm@losch-ehrlich.com


/s/   *John M. Bickford*
John M. Bickford